IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAFAELA ALDACO, ) | |
| ) | |
| ) | |
| Plaintiff, ) | Case No. 1:16-cv-05754 |
| ) | |
| v. ) | The Honorable Joan H. Lefkow |
| ) | |
| RENTGROW, INC. d/b/a Yardi Resident ) | |
| Screening, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**AGREED MOTION FOR PROTECTIVE ORDER**

Defendant RentGrow, Inc. d/b/a Yardi Resident Screening ("RentGrow") by and through its attorneys, hereby moves pursuant to Fed. R. Civ. P. 26(c), NDIL L.R. 26, and Fed. R. Evid. 502, for entry of a Protective Order for the protection of confidentiality and against inadvertent disclosure of privileged information.

Counsel for Plaintiff Rafeala Aldaco ("Plaintiff") has agreed to the entry of this motion. The Parties expect discovery in this case to require the production of information, material, and documents containing trade secrets and other confidential research, development, and commercially sensitive information of the parties and non-parties (the "Confidential Information"). The Parties also wish to ensure that such Confidential Information shall not be used for any purpose other than this proceeding, and shall not be made public or otherwise disseminated beyond the extent necessary for purposes of this action.

Pursuant to this District's Local Rule 26.2 and the corresponding form Confidentiality Order, the Parties submit Exhibit A, the Proposed Protective Order, showing variations from the

1

2

Local Rule form in redline. The Parties submit a clean copy of the Proposed Protective Order as Exhibit B.

    WHEREFORE, the Parties request that the Proposed Protective Order as reflected in Exhibit B be entered by the Court.

Dated: February 9, 2017                            Respectfully Submitted

                                                               /s/ Deanna R. Kunze

                                                               Deanna R. Kunze
                                                               Patrick R. Duffey
                                                               NIXON PEABODY LLP
                                                               70 West Madison, Suite 3500
                                                               Chicago, IL 60602
                                                               P: 312-977-4400
                                                               F: 844-872-9569
                                                               dkunze@nixonpeabody.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **Agreed Motion for Protective Order** was filed electronically on this 9th day of February, 2017, in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, this document was served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.9.