# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Rafaela Aldaco
                            Plaintiff,

v.                                             Case No.: 1:16−cv−05754
                                                     Honorable Joan H. Lefkow

Rentgrow Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 25, 2017:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 4/25/2017. Defendant's motion for summary judgment to be filed by 5/25/2017; response due by 6/22/2017; reply due by 7/6/2017; ruling will issue by mail. Discovery will be considered closed after the last deposition is taken on 4/26/2017, with leave to file a motion to reopen discovery.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.