**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RAFAELA ALDACO, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:16-cv-05754 |
| ) | |
| v. ) | The Honorable Joan H. Lefkow |
| ) | |
| RENTGROW, INC. d/b/a YARDI ) | |
| RESIDENT SCREENING, ) | |
| ) | |
| Defendant. ) | |

## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | 3/8/2017 Patrick Hennessey Deposition Transcript—**CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 2 | 3/9/2017 Patrick Hennessey Deposition Transcript—**CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 3 | 03/21/2017 Rafaela Aldaco Deposition Transcript —**CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 4 | 04/13/2017 Heather Corins Deposition Transcript—**CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 5 | Tenant Screening Report (RG000030 – 32) —**CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 6 | Yardi Resident Screening – Criminal Filtering (RG000063-64) — **CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 7 | R. Aldaco Fellowship Housing Application (FHC000003) — **CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 8 | YRS Charge Exclusion Rules (RG000135-138) —**CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 9 | 01/12/2016 R. Aldaco E-mail and Attachments (RG000001-7) — **CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 10 | 01/15/2016 Email from BGC to YRS (RG000008) —**CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 11 | E-BackgroundChecks.com ("BGC") Report (RG000009-13) — **CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 12 | 1/13/2016 Email from YRS to BGC (RG000039-41) — **CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 13 | 1/18/2016 Email from J. Yellin to R. Aldaco (RG000042-47) — **CONFIDENTIAL, FILED UNDER SEAL** |

| Exhibit 14 | 01/12/2016 J. Yellin E-mail and Attachments (RG000049-62) — **CONFIDENTIAL, FILED UNDER SEAL** |
|---|---|
| Exhibit 15 | YRS Dispute Investigation Note (RG000090) —**CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 16 | 1/18/2016 Email from J. Yellin to BH Management (RG000048) — **CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 17 | BH Management Resident Screening Criteria (RG000238-241) — **CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 18 | Rafaela Aldaco Dispute Form (RA 014-18) —**CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 19 | Certified Statement of Conviction/ Disposition (RA 019) — **CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 20 | 05/01/2016 Expungement Order (RA 047) —**CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 21 | 01/22/2016 Email from H. Corins to R. Aldaco (FHC000105) — **CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 22 | Request for Judicial Notice |
| Exhibit 23 | 10/29/2015 Consent Order filed in Admin Case No. 2015-CFPB-0028 |
| Exhibit 24 | 10/29/2015 Stipulation and Consent to the Issuance of a Consent Order filed in Admin Case No. 2015-CFPB-0028 |
| Exhibit 25 | 08/30/2016 Answer to Plaintiff's Complaint (Dkt. 13) |
| Exhibit 26 | 02/24/2017 Defendant's Responses to Plaintiffs' First Set of Interrogatories—**CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 27 | Public Records Analyst Training Guide (RG000174-222) — **CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 28 | BGC Agreement (RG000069-82) —**CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 29 | BH Management Service Agreement (RG0000223 – 237) — **CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 30 | Yardi Resident Screening Process Overview (RG000065-68) — **CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 31 | 06/01/2016 Plaintiff's Complaint (Dkt. 1) |
| Exhibit 32 | 01/23/2017 Plaintiff's Responses to Defendants' First Interrogatories—**CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 33 | FCRA Compliance Training Module (RG000438-471) — **CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 34 | Disposition List (RG000472-478) —**CONFIDENTIAL, FILED UNDER SEAL** |
| Exhibit 35 | Screenshot of YRS Add Serve System (RG000258)—**CONFIDENTIAL, FILED UNDER SEAL** |