IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAFAELA ALDACO, ) <br> ) <br> ) <br>       Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> RENTGROW, INC. d/b/a Yardi Resident ) <br> Screening, ) <br> ) <br>       Defendants. ) <br> ) <br> ) | Case No. 1:16-cv-05754 <br><br> The Honorable Joan H. Lefkow |

## DECLARATION OF DEANNA R. KUNZE

I, Deanna R. Kunze, do hereby declare and state the following:

1. I am an attorney with the law firm Nixon Peabody LLP, representing Defendant RentGrow, Inc. d/b/a Yardi Resident Screening.

2. I am over 18 years of age, have personal knowledge of all facts attested to herein, and can competently testify to the same.

3. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 1 is a true and correct copy of the deposition transcript of Patrick Hennessey, taken March 8, 2017.

4. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 2 is a true and correct copy of the deposition transcript of Patrick Hennessey, taken March 9, 2017.

5. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 3 is a true and correct copy of the deposition transcript of Rafaela Aldaco, taken

March 21, 2017.

6. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 4 is a true and correct copy of the deposition transcript of Rafaela Aldaco, taken April 13, 2017.

7. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 5 is a true and correct copy of the Yardi Resident Screening Tenant Screening Report for R. Aldaco, Bates labeled RG000030-32.

8. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 6 is a true and correct copy of the Yardi Resident Screening – Criminal Filtering Report, Bates labeled RG000063-64.

9. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 7 is a true and correct copy of a Fellowship Housing Application, Bates labeled FHC000003.

10. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 8 is a true and correct copy of a Charge Exclusion Rules used by YRS Public Records Analysts, Bates labeled RG000135-138.

11. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 9 is a true and correct copy of an email thread between R. Aldaco and RS Applicant Information dated January 12, 2016, Bates labeled RG000001-7.

12. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 10 is a true and correct copy of an email from Backgroundchecks.com to RS_Vendors dated January 15, 2016, Bates labeled RG000008.

13. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts

as Exhibit 11 is a true and correct copy of a background report relating to R. Aldaco, Bates labeled RG000009-13.

14. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 12 is a true and correct copy of an email thread between Backgroundchecks.com and RS_Vendors dated January 14, 2016, Bates labeled RG000039-41.

15. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 13 is a true and correct copy of an email and attachment from J. Yellin to R Aldaco dated January 18, 2016, Bates labeled RG000042-47.

16. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 14 is a true and correct copy of an email and attachments from J. Yellin to R. Aldaco dated January 12, 2016, Bates labeled RG000049-62.

17. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 15 is a true and correct copy of a YardiCRM Case Other Activity Screen, Bates labeled RG000090.

18. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 16 is a true and correct copy of an email from J. Yellin to N. Saengkio dated January 18, 2016, Bates labeled RG000048.

19. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 17 is a true and correct copy of a Yardi Resident Screening – Resident Screening Criteria form, Bates labeled RG000238-241.

20. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 18 is a true and correct copy of a Yardi Resident Screening Applicant Dispute Form, Bates labeled RA – Docs Produced 014-018.

21. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 19 is a true and correct copy of a Certified Statement of Conviction / Disposition dated January 21, 2016, Bates labeled RA – Docs Produced 019.

22. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 20 is a true and correct copy of an Order to Expunge and Impound Criminal Records, entered May 1, 2016, Bates labeled RA – Docs Produced 047.

23. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 21 is a true and correct copy of an email from H. Corins to R. Aldaco dated January 22, 2016, Bates labeled FHC000105.

24. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 22 is a true and correct copy of the Request for Judicial Notice, filed in Civil Action No. 1:16-cv-05754 on May 25, 2017.

25. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 23 is a true and correct copy of the Consent Order, entered October 29, 2015, in Admin Case No. 2015-CFPB-0028.

26. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 24 is a true and correct copy of the Stipulation and Consent to the Issuance of a Consent Order, dated October 29, 2015, in Admin Case No. 2015-CFPB-0028.

27. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 25 is a true and correct copy of Defendant's Answer to Plaintiff's Complaint, filed August 30, 2016, in Civil Action No. 1:16-cv-05754.

28. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 26 is a true and correct copy of Defendant's RentGrow, Inc. d/b/a Yardi Resident

Screening Responses to Plaintiffs' First Set of Interrogatories, dated February 24, 2017.

29. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 27 is a true and correct copy of a document entitled Public Records Analyst Training Guide, Rev. May 2015, Bates labeled RG000174-222.

30. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 28 is a true and correct copy of an e-Backgroundchecks.com Information Gateway Agreement, dated October 23, 2006, Bates labeled RG000069-82.

31. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 29 is a true and correct copy of a BH Management Services, LLC - Screening Services Activation Agreement, dated August 19, 2014, Bates labeled RG000223-237.

32. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 30 is a true and correct copy of a document entitled Yardi Resident Screening – Process Overview, Bates labeled RG000065-68.

33. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 31 is a true and correct copy of Plaintiff's Complaint, filed June 1, 2016.

34. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 32 is a true and correct copy of Plaintiff's Responses to Defendant's First Interrogatories, dated January 23, 2017.

35. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 33 is a true and correct copy of a document entitled FCRA Compliance Training Module, Bates labeled RG000438-471.

36. Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 34 is a true and correct copy of a document entitled Disposition List, Bates labeled

RG000472-478.

37.    Attached to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts as Exhibit 35 is a true and correct copy of a Screenshot of the YRS Add Serve System, Bates labeled RG000258.

I declare under penalties as provided by law that the statements set forth in this instrument are true and correct.

EXECUTED this 25th day of May, 2017, in Chicago, Illinois.

                                                   __/s/ *Deanna R. Kunze*_____
                                                   Deanna R. Kunze