UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAFAELA ALDACO, ) | |
| ) | |
| *Plaintiff*, ) | Case No. 2016-cv-5754 |
| ) | |
| v. ) | Hon. Joan H. Lefkow |
| ) | Assigned District Judge |
| RENTGROW, INC. d/b/a Yardi Resident ) | |
| Screening, ) | Hon. Young B. Kim |
| ) | Assigned Magistrate Judge |
| *Defendant*. ) | |

**JOINT MOTION FOR LEAVE TO**
**FILE BRIEFS IN EXCESS OF 15 PAGES**

Plaintiff RAFAELA ALDACO ("Plaintiff") and Defendant RENTGROW, INC. d/b/a Yardi Resident Screening ("Defendant"), by and through their undersigned counsel, move for Leave to File a Brief in Excess of 15 Pages and in support state as follows:

1. On March 25, 2017, Defendant Rentgrow, Inc. filed its Motion for Summary Judgment in the above-captioned matter. (Dkt. No. 35.)

2. Plaintiff's response in opposition to Defendant's Motion for Summary Judgment is currently to be filed on June 22, 2017. (Dkt. No. 34.)

3. Under Local Rule 7.1, Plaintiff's response and memorandum of law opposing the Defendant's Motion for Summary Judgment cannot exceed fifteen (15) pages in length. Likewise, Plaintiff's opposition brief to Defendants' Motion cannot exceed fifteen (15) pages in length.

4. In light of the numerous issues raised in Defendant's Motion for Summary Judgment, Plaintiff will need to file a memorandum that exceeds the fifteen (15) page limit. Without the additional space, Plaintiff would not be able to fully develop her opposition for the

Court's consideration as to each issue raised by the Defendant in its Motion.

5. Plaintiff requests leave to file a memorandum up to twenty (20) pages in length.

6. Plaintiff's counsel conferred with Defendant's counsel, who consents to the requested relief.

7. In exchange, counsel for Plaintiff consents to Defendant's request for leave to file a reply brief in support of Defendants' Motion up to twenty (20) pages in length.

8. The parties will make every effort to be as concise as possible.

WHEREFORE, Plaintiff RAFAELA ALDACO ("Plaintiff") and Defendant RENTGROW, INC. d/b/a Yardi Resident Screening respectfully request that this Court grant them leave to file briefs in excess of fifteen (15) pages in length.

Dated: June 19, 2017

By: /s/ Roger Zamparo, Jr.
Roger Zamparo, Jr.
Stephanie Tatar
Steven Uhrich
ZAMPARO LAW GROUP, P.C.
2300 Barrington Road, Suite 140
Hoffman Estates, IL 60169
Telephone: (224) 875-3202
Fax: (312) 276-4950
roger@zamparolaw.com
stephanie@zamparolaw.com
steven@zamparolaw.com

*Attorneys for Plaintiff Rafaela Aldaco*

Deanna R. Kunze
Patrick Duffey
Laura B. Bacon
NIXON PEABODY LLP
70 West Madison, Suite 3500
Chicago, IL 60602

Tel:   312-977-4400
Fax:   844-560-8137
dkunze@nixonpeabody.com
pduffey@nixonpeabody.com
lbbacon@nixonpeabody.com

*Attorneys for Defendant RentGrow, Inc.*
    *d/bla Yardi Resident Screening*

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing JOINT MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF 15 PAGES was filed electronically on this 19th day of June, 2017, in compliance with the General Order on Electronic Case Filing, Section 11l(B)(l). As such, this document was served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.9.


*By:  /s/ Roger Zamparo, Jr.*