IN **THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| RAFAELA ALDACO, )<br>    Plaintiff, )<br>  v. )<br>         )<br>RENTGROW, INC., )<br>d/b/a YARDI RESIDENT SCREENING, )<br>         )<br>    Defendant. ) | Case No. 1:16-cv-05754<br><br>The Honorable Joan H. Lefkow |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on Wednesday, June 21, 2017, at 9:30 a.m. Plaintiff Rafaela Aldaco, through its undersigned counsel, will appear before the Honorable Joan H. Lefkow in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL, Room 2201, and present the accompanying JOINT MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF 15 PAGES**,** a copy of which have been served upon you.

Dated:  June 19, 2017

Respectfully  submitted,


By: /s/ Roger Zamparo, Jr.
Roger Zamparo, Jr.
Stephanie Tatar
Steven Uhrich
ZAMPARO LAW GROUP, P.C.
2300 Barrington Road, Suite 140
Hoffman Estates, IL 60169
Telephone: (224) 875-3202
Fax: (312) 276-4950
roger@zamparolaw.com
stephanie@zamparolaw.com
steven@zamparolaw.com

*Attorneys for Plaintiff Rafaela Aldaco*

Deanna R. Kunze
Patrick Duffey
Laura B. Bacon
NIXON PEABODY LLP
70 West Madison, Suite 3500
Chicago, IL 60602
Tel: 312-977-4400
Fax: 844-560-8137
dkunze@nixonpeabody.com
pduffey@nixonpeabody.com
lbbacon@nixonpeabody.com

*Attorneys for Defendant RentGrow, Inc.*
  *d/bla Yardi Resident Screening*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Notice of Motion was filed electronically on this 19th day of June, 2017, in compliance with the General Order on Electronic Case Filing, Section 11l(B)(l). As such, this document was served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.9.

*By: /s/ Roger Zamparo, Jr.*