UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAFAELA ALDACO, ) | |
| ) | Case No.: 1-16-CV-05754 |
| *Plaintiff*, ) | |
| ) | |
| v. ) | The Honorable Joan H. Lefkow |
| ) | |
| RENTGROW, INC. d/b/a Yardi Resident ) | |
| Screening, ) | |
| ) | |
| *Defendant*. ) | |

**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Plaintiff Rafaela Aldaco ("Plaintiff") moves this Court, pursuant to Federal Rule of Civil Procedure 5.2, Local Rule 26.2 and the Agreed Protective Order entered in this action **(Dkt. 28)**, for leave to file portions of her Memorandum of Law/Response to Defendant's Motion for Summary Judgment, Plaintiff's Local Rule 56.1Statement of Undisputed and Disputed Material Facts and Separate Statement of Additional Facts; and Declaration of Stephanie Tatar.

In support of this motion, Ms. Aldaco states as follows:

1. Pursuant to Local Rule 26.2(c), Aldaco provisionally filed portions of her Memorandum of Law in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment **(Dkt. 51)**, Plaintiff's Local Rule 56.1Statement of Undisputed and Disputed Material Facts and Separate Statement of Additional Facts; **(Dkt. 52)** and Declaration of Stephanie Tatar **(Dkt. 53)** electronically under seal. Ms. Aldaco now seeks leave of this Court to file the documents under seal pursuant to Local Rule 26.2 (c), which allows a party to file a sealing motion "before or simultaneously with the provisional filing of the document under seal." N.D. Ill. L.R. 26.2(c).

2. Under the Local Rules of the Northern District of Illinois, the Court "may for good cause shown enter an order directing that one or more documents be filed under seal." N.D. Ill. L.R. 26.2(b). Here, good cause exists for Ms. Aldaco to file documents that have been designated as "Confidential Information" pursuant to the parties' Agreed Protective Order, or fall within Fed. R. Civ. P. 5.2, under seal.

3. The Agreed Protective Order was entered by this Court on February 13, 2017. (*See* **Dkt. 28.**)

4. Under the Agreed Protective Order, "Confidential Information" is defined as information designated as "CONFIDENTAIL-SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within a number of categories, including "information that reveals trade secrets" and "research, technical, commercial or financial information that the party has maintained as confidential." (**Dkt. 28,¶ 2.**)

5. Defendant's confidential commercial and trade secret information are at issue in this action brought by Plaintiff under the Fair Credit Reporting Act. Specifically, Plaintiff is required to prove that (1) inaccurate information was reported on her criminal background report and (2) that the inaccuracy was due to Defendant's failure to follow reasonable procedures to ensure maximum possible accuracy. See *McNamara v. HireRight Solutions, Inc.,* No. 13 C 2515, 2014 WL 321790, at *3 (N.D. Ill. Jan 29, 2014) (citing *Henson v. CSC Credit Servs.,* 29 F. 3d 280, 284-85 (7th Cir. 1994)).

6. Plaintiff will file redacted copies of both Memorandum of Law/Response to Defendant's Motion for Summary Judgment, Plaintiff's Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts, and Plaintiff's Local Rule 56.1 Statement of Additional Undisputed Material Facts, removing only reference to such confidential information.

**WHEREFORE**, Plaintiff Rafaela Aldaco respectfully requests that this Court enter an Order granting it leave to file the aforementioned documents under seal.

Dated: June 22, 2017 Respectfully submitted,

*/s/ Stephanie R. Tatar*
**Stephanie R. Tatar**
stephanie@zamparolaw.com
**Steven J. Uhrich**
steven@zamparolaw.com
**Roger Zamparo, Jr.**
roger@zamparolaw.com
**ZAMPARO LAW GROUP, P.C.**
2300 Barrington Rd. Suite 140
Hoffman Estates, IL 60169
Tel: 224-875-3202
Fax: 312-276-4950

*Attorneys for Plaintiff*
*Rafaela Aldaco*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Motion for Leave to File Documents Under Seal was filed electronically on this 22nd day of June, 2017, in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, this document was served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.9.

*By: /s/ Stephanie R. Tatar*