# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RAFAELA ALDACO, )<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>RENTGROW, INC. d/b/a Yardi Resident )<br>Screening, )<br>    *Defendant*. ) | Case No.: 1-16-CV-05754<br><br>The Honorable Joan H. Lefkow |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on Wednesday, June 28, 2017 at 9:30 a.m. Plaintiff Rafaela Aldaco, through its undersigned counsel, will appear before Honorable Joan H. Lefkow in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL, Room 2201, and present the accompanying **Motion for Leave to File Documents Under Seal and Plaintiff's Request for Judicial Notice** copies of which have been served upon you.

Dated: June 22, 2017

Respectfully submitted,

*/s/ Stephanie R. Tatar*
**Stephanie R. Tatar**
stephanie@zamparolaw.com
**Steven J. Uhrich**
steven@zamparolaw.com
**Roger Zamparo, Jr.**
roger@zamparolaw.com
**ZAMPARO LAW GROUP, P.C.**
2300 Barrington Rd. Suite 140
Hoffman Estates, IL 60169
Tel: 224-875-3202
Fax: 312-276-4950

*Attorneys for Plaintiff*
*Rafaela Aldaco*