# EXHIBIT 36

Screening Report
RG 315-317
January 12, 2016

## YARDI Resident Screening Exec - Rafaela Aldaco

### Property Screening Result

INDIVIDUAL RESULT: DOES NOT MEET REQUIREMENTS

### Applicant Information

NAME: Rafaela Aldaco
SSN: X
DOB:
CURRENT ADDRESS:

### Additional Applicant Information

**Residence History**

This applicant has rented or owned.
TIME AT CURRENT ADDRESS: 0 years 0 months

**Employment/Income**

PRIMARY INCOME: $0 per month
PROPOSED RENT: $1208
RENT/INCOME: %
TIME AT CURRENT JOB: 8 months

### Individual Result

DOES NOT Meet Requirements

### Additional Information

**Reasons for Result**

- Criminal History Does Not Meet Property Requirements

**Items to Review**

- Premium National Criminal Records Found

| SERVICE | REQUEST DATE | COMPLETED DATE | STATUS |
|---|---|---|---|
| Criminal Search | 01/12/2016 1:17 PM | 01/12/2016 1:20 PM | Does Not Meet Property Requirements<br>No National Sex Offender Records Found<br>Criminal Records Found |
| OFAC Name Search | 01/12/2016 2:16 PM | 01/12/2016 2:16 PM | No Matches Found |

**PREMIUM NATIONAL CRIMINAL RECORDS SEARCH**

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 01/12/2016 1:17 PM | 01/12/2016 1:20 PM | Does Not Meet Property Requirements<br>No National Sex Offender Records Found<br>Criminal Records Found |

**ALDACO, RAFAELA**                                   RECORD 1 OF 1

Last Name: ALDACO         Sex: FEMALE
First Name: RAFAELA
DOB:
Address Information

Record Type: Criminal
State Of Record: IL
Database: Cook County
BATTERY                                                RECORD 1 - CHARGE 1

**State Of Record:** IL  **Case #:** 1996401466301
**Offense:** ▮
**Offense Degree:** MR
**Statute:** ▮
**Disposition Date:** 12/17/1996
**Arrest Date:** 11/07/1996
**Last Update Date:** 2014-10-02
**Initial Date:** 1996-11-20
**Disposition:** SENTENCED TO COMMUNITY SERVIC
**Minimum Sentence:** 5D
**Disposition:** SUPERVISION - COURT
**Minimum Sentence:** 60M

### OFAC/SDN SEARCH

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 01/12/2016 2:16 PM | 01/12/2016 2:16 PM | No Records Found |
| **Database(s) Searched:** | US Treasury Department - OFAC - SDN & Blocked Persons | |

Public Records Disclaimer (Click here to Open/Close)

*PUBLIC RECORDS DISCLAIMER AND CUSTOMER ACKNOWLEDGEMENT*

*RentGrow, Inc. dba Yardi Resident Screening (YRS) uses reasonable procedures in its effort to provide reportable civil and criminal public records information (the "Data") with maximum accuracy. By accepting and using the Data in this Tenant Screening Report (TSR), you expressly acknowledge and agree:*

- *YRS will omit, in whole or in part, Data that YRS is not permitted to report in accordance with the Federal Fair Credit Reporting Act, 15 U.S.C. 1681 et seq., as amended (the "FCRA") or other applicable laws and regulations.*
- *You are strictly prohibited from using the TSR or any of the Data except as permitted by the underlying screening agreement that applies to you.*
- *The Data obtained by YRS is maintained, updated and furnished to YRS by third-parties including public agencies, vendors and the three major credit bureaus. Because there are no national standards for the way certain information contained in the Data is stored, updated or accessed, the quality and completeness of Data will vary based on the state, county and jurisdiction where it originated.*
- ***It is your responsibility to provide complete and accurate applicant information to YRS.*** *Incorrect or incomplete identifiers provided by you to YRS (such as an applicant's name, date of birth, and social security number) may result in a TSR that is incorrect or incomplete.*
- ***YRS does not rent properties and does not make any rental decisions.*** *All tenant qualification criteria are established exclusively by you, your parent company or other third party to whom you are accountable (such as an asset manager or property owner).*

### Processing Information

DATE ENTERED: 01/12/2016 01:17 PM
INPUT BY: alorusso
POLICY: BHMA17
Reference: 20118157

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     RG000316

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

RG000317

# EXHIBIT 37

**Real Page Tenant Screening Report RA 20-21**

Detail Report     Page 1 of 2



## Background Screening Report

**CONFIDENTIAL**

Household Result: **Complete**

RAFAELA ALDACO
Report #: b6515c15 12/14/2015
Applicant

### Applicant Information

| | |
|---|---|
| Applicant: | Rafaela Aldaco |
| Also Known As: | No Known Aliases. |
| Current Address: | ■■■ |
| Date of Birth: | |
| Social Security #: | ***-**-**** |
| SSN Issued: | No Information Returned. |
| Home Phone: | |
| Maiden Name: | |
| License #: | |
| License State: | |

### Warning Messages (Possible Red Flags)

**Identity Verification Score:** Not Run

**Fraud Victim/Alert Indicators**
  There were no alerts reported.

**Consumer Narrative Statement**
  There was no consumer narrative reported.

**SafeScan Messages**
  There were no safescan warnings reported.

**OFAC Alert**
  OFAC test not requested.

### Household Results

The household is <u>complete.</u>

**Individuals Affecting Result** — Rafaela Aldaco (Applicant)

### Household Summary

Based on the selected profile (Standard), the following tests were performed:

| | Run Date | Individual | Household |
|---|---|---|---|
| - Identification | Not Run | | |
| - Rent-to-Income | Not Run | | |
| - Criminal | 12/14/15 9:16:45 AM | Complete | Complete |
| - Evictions* | Not Run | | |
| - Credit | Not Run | | |

*Evictions includes both suits (filings) and judgments for eviction, possession and/or non-payment of rent.

This tenant screening report ("report") has been derived from public records and/or third party sources. Although such records are reasonably believed by RealPage to generally be current and accurate, such records may produce inaccurate information from time to time. No verification of accuracy or completeness of the public records information contained in the report has been made by RealPage. Furthermore, the report is based, in part, on Applicant information provided by you and is subject to the accuracy thereof. Due to the similarity of identity characteristics between Applicants and unrelated third parties, and the opportunity for third party error, RealPage makes no assurance that the information in the report relates specifically to Applicants. Further investigation by you may be necessary to verify the applicability of such information to Applicant. You are hereby advised that all information in the report is confidential and may not be disclosed by you to any person other than Applicant, and then, only in accordance with the Fair Credit Reporting Act (FCRA). Any national credit, criminal, sex offender, and/or eviction searches contained in this report will include all states and jurisdictions that make their records available to national data providers.

<u>You are required to use this report and all information supplied by RealPage solely for tenant screening purposes and in accordance with the FCRA.</u>

If you require assistance or wish to inquire about other services, please contact us at screening@realpage.com or 800-708-2172.

Tenant Screening powered by LeasingDesk™ is a service of RealPage, Inc. LeasingDesk is a trademark of RealPage, Inc.

### Residence History - Rafaela Aldaco

<u>The following information was provided to RealPage by third-parties and was NOT verified and was NOT used in the determination of the Household Result. It is provided for informational purposes only:</u>

**No Residence Information was returned.**

### Employment History - Rafaela Aldaco

#Result#

The following information was provided to RealPage by third-parties, was NOT verified and was NOT used in the determination of the Household Result. It is provided for informational purposes only:

No Employment Information was returned.

### Criminal History (0 Items) (0 Ignored Items) - Rafaela Aldaco
Result: Complete

Expand All More Information Sections
Collapse All More Information Sections

Note: National criminal and sex offender searches were performed.

No records found.

Sexual Offender Check: No Records Found

**Criminal report - Important Information**
RealPage, Inc. obtains the information contained in this criminal background report from independent public records collection services and not from any national credit bureau. Thus, the information in this report does not come from the subject's credit bureau file.

While RealPage, Inc. uses reasonable procedures to assure maximum possible accuracy, the public records upon which this report is based do not allow for absolute accuracy. Thus, you will need to take further steps to assure yourself that the individual identified in this report is the same individual who has applied for residency at your community. It is important to work with your applicant to confirm or disprove the match of the criminal record. The information contained in this report must be treated in a highly confidential manner as required by the Screening Agreement. This report is furnished subject to the Warranty Disclaimer and Damage Limitations set forth in the Screening Agreement.