# EXHIBIT

# 41

# Deposition of Clementine Frazier

CLEMENTINE FRAZIER                                April 07, 2017

```
                                                      Page 1
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3   RAFAELA ALDACO,                  )
                                      )
 4          Plaintiff,                )
                                      )
 5      vs.                           )  No. 1:16 CV 05754
                                      )
 6   RENTGROW, INC. D/b/a Yardi       )
     Resident Screening,             )
 7                                    )
            Defendant.                )
 8

 9          The deposition of CLEMENTINE FRAZIER, called by

10   the Defendant for examination pursuant to notice and

11   pursuant to the Rules of Civil Procedure for the United

12   States District Courts pertaining to the taking of

13   depositions, taken before Barbara Perkovich, a notary

14   public within and for the County of Cook and State of

15   Illinois, at Suite 3500, 70 West Madison Street,

16   Chicago, Illinois on the 7th day of April 2017.

17

18

19

20

21

22

23

24
```

CLEMENTINE FRAZIER                                    April 07, 2017

---

**Page 2**

```
1   APPEARANCES:
2   ZAMPARO LAW GROUP, PC
    BY:  MS. STEPHANIE TATAR
3   2300 Barrington Road
    Suite 140
4   Hoffman Estates, Illinois 60169
    (224) 875-3202
5   stephanie@zamparolaw.com
        Appearing on behalf of the Plaintiff;
6
    NIXON PEABODY, LLP
7   BY:  MR. PATRICK DUFFEY
        MS. LAURA BACON
8   70 West Madison Street
    Suite 2500
9   Chicago, Illinois 60602
    (312) 977-4388
10  pduffey@nixonpeabody.com
    lbbacon@nixonpeabody.com
11      Appearing on behalf of the Defendant.
12
13
14
15
16
17
18
19
20
21
22
23
24
```

**Page 3**

```
1            I N D E X
    WITNESS:                       PAGE
2
    CLEMENTINE FRAZIER
3
      Examination by:
4
        Mr. Duffey                 4, 85
5       Ms. Tatar                  80
6
7
8
9
            E X H I B I T S
10  NUMBER            FOR IDENTIFICATION
11        (None so marked.)
12
13
14
15
16
17
18
19
20
21
22
23
24
```

**Page 4**

```
1              (Witness sworn.)
2              CLEMENTINE FRAZIER,
3   having been first duly sworn, was examined and testified
4   as follows:
5              EXAMINATION
6   BY MR. DUFFEY:
7     Q.  Good morning.
8     A.  Good morning.
9     Q.  Could you state your full name, please.
10    A.  Clementine Frazier.
11    Q.  Thanks, Ms. Frazier.  Have you ever given a
12  deposition before?
13    A.  No.
14    Q.  I'm going to go over a few of the ground rules
15  with you.  I'm just going to be asking you a series of
16  questions today and you're going to be giving the
17  answers.  When you provide answers, it's really
18  important that you give verbal answers.  So nodding your
19  head or words like um-hmm or uh-huh, that's hard for us
20  to translate on the record.  So if you could answer with
21  a yes or a no or a maybe or an explanation, that would
22  be helpful.  Do you understand?
23    A.  Okay.
24    Q.  The other thing would be helpful is, the court
```

**Page 5**

```
1   reporter is going to be keeping a record, so if you
2   could wait for me to finish the question before you
3   provide the answer, that will make her job a lot easier.
4     A.  Okay.
5     Q.  And if at any point today, you don't understand a
6   question that I ask, will you tell me that?
7     A.  Okay.
8     Q.  And if you tell me that you don't understand,
9   I'll go ahead and do my best to rephrase the question,
10  so that you understand it.  If you provide an answer to
11  a question, we'll just assume that you understood the
12  question.  Is that fair?
13    A.  Yes.
14    Q.  Have you taken any drugs or alcohol this morning
15  that would prevent you from testifying truthfully?
16    A.  No.
17    Q.  Is there any other reason you wouldn't be able to
18  give truthful testimony today?
19    A.  Not that I can think of, no.
20    Q.  And did you speak with anyone about your
21  deposition this morning?
22    A.  No, only Rafaela knew that I was coming.
23  That was not this morning.
24    Q.  When did you speak with Rafaela about your
```

CLEMENTINE FRAZIER                                     April 07, 2017

Page 6

1  deposition?
2      A.  I guess when I received it last month.
3      Q.  When you say it, what are you referring to?
4      A.  The deposition.
5      Q.  The subpoena?
6      A.  Yes.
7      Q.  And what did you and Rafaela talk about during
8  that conversation?
9      A.  Nothing.  It was the fact of how I would get
10  here.  That's basically it.
11     Q.  Have you ever spoken with any of Rafaela Aldaco's
12  lawyers?
13     A.  No.
14     Q.  And did you speak with any family members or
15  friends about your deposition today?
16     A.  Only my husband, who came with me.  He
17  needed to know where we were going, but that's it.
18     Q.  Have you spoken to anyone at the Fellowship
19  Housing Corporation about your deposition?
20     A.  No.
21     Q.  Did you do anything to prepare for your
22  deposition this morning?
23     A.  No.
24     Q.  Did you review any documents or anything to

Page 7

1  refresh your memory before the deposition?
2      A.  No.
3      Q.  I would like just to talk a little bit about your
4  background, if we could.  What is your current address?
5      A.  ████████████████
6  Lane.  A████████
7      Q.  Do you have any plans to move anytime soon?
8      A.  No.
9      Q.  Do you rent or own that home?
10     A.  Own.
11     Q.  How long have you lived there?
12     A.  Since 1987.
13     Q.  And have you owned the home that entire time?
14     A.  Yes.
15     Q.  Are you married?
16     A.  Yes.
17     Q.  How long have you been married?
18     A.  June will be 48 years.
19     Q.  And what is your husband's name?
20     A.  Robert.
21     Q.  And do you and Robert have any children?
22     A.  One daughter.
23     Q.  And what is her name?
24     A.  Allison.

Page 8

1      Q.  And how old is Allison?
2      A.  25.
3      Q.  Do you currently work?
4      A.  Yes.  I started a job maybe, this will be
5  six months for me.
6      Q.  Where do you work?
7      A.  I work at Fieldwork, it's a marketing
8  research company.
9      Q.  Is that in Schaumburg?
10     A.  Schaumburg, but they have a Chicago office
11  also.  But I'm in Schaumburg.
12     Q.  And what do you do there?
13     A.  I'm a market research recruiter.
14     Q.  And what do you do as part of that job?
15     A.  Well, we -- I interview people for focus
16  groups, interviews to qualify them to participate
17  for the client in focus groups and one-on-one
18  interviews.
19     Q.  Is that a full-time position?
20     A.  Part-time.  30 hours.
21     Q.  And prior to Fieldwork, did you work anywhere
22  else?
23     A.  Well, I stayed with my family member that
24  was terminally ill for two, almost two years, but I

Page 9

1  have had a career in human resources, about 20
2  years.
3      Q.  And where did you work as part of that human
4  resources career?
5      A.  My last job was at Empire Today.  I was a
6  corporate recruiter.
7      Q.  That was Empire Today?
8      A.  Yeah, Empire Today, carpeting.
9      Q.  How long did you work at Empire Today?
10     A.  I worked there for one year, but because we
11  had so many recruiters, I was only there one year
12  and a month or so, so I was laid off.
13     Q.  Prior to Empire Today, where did you work?
14     A.  I should have brought my resume, I'm trying
15  to think.  I'm a little nervous and I know I know.
16  I worked as a recruiter for healthcare, recruiting
17  for LPC.  I worked there are as a healthcare
18  recruiter.
19     Q.  And do you have any memory of how long you worked
20  there?
21     A.  I worked there probably three months, but
22  then I stopped to go to take care of my family
23  member, to be a caregiver.
24     Q.  Ms. Frazier, have you ever been arrested?

CLEMENTINE FRAZIER                                        April 07, 2017

Page 10

1    A.  No.
2    Q.  Have you ever been convicted of a crime?
3    A.  No.
4    Q.  Are you involved in any community activities?
5    A.  Yes, I teach a life group, actually tonight,
6  I teach a ladies life group about maybe 20 ladies.
7  I worked for 14 years as a bible study teacher at my
8  church and I've helped out with the food pantry at
9  church.  So I'm very involved in community things
10  that is involved with the church.
11    Q.  What church is that?
12    A.  Evangel Assembly of God in Hanover Park.
13    Q.  You mentioned you were involved in a life group?
14    A.  Life group teacher.  I teach bible study, we
15  have prayer.  Encourage the women, empower them and
16  help them just living life.
17    Q.  And how long have you been doing that?
18    A.  Well, I've been teaching at church for 14
19  years.  I started the life group, which is still
20  part of the church, about a year, year and a half.
21    Q.  How often does that life group meet?
22    A.  We meet twice a month, first and the third
23  Friday of the month.
24    Q.  Are there any other community activities or

Page 11

1  church activities that you are involved in?
2    A.  Prayer team.  I'm intercessory prayer team
3  leader.  Whatever is needed.  But those basically,
4  you know, things that I actually do.  I sometimes
5  fill in when they need someone to teach people about
6  baptism, things like that.  What does it mean.
7    Q.  What does the work of a prayer team leader
8  entail?
9    A.  What we do, when you go to say church, you
10  know the minister will have an altar call for
11  someone who may want to know the Lord, join the
12  church or if you need prayer because you are sick.
13  Then I would be the one to go to the front and then
14  I would pray with you.  Talk to you later if you
15  decide you want to know the Lord, tell you what it
16  means, take your name all the info and follow-up
17  with you.
18    Q.  Do you know Rafaela Aldaco?
19    A.  Yes.
20    Q.  How long have you known Ms. Aldaco?
21    A.  Probably since 2002.
22    Q.  How did you meet Ms. Aldaco?
23    A.  Again, I've been very active in my church,
24  I've been a member for 35, 36 years and she came to

Page 12

1  the church with her boys one Sunday and she wanted
2  to give her heart to God.  So she went down to the
3  altar and I was the one that went there with her and
4  led her to the Lord.
5    Q.  How would you describe your relationship with
6  Rafaela?
7    A.  I would say over the years I've been more of
8  a mentor, mom, in a way, spiritual mom over the
9  years, a mentor.  Because she was a young mom and I
10  had more experience in marriage and parenting, so I
11  would assist her in those areas.
12    Q.  When you say you would help her in marriage and
13  parenting what do you mean by that?
14    A.  Well, not marriage so much because she's not
15  married, but just raising children, you know?  I had
16  a father, mother, I grew up in a home with a father
17  and a mother.  So my mom taught me a lot of things
18  and I would pass a lot of those things on to her,
19  being a new mom and not having the advantage of
20  having someone to teach her.
21    So I would do that.  And my husband also.  He
22  would help the boys, you know, as a father figure.
23  And we've done that over the years with them.  We've
24  watched them grow.

Page 13

1    Q.  I'm handing you what has already been marked as
2  Defendant's Exhibit 4 in this case.  This is Plaintiff's
3  responses to first interrogatories.  Do you understand
4  what the term Plaintiff means?
5    A.  Yes.
6    Q.  Do you understand that Rafaela Aldaco is the
7  Plaintiff in this lawsuit?
8    A.  Yes.
9    Q.  Have you ever seen this document before?
10    A.  No.
11    Q.  If you could turn to Page 11 of the document.
12    A.  Okay.
13    Q.  And No. 3 at the bottom of the page, do you see
14  your name listed there?
15    A.  Yes, I do.
16    Q.  I would just like to read that.  It says,
17  Clementine Frazier, a close personal friend of and
18  mentor to the Plaintiff that has personal knowledge of
19  the Plaintiff's entire process of applying for the
20  Fellowship Program and the affects the facts of this
21  cause had on the Plaintiff after the Yardi report caused
22  her to loss her acceptance in the fellowship housing
23  program.
24    I would like to take that in parts, if I could.

CLEMENTINE FRAZIER                                    April 07, 2017

---

Page 14

1 That first section there, would you describe yourself as
2 a close personal friend of and mentor to the Plaintiff?
3      A.  Yes.
4      Q.  And then the second portion there -- well, first
5 of all, what is the Fellowship Program?
6      A.  I'm not real sure, but from my understanding
7 it's a program that help women that maybe had
8 children to find housing.  I'm not real sure about
9 it, but that's what my interpretation of it is.
10      Q.  Do you -- is it accurate to say that you have
11 knowledge of Rafaela's process of applying for that
12 program?
13      A.  Only the knowledge of what she had told me
14 about it.  I mean, I didn't go with her, I didn't
15 hear anyone talk with her, but she told me she was
16 going and was excited.  Most of the times if I have
17 any type of personal knowledge, it would be to pray
18 with her about a situation, say a new job or
19 whatever.  And in this case, I just knew that she
20 was applying.  Thought it was a good idea kind of
21 thing.
22      Q.  So, did you ever speak with anyone that worked at
23 the Fellowship Housing Corporation?
24      A.  No, no.

---

Page 15

1      Q.  And finally, the last part on the bottom of Page
2 11, No. 3 there it says that you have personal knowledge
3 of the affects the facts of this cause had on Plaintiff
4 after the Yardi report caused her to loss her acceptance
5 in the Fellowship Housing Program.
6           Is it accurate to say that you have knowledge of
7 the affect -- the effect of not being able to move into
8 the Fellowship apartment had on Rafaela?
9      A.  Knowledge, again, what she told me how it
10 affected her.  She was crying and quite devastated
11 because she was all excited about it, when we would
12 talk on the phone on moving here and so forth.  And
13 then when it didn't happen, she was devastated.
14 Because she had nowhere to go.
15      Q.  About how often do you see Ms. Aldaco?
16      A.  Maybe once a week, if that.  Sometimes she
17 attends another church.  So maybe once -- because,
18 again, she is in the life group, so I see her maybe,
19 I would say maybe once every two weeks, maybe.  And
20 then if she comes to church, to, you know, to my
21 church, then I would see her there.
22      Q.  Do you know what other church she attends?
23      A.  It's pastor Winston -- I know the name, too,
24 but I just can't remember, it's Forest Park.  I

---

Page 16

1 can't think of the name of it right now.
2      Q.  If you can't think of the name, that's okay.
3      A.  But the pastor is Pastor Winston.  But she's
4 a member of the church that I attend.
5      Q.  And that's Evangel?
6      A.  Evangel Assembly of God.
7      Q.  I would like to break up the question about how
8 often you see Ms. Aldaco into two time periods, if I
9 could.  The first time period would be before January of
10 2016 and then the second time period is going to be
11 after January of 2016.  So, prior to January of 2016,
12 how often would you say that you saw Ms. Aldaco?
13      A.  The same.  I'm not one to do a lot of
14 visiting, I mean, I see -- I'm just not.  We live --
15 we were given advice when we first got married to
16 more or less keep people out of your marriage
17 relationship and I sort of took that advice.
18           I do, because I am a mentor to so many women,
19 I'm there for them, they will e-mail me or call, but
20 as far as visiting, we don't a lot of that.
21      Q.  So, is it your testimony today that the frequency
22 with which you seen Ms. Aldaco has been the same before
23 January of 2016 and after January of 2016?
24      A.  Yeah, I would say it's about consistent.

---

Page 17

1      Q.  You mentioned that Ms. Aldaco participates in the
2 life group?
3      A.  Yes.
4      Q.  Do you do any other sorts of activities with her?
5      A.  Occasionally her son may want to take me out
6 to dinner because he's working now, so I'm sort of
7 like -- I'm their godmother, I would say, so he
8 likes to take me to his restaurant that he works at.
9 So I may see her then, she may go with us or in the
10 summer?
11      Q.  And who is Ms. Aldaco's son?
12      A.  Who is it.
13      Q.  Yeah, what is it?
14      A.  Christian and Adrian.
15      Q.  You mentioned that one of the sons takes you out
16 to dinner and works at a restaurant which one is that?
17      A.  Christian, that's the youngest, I think he's
18 about 17, going on 17.  Or in the summer, if I have
19 a barbecue, I might invite a couple of ladies over
20 and she may be one of them.
21      Q.  When Ms. Aldaco attends the life group, how does
22 she typically get there?
23      A.  She drives.
24      Q.  Does she drive her own car?

CLEMENTINE FRAZIER                                April 07, 2017

Page 18

1    A.  Yes.
2    Q.  And when she attends your church, how does she
3  get there?
4    A.  Drives.
5    Q.  And again, with her own car?
6    A.  Yes, um-hmm.
7    Q.  When you go out to dinner with Christian, does
8  Rafaela typically go too?
9    A.  Yes.
10   Q.  Who pays for those meals?
11   A.  Well, Christian paid for my meal.  He was
12  treating me, but she pays for her meal and her other
13  son is Adrian.
14   Q.  How often do you go out to meals like that
15  together?
16   A.  Well, so far he's been working and saving
17  his money, so he's taken me out twice to his
18  restaurant is Vanitti's, a nice Italian restaurant.
19  And then he also took me to Longhorn Steakhouse.
20   Q.  The life group that we've discussed a few times
21  today, how many people typically attend those meetings?
22   A.  I've had about 20 to 25 ladies, but
23  sometime, not every week because sometimes they have
24  things with their children, they say be sick.  Not

Page 19

1  every week.  Say on the average maybe about 15.
2  Which is a large, because my pastor wants it to be
3  more personal so 8 to 12, maybe, but I usually have
4  a very large, because I teach a women's life group
5  where a lot of the other life groups are husband
6  wife type thing.  Mine is mostly all women.
7    Q.  What do you typically discuss at these meetings?
8    A.  First of all, we have fellowship where we
9  eat, we bring all kind of dishes, for half an hour.
10  And after that we go into worship and praise, I have
11  music and we just sing and praise God.  And then I
12  go into the teaching and this particular teaching I
13  have a DVD where we'll listen to.  And from there,
14  we -- I'll teach the word and we have discussion and
15  then we close in prayer.
16   Q.  Has Ms. Aldaco ever discussed any of the facts of
17  this lawsuit at these life group meetings?
18   A.  Oh, no.  No.
19   Q.  Before January of 2016, was Ms. Aldaco attending
20  these life group meetings?
21   A.  Yes.
22   Q.  Has she continued to attended the life group
23  meetings, since she started going in January of 2016?
24   A.  Yes.

Page 20

1    Q.  Did you ever notice any change in her attendance,
2  the frequency with which she would attend the meetings,
3  after January of 2016?
4    A.  No, not really.
5    Q.  Would you say that she attends the meetings
6  regularly?
7    A.  Yes.
8    Q.  And by regularly, how would you describe that?
9    A.  Twice a month, first and third Friday of the
10  month.
11   Q.  So she's usually there for every meeting?
12   A.  Unless something comes up where she can't be
13  there, but most of the time she's there.
14   Q.  If she's not going to be able to attend a meeting
15  does she usually let you know ahead of time?
16   A.  Yes.  Most ladies do, they e-mail or call
17  me.
18   Q.  Has she ever said she couldn't attend the meeting
19  because she was having headaches?
20   A.  There have been times, maybe you can count
21  on one hand, where she was a little stressed.  But
22  when that happens, I usually know why.  I mean, the
23  other ladies don't, but I would know why.
24   Q.  I guess my question was a little bit different?

Page 21

1    A.  Okay.
2    Q.  Has she ever specifically called and said that
3  she is unable to attend because she has been
4  experiencing a headache?
5    A.  Yes.
6    Q.  When did that occur?
7    A.  You used the -- you said before January or
8  after January?  I would say after January, maybe.
9    Q.  How many times has that happened?
10   A.  Maybe once or twice.  You know, I'm not
11  really sure.
12   Q.  When she would let you know she wouldn't be able
13  to attend, was that a phone call?
14   A.  Phone call, yes.
15   Q.  Has she ever sent you an e-mail saying she
16  wouldn't be able to attend?
17   A.  Yes.
18   Q.  Do you know what reason she gave for not being
19  able to attend?
20   A.  Circumstances of life.
21   Q.  When you say circumstances of life?
22   A.  I knew you were going to have me explain.
23  Situations that she's going through.  I would say
24  probably this situation was real heavy on her.

CLEMENTINE FRAZIER                                    April 07, 2017

Page 22

1    Q.  When you say this situation, what do you mean?
2    A.  With the fellowship housing.  Because she
3  was all set and excited about, you know, moving in.
4    Q.  When was the last time that you saw Ms. Aldaco
5  prior to today?
6    A.  Not this Sunday, I saw her last Sunday at
7  church.
8    Q.  Did you speak to her on Sunday at church?
9    A.  Yes.
10   Q.  What did you talk about?
11   A.  Usually we just meet and greet kind of thing
12 between the next service.  Most of the ladies do
13 that, they look at me like the mom.  So she would
14 come over and hug me, kiss me and say hi.  Those
15 kind of things.
16   Q.  Did you mention your deposition at all?
17   A.  Well, she already knew about the deposition,
18 I guess.
19   Q.  Did she mention her deposition at all?
20   A.  She just said she was kind of lost trying to
21 come downtown, get downtown.
22   Q.  You mentioned that you are the Godmother?
23   A.  To her children.  When she first came to the
24 church, I led her to the Lord, but I also -- she

Page 23

1  wanted her children dedicated.  I know a lot of
2  different religions, they baptize and so forth.  We
3  dedicate the children, and then when they get to the
4  age of accountability, then they can get baptized.
5  So she wanted me to stand up with her, my husband
6  and I, as Godparents, to help her raise the kids.
7    Q.  How often do you see Ms. Aldaco's children?
8    A.  Now, teenagers, you know, you don't see them
9  too often.  I would say maybe once a month, maybe,
10 if that.
11   Q.  How old are Ms. Aldaco's children?
12   A.  Adrian, who is the oldest, he's 21.  And
13 Christian, I think is 16 and a half, maybe 17.
14   Q.  You mentioned that Christian works in
15 restaurants.  Do you know where Adrian works?
16   A.  Adrian, he has a job at T-Mobile, but I'm
17 not sure where -- I think it's maybe in Hanover
18 Park, but I'm not sure.
19   Q.  Do you ever get to see Ms. Aldaco interact with
20 her children?
21   A.  Yes.
22   Q.  How would you describe their interaction?
23   A.  I think it's probably the normal for
24 teenagers, you know.  They don't like to be around

Page 24

1  their parents that much.  But they come to church
2  with her and go out to dinner with her.  And so I
3  would say probably, in today's society, would just
4  be an average kind of interaction.
5       You know, she can't kiss them and hug them
6  and all of that anymore, but, you know, boys don't
7  want that anyway.  My daughter doesn't even want.
8  But as far as coming to church, they sit with her
9  and they go out and they go to movies.  She said the
10 other day she was taking them to see a movie, so
11 probably average.
12   Q.  Did you have the opportunity to see her interact
13 with her children both before January of 2016 and after
14 January of 2016?
15   A.  Yes.
16   Q.  Did you notice any change with the way they
17 interacted between those two time periods?
18   A.  When you say before January and after
19 January, I guess I'm not sure where I would draw the
20 line as far as her behavior with them.  She has been
21 stressed, I like I said, and that affects the
22 children, it affects everyone in the home.
23   Q.  Have you ever seen Ms. Aldaco lose her temper
24 with her children?

Page 25

1    A.  Yes.
2    Q.  How often would you say that happens?
3    A.  Rarely.  When they start maybe talking back
4  a little.
5    Q.  Before January of 2016 did you ever see her lose
6  her temper with her children?
7    A.  I don't see her doing that as much, because
8  I'm not around her as much, okay.  At church you
9  naturally going to have your nice little church
10 face, but I'm sure both times, before and after,
11 during certain circumstances, I might have seen her
12 or on the phone.  Or they may call me and say
13 Ms. Clem, mom is upset with me about something, you
14 know, like that.
15   Q.  How often would you say that happens where
16 somebody calls you and says, Mom is upset with me?
17   A.  Maybe once or twice.  Not that often.
18   Q.  When did that occur?
19   A.  We are in '17 now, right?  When you say
20 before and after, I guess that's where I'm having a
21 problem.
22   MS. TATAR:  Can we provide some context as to
23 what happened in January 2016, so then maybe it will
24 be easier for her.

CLEMENTINE FRAZIER                                          April 07, 2017

Page 26

```
 1       THE WITNESS:  It's confusing to me and that's
 2   why I hesitate to answer because you say before and
 3   after.  Before what and after what?
 4   BY MR. DUFFEY:
 5       Q.  So, I guess instead of saying before January of
 6   2016, I'll say before the situation with the Fellowship
 7   Housing Corporation, when she was told that she could
 8   not move into the apartment.  Before that, had you ever
 9   seen Ms. Aldaco lose her temper with her children?
10       A.  Rarely.  Once in a while, maybe.
11       Q.  After that, have you seen that occur?  And by
12   that I mean lose her temper with her children?
13       A.  After the Fellowship housing?
14       Q.  Yes, ma'am.
15       A.  Like I said, she was stressed.  The kids
16   were stressed because for one thing they didn't know
17   where they were going to live.  And children like
18   some stability.  So, I guess they started getting on
19   each other's nerves.
20       Q.  Do you remember any specific conversation was
21   Ms. Aldaco where she said anything along the lines of --
22   do you remember any specific conversations with
23   Ms. Aldaco in which she had told you that she had lost
24   her temper with her children?
```

Page 27

```
 1       A.  Not so much told me, but I guess because I
 2   know them, I know she had been stressed.  Sometimes
 3   when she was stressed with this situation, Christian
 4   would be upset because he, you know, didn't know
 5   where they were going to live and, you know, how --
 6   and he would say, Mom, you know, I don't know, that
 7   kind of thing.  And then she would say, Well, I'm
 8   doing the best that I can, kind of thing.
 9       Q.  Is that -- what you just described is that
10   something that you personally witnessed or was that
11   something that was relayed to you in a conversation with
12   Christian?
13       A.  He talks to me sometimes.  He might call me
14   on the phone, but because I've known him for so many
15   years, he feels comfortable telling me certain
16   things and he was upset.
17       Q.  And so he called you to tell you that he was
18   upset about the situation?
19       A.  Yeah.  I think, if I had to say, I think
20   everybody in the house was upset.
21       Q.  Why would you say that?
22       A.  Because if you plan on moving somewhere,
23   you're get everything ready, especially being a kid,
24   and then all of a sudden it's snatched from you,
```

Page 28

```
 1   where do we go?  Mom, where are we going to live
 2   kind of thing.  And she's like, I'm looking, I'm
 3   trying to find, that kind of stress.  That kind of
 4   upset.  He knew he couldn't blame her for it, but he
 5   still was in a situation where, Where are they we
 6   going to live?
 7       Q.  Now, is that something that, again, was conveyed
 8   to you in a specific conversation or is that just your
 9   interpretation of the situation as someone who knows the
10   family?
11       A.  Yeah, I think she called and told me that
12   Christian was upset and he was crying and then I
13   talked to him and tried to calm him down and said,
14   Your mom is doing the best she can.
15       Q.  When did that conversation occur?
16       A.  This happened -- when they were -- I guess
17   when weren't going to move to, what was the place?
18   I don't even know the place, Fellowship housing.
19       Q.  About how long after they found out that they
20   were not going to be able to move in there did that
21   conversation occur?
22       A.  I would say probably a week.  It was
23   immediate.
24       Q.  After that conversation, within a week, of being
```

Page 29

```
 1   unable to move into the Fellowship apartment, did you
 2   ever have any other conversations that were similar
 3   about stress in the family?
 4       A.  Not so many conversations.  If I see them
 5   she might mention it to me or she would call.  She
 6   would always call me for prayer.  Talk to and
 7   encourage her.  I did a lot of that.  I do that with
 8   a lot of women.
 9           And her situation, no one knew about it, it
10   was very confidential.  So, they wouldn't understand
11   why she's reacting a certain way, but I would know.
12   And I would talk to her and encourage her and tell
13   her, It's going to be okay, you know, God will work
14   something out for you.
15       Q.  How often would she call and ask for prayers?
16       A.  During this time, I would say probably once
17   a week for a little bit, you know, until she got
18   someplace to live.
19       Q.  Do you know how long it was in between the time
20   that she could not move into the Fellowship apartment,
21   until the time that she found a place to live?
22       A.  No, because like I said, I don't see her
23   always and I don't get into peoples' business, I try
24   not to because I have my own affairs.  But if I know
```

CLEMENTINE FRAZIER                                    April 07, 2017

Page 30

1  that this situation and I did know about it, I may
2  call her and ask her how you doing, something like
3  that.  So maybe about -- when she found someplace,
4  though, she moved around a lot, I think with her mom
5  and another couple that helped wayward people.  So
6  maybe about two weeks, maybe.  I'm just guessing,
7  now.
8     Q.  Has Ms. Aldaco ever discussed her personal
9  finances with you?
10    A.  Not really.
11    Q.  Does she ever talk with you about money at all?
12    A.  Not per se, I don't think so.
13    Q.  Has she ever mentioned having trouble
14  financially?
15    A.  Finding what?
16    Q.  Having trouble financially, has Ms. Aldaco ever?
17    A.  Oh, yes, she has discussed that with me.
18    Q.  How often would you say that you talked about
19  that?
20    A.  Only when maybe she didn't have a job and
21  didn't have money for rent or something like that.
22    Q.  Has she ever mentioned any credit card debt?
23    A.  No, I think she was okay with that.  She
24  didn't mention it to me.

Page 31

1     Q.  Has she ever mentioned any problem with credit
2  whatsoever?
3     A.  No.  I think probably in our relationship
4  some things were always discussed or personal and
5  then things were real personal.  I knew her
6  financial situation when she told me, but I don't go
7  into it, how many credit cards she had, that sort of
8  thing because I know that is sort of personal.  I
9  like to keep some boundaries, even in a friendship.
10    Q.  Has she ever asked you for a loan or any money?
11    A.  Years and years ago, when she really, you
12  know, was financially in situations.  My husband and
13  I would try to help her out.
14    Q.  How many times would you say that that happened?
15    A.  Maybe about three.  Three times or more.
16  Whenever we could help her.
17    Q.  So would you and your husband give her money when
18  she asked?
19    A.  If we knew she needed it, yes.
20    Q.  How much money would you say that you gave her?
21    A.  You know, over the years, I would say one
22  time it was $700 and maybe 300.  Not big amounts,
23  just enough to help with food or whatever she may
24  have needed.

Page 32

1     Q.  Did she pay you back?
2     A.  I think the 700 she did, but the other times
3  I didn't want payment.
4     Q.  So you mentioned one time you thought that you
5  gave her $700 and she paid that back and then you
6  mentioned 300?
7     A.  $300 to help on something that she needed,
8  the kids, school.  Sometimes I would help her with
9  school clothes, buy things for them.  It wasn't that
10  often.  She always tried to keep a job.  She's a
11  hard worker.
12    Q.  I just want to make sure I have the facts
13  straight here.  So you mentioned that maybe three times
14  you gave her money and then there were other times in
15  which you helped her out getting school clothes or
16  things of that nature?
17    A.  Yeah, other things.
18    Q.  And then there was a time you gave her $700; is
19  that correct?
20    A.  Yes.
21    Q.  And another time you gave her $300?
22    A.  Um-hmm.
23    Q.  What I'm unclear on is, you mentioned three
24  times, do you remember how much money you gave her that

Page 33

1  third time?
2     A.  Sometime maybe 50 or something like that.
3  And I want to be very honest with you, it may have
4  been more than that, but I don't keep track, you
5  know, of how I bless someone.
6     Q.  When you would give her money, would you expect
7  her to pay you back?
8     A.  No, no.  It's just that with the 700, I
9  forgot the circumstances, she said I will pay you
10  back.  But other than that, I would just give out
11  the goodness of my heart, didn't expect anything in
12  return.
13    Q.  Has Ms. Aldaco ever spoken to you about her job?
14    A.  Which job?  Any job?
15    Q.  We'll start with her present job.
16    A.  No, other than the fact that she has it.  I
17  don't even know where she works.  I know she works
18  as a customer service person, I think.
19    Q.  So you know that she currently has a job; is that
20  correct?
21    A.  Yes, I knew that.
22    Q.  And she works in customer service?
23    A.  Yes, I think she does.
24    Q.  But you don't know where?

CLEMENTINE FRAZIER                                    April 07, 2017

Page 34
1    A.  Because it really didn't matter to me, as
2 long as I knew she was working.
3    Q.  Do you know how long she's been working in that
4 job?
5    A.  You know that, I don't know either.  Maybe
6 six months, four months, maybe longer.  Like I said,
7 I try not to get too involved in peoples' lives.
8    Q.  Do you know if she ever worked for a company
9 called Window Works?
10    A.  Yes.
11    Q.  Do you know what she did there?
12    A.  Most of her jobs are customer service or
13 customer specialist and sales kind of thing, she's
14 really good at that.
15    Q.  When she was working at Window Works did she ever
16 speak with you about that job?
17    A.  Occasionally.
18    Q.  What would you talk about?
19    A.  The job itself, you know, what she was
20 required to do and maybe occasionally about the
21 people there.
22    Q.  Do you remember the names of any of the people
23 that she worked with there?
24    A.  I think I would hear her mention a guy named

Page 35
1 Alex.  I think he might have been a manager, her
2 manager or something like that.  Alex, I guess
3 that's his name.
4    Q.  And what would she tell you about Alex?  What
5 would you discuss?
6    A.  That he was a fair supervisor or manager.
7    Q.  At any point while Ms. Aldaco was working at
8 Window Works, did she ever mention to you that she had
9 been missing a lot of work?
10    A.  No.  No more than maybe just to go to the
11 doctor or take one of her children.
12    Q.  You mentioned that she would miss work to go to
13 the doctor.  Did she ever tell you why she was going to
14 the doctor?
15    A.  Just a regular physical or, you know,
16 females do these once a year thing.  Nothing
17 serious.
18    Q.  And the other reason that you gave that she said
19 she missed work was to take one of her kids to the
20 doctor?
21    A.  Yeah, take the kids to the doctor, something
22 like that.
23    Q.  Did Ms. Aldaco ever -- well, sorry.
24       Does Ms. Aldaco still work at Window Works?

Page 36
1    A.  No, I think she left there for the job she
2 has now.
3    Q.  Did she ever tell you why she left her job at
4 Window Works?
5    A.  No, I surmised that it might have been just
6 a mutual agreement because the people there, not
7 Alex, the manager, but a lot of the coworkers were
8 goofing off and doing crazy kind of things,
9 according to her.  That's hearsay.  And now that I'm
10 thinking about it, I think she felt she wasn't being
11 treated fairly there because I got the impression
12 that she would go in and do her work and a lot of
13 them would goof off and then she would have to do
14 some of their work and this was a constant kind of
15 thing, I believe.
16    Q.  You mentioned it was a mutual agreement?
17    A.  When I say that because they weren't
18 treating her fair, I don't think and so she just
19 decided to, you know, leave.  This is what --
20    Q.  So, is it your understanding that she decided to
21 leave that job on her own?
22    A.  No, I guess when I say mutual agreement
23 means that, okay, when the employer decides maybe
24 it's better that you look for something else, you

Page 37
1 will agree rather than say you fired me or I quit
2 it's a mutual thing.  That's what I mean by that.
3    Q.  So did she ever tell you that she was asked to
4 leave?
5    A.  No.  No.
6    Q.  So is it just your impression that it was a
7 mutual agreement?  Did you ever --
8    A.  That's just my impression, simply because
9 when she would talk to me about how the employees
10 were doing there and then she was treated there, she
11 just wasn't happy.
12       Now, her manager depended on her a lot and
13 got along well with her according to her, but it was
14 the other employees that had been there for a long
15 time.  And I guess I probably understood because I
16 know that on every job there are people that would
17 do the work and some will more or less perpetrate
18 and pretend that they're going it and that's the
19 impression that I got.
20       But as far as being asked to leave, I didn't
21 get that impression.  I thought it was just
22 something that you decided and they thought it was
23 best, you know.  And a lot of times employers will
24 do that.

CLEMENTINE FRAZIER                                      April 07, 2017

Page 38

1   Q.  Did she ever mention to you that other employees
2   were being laid off?  Other employees at Window Works,
3   did she ever mention?
4   A.  No.
5   Q.  I may just ask that again.
6   A.  Give me a chance to think for a second, that
7   other employees were being laid off?
8   Q.  So I'll just go ahead and reask the question.
9   Did Ms. Aldaco ever, at any point, ever mention to you
10  that other employees, so, any coworkers, were being laid
11  off at Window Works?
12  A.  I'm not sure, really not sure.
13  Q.  Did she ever mention to you any concerns that she
14  was afraid that she may be laid off?
15  A.  At one point, I think she did.
16  Q.  When did that occur?
17  A.  When the employees, her coworkers, started
18  goofing off in their work, according to her.  And
19  she would get blamed for certain things and she
20  would try to -- and what I told her, I said, maybe
21  document, so that you can take it to management if
22  you need to prove that you were doing certain
23  things.  I do remember that.
24  Q.  Do you remember if she ever documented?

Page 39

1   A.  She said she had documented things.
2   Q.  Did you ever see?
3   A.  No, I never saw it, I just told her to do
4   that.
5   Q.  Have you ever spoken to anyone else that worked
6   at Window Works?
7   A.  No.  Oh, yes, I'm sorry.  Alex, her manager.
8   She was telling me what a nice place it was to work
9   and at the time I thought about looking for a job,
10  so I had sent my resume to him and he called me to
11  have me come in, he was very interested.  But I
12  declined, I told him I had changed my mind.
13  Q.  And why did you change your mind?
14  A.  Because it was too much confusion going on
15  there and I didn't want to walk into any of that.
16  Q.  What do you mean by confusion?
17  A.  With the coworkers doing crazy things and
18  she was always having to talk to a manager or say
19  something and I thought, no, I don't want that.  And
20  it may not have been that way, but that was my
21  impression, so I didn't want to walk into any
22  company like that.  He would have hired me, I knew,
23  because he had already, you know, but I declined the
24  position.

Page 40

1   Q.  Since Ms. Aldaco stopped working at Window Works,
2   have you spoken to anybody that works there?
3   A.  No.
4   MR. DUFFEY:  We've been going for about an hour
5   now, do you need to take a break?
6   THE WITNESS:  Oh, no, I'm okay.
7   BY MR. DUFFEY:
8   Q.  Have you ever been to Ms. Aldaco's home?
9   A.  Yes.
10  Q.  How many times would you say you visited her
11  home?
12  A.  I think I went when she showed me the place
13  and one other time.  Not that often.  Like I said, I
14  don't do a lot of visiting.
15  Q.  And just to be clear, are you talking about where
16  she currently lives?
17  A.  Is that what you're talking about?
18  Q.  That's a good point.  Have you ever been to visit
19  her where she currently lives?
20  A.  Yeah, she had a birthday party for Christian
21  and she invited me.
22  Q.  When was that birthday party?
23  A.  Isn't that terrible, I don't know my
24  Godchild's birthday.  Maybe sometime in September.

Page 41

1   I think that's when his birthday is.  He always
2   said, Ms. Clem, you forget my birthday.
3   Q.  And how many times have you been to visit her at
4   that current address?
5   A.  Where she lives now?  Let's see.  Maybe
6   twice.
7   Q.  Do you know how long she's been living at the
8   current address?
9   A.  I think over a year, I'm not sure when she
10  moved in, but I think maybe about a year, maybe a
11  little longer.
12  Q.  Do you know where she lived before that?
13  A.  Let me think.  After this situation, I know
14  she was staying with her mom some and she was
15  staying with her sister and then she was moved with
16  Ben and Cindy, that's a couple that sometimes help
17  women that have children.  I think that may have
18  been her last place before she moved in.
19  Q.  So let's take that in parts, if we could.  Do you
20  know how long she was living with her mom before moving
21  into her current address?
22  A.  A short time because it's all the way in
23  Chicago and the neighborhood wasn't too good.  So I
24  would say maybe a month.  The kids didn't like it

CLEMENTINE FRAZIER                                        April 07, 2017

Page 42

1  because it was dangerous to walk the streets.
2      Q.  Did you ever go visit her at that address?
3      A.  Oh, no.
4      Q.  Do you know where that address is in Chicago?
5      A.  No, it's around 25th and she just always
6  told me it was really rough and Christian didn't
7  like it because he was scared to go out.
8      Q.  And then you mentioned that she lived with her
9  sister for a while?
10     A.  Not lived with her, maybe just a short time,
11 just two weeks, maybe.  Not even.
12     Q.  Do you know what her sister's name is?
13     A.  Lorena.
14     Q.  And do you know where Lorena lives?
15     A.  Plainfield, that's all I know, way out.
16     Q.  Did you ever go visit her when she was living
17 with Lorena in Plainfield?
18     A.  No, I've never been to Lorena's house.
19     Q.  And you also mentioned Ben and Cindy.  Do you
20 know what their last name is?
21     A.  No, I always heard her refer to them as Ben
22 and Cindy, but I don't know their last name.
23     Q.  Do you know how long she lived with them?
24     A.  Maybe about six months, I'm guessing now.

Page 43

1      Q.  And do you know where they live?
2      A.  All I know is they live in Schaumburg.  You
3  know what, I just thought of something and I want to
4  go back.  You asked me where, after she was declined
5  here and where she's living now is what you said.  I
6  think there was an apartment in between in
7  Bloomingdale.  I just remembered that.
8      Q.  So to clarify, after she did not move into the
9  Fellowship Housing apartment.  She moved to another
10 apartment in Bloomingfield, is that what you said?
11     A.  Bloomingdale.  But I don't know the address,
12 I remember going there one time.
13     Q.  Do you remember how long she lived there?
14     A.  Probably a year, until the next lease or
15 something.  I think it was about a year.
16     Q.  So you believe she lived in an apartment in
17 Bloomingdale for about a year after she --
18     A.  After she left Ben and Cindy.  These were
19 transient kind of places, when I say her sister, her
20 mom, Ben and Cindy and then she moved into an
21 apartment for about a year.  I think it was about a
22 year because I went there one time to visit.
23     Q.  And this apartment in Bloomingdale that you went
24 to visit, is that different from where she currently

Page 44

1  lives?
2      A.  Yes, yes.
3      Q.  Did you ever visit her more than once at the
4  apartment in Bloomingdale?
5      A.  I think I went with her just to look at the
6  place and then I went once to visit her because they
7  had a big dog next door and I was scared of dogs.
8  It was only one time I think I went there.  And it
9  was off Lake Street I think it was.  I don't know
10 the address, though.  You know what, I'm trying to
11 think if it's Bloomingdale, if it was a border.  It
12 was on Lake Street.  Glen Ellyn?  No.  I think Glen
13 Ellyn was where I would turn, Glen Ellyn, but I
14 believe it was in Bloomingdale.  I better stick with
15 that, because that sounds very familiar to me.
16     Q.  So your recollection is she lived in an apartment
17 in Bloomingdale?
18     A.  Off Lake Street.
19     Q.  Off Lake Street near Glen Ellyn?
20     A.  Street, yeah.
21     Q.  And that she lived at that address for about a
22 year?
23     A.  I think about a year.
24     Q.  Do you ever remember a time when Ms. Aldaco did

Page 45

1  not have a place to live?
2      A.  When I said she was with her sister, her
3  mom, Ben and Cindy, she didn't have place to live.
4      Q.  Do you ever remember a time in which she was
5  living in her car?
6      A.  I'm not sure.  Because I know that she was
7  sort of homeless there for a while.  But she might
8  not have mentioned that to me.  I know this was a
9  very bad situation for her, because she didn't know
10 where she was going to go.
11     Q.  So I want to make sure that I'm clear on the
12 timeline here.  So, starting with when Ms. Aldaco did
13 not move into the Fellowship apartment, after that, you
14 mentioned that she lived in several different locations?
15     A.  Um-hmm.
16     Q.  So for a little while she stayed with her mom; is
17 that correct?
18     A.  Yes.
19     Q.  And then you recalled a little bit of time that
20 she stayed with her sister?
21     A.  Um-hmm.
22     Q.  And then a little bit of time where she stayed
23 with Ben and Cindy?
24     A.  Yes.  But time wise I don't know how long.

CLEMENTINE FRAZIER                                        April 07, 2017

---

Page 46

1  I just know that she had mentioned that she was
2  staying in their home.
3      Q.  And then after the time that she was staying with
4  Ben and Cindy, your recollection is that she moved into
5  an apartment in Bloomingdale?
6      A.  Yeah.
7      Q.  And then after the time that she lived in
8  Bloomingdale, is that when she moved into her current
9  address?
10     A.  I think that's it, um-hmm.  Hanover Park.
11     Q.  We've talked a little bit about this already
12 today, but have you heard of an organization called the
13 Fellowship Housing Corporation?
14     A.  I hadn't until she just mentioned it.  I
15 still don't know much about them or who they are,
16 it's just what she told me.
17     Q.  Based on your understanding, what do you
18 understand the Fellowship Housing Corporation to be?
19     A.  From her telling me, I understood it to be
20 an organization, I guess, to help women with
21 children of a certain age, move into different
22 housing.  And they will assist with their rent and
23 helping them get on their feet for about a year, I
24 think it is or two years.  And help them to manage

---

Page 47

1  their finances and all of those things.  That's
2  basically all I know about it.
3      Q.  And the information that you have about the
4  Fellowship Housing Corporation, did that come from
5  Rafaela?
6      A.  Yes, it came from her.
7      Q.  Have you ever spoken with anyone else about the
8  Fellowship Housing Corporation?
9      A.  No.
10     Q.  Have you ever done any independent reading or
11 research into the Fellowship Housing Corporation?
12     A.  I was interested, naturally, because she's
13 someone that I love.  But I never really pursued
14 finding out who are these people.  I just didn't.
15     Q.  Have you ever met anyone that works at the
16 Fellowship Housing Corporation?
17     A.  No.
18     Q.  Have you ever spoken to anyone there?
19     A.  No.
20     Q.  Have you ever heard the name Heather Corens?
21     A.  No, she mentioned like names, but I didn't
22 make note of them.
23     Q.  Have you ever heard of the name Rachel Paul?
24     A.  No.  But again she would make mention of

---

Page 48

1  names of the people trying to help her or whatever
2  and I just didn't make note of, you know, who it
3  was.
4      Q.  Do you remember helping Ms. Aldaco with her
5  application to join the fellowship housing corporation
6  program in any way?
7      A.  No.
8      Q.  So I'm showing you what has previously been
9  marked as Defendant's Exhibit 7.
10     A.  Um-hmm.
11     Q.  If you want to take a minute to look over that.
12     A.  I see she has me as a reference, but I
13 really don't recall talking to anyone.  She might
14 have just, I don't know.
15     Q.  Have you ever seen this document before?
16     A.  No.
17     Q.  Do you recognize any of the handwriting on the
18 document?
19     A.  The handwriting?  I see her signature, but I
20 don't know about the printing.  But I see her
21 signature is here, that's about all I recognize.
22     Q.  And do you see at the top of the second page on
23 Exhibit 7 your name is listed as a reference?
24     A.  Yes, I see that.

---

Page 49

1      Q.  And it says relationship to you, friend, slash,
2  mentor.  Would you say that's an accurate description of
3  your relationship?
4      A.  Yes.
5      Q.  And then there is a telephone number listed
6  there.  Is that -- was that your telephone number at one
7  point in time?
8      A.  Yes, that is still my telephone number, my
9  home number.
10     Q.  And then just above the names Lynn and Keith
11 McPherson it says, May we contact this person?  And
12 there is an X in the line next to yes.
13     A.  Um-hmm.
14     Q.  Were you ever contacted by anyone at the
15 Fellowship Housing Corporation?
16     A.  I don't recall.  I don't recall.  I know
17 that when people ask me for employment reference,
18 like a resume or something, but I don't really
19 recall talking to anyone regarding, from this place.
20     Q.  Is there anything that would refresh your
21 recollection as to whether you ever spoke with anyone at
22 the Fellowship Housing Corporation?
23     A.  Probably maybe if I knew what they may have
24 wanted to ask me, but as far as any names, I don't

---

CLEMENTINE FRAZIER                                    April 07, 2017

Page 50

1   recall.
2       Q.  Did Ms. Aldaco ever tell you that the Fellowship
3   Housing Corporation had found her an apartment to live
4   in?
5       A.  Yes, she did tell me that.  And she called
6   me the day when she was going there to move in.
7       Q.  So, she told you that they had found her an
8   apartment to live in.  Did she tell you that the day she
9   was going to move in or was there a conversation before
10  the day that she was going to move in, where she gave
11  you that information?
12      A.  She might have told me a few days before,
13  oh, I found something, they approved me and I'm
14  going to move in.  That's how the conversation went.
15      Q.  How would you describe her reaction to the
16  information that she was going to be moving into the
17  apartment?
18      A.  I think she was very excited, you know,
19  especially when you moving around, she was excited,
20  Christian was excited.
21      Q.  So did you speak with Christian also about the
22  fact --
23      A.  No, I didn't talk to him.
24      Q.  So it was just your general impression that

Page 51

1   Christian was excited?
2       A.  Yeah, I guess I shouldn't have said that,
3   huh?  And I'm saying that because I know he was
4   really upset about having somewhere to live and then
5   when his mom told him that you and I are going to
6   live there.  I know him and I know he was excited.
7       Q.  Did Ms. Aldaco ever move into the Fellowship
8   Housing Corporation apartment?
9       A.  Not to my knowledge.
10      Q.  Do you know why not?
11      A.  I thought she told me that they had denied
12  her moving in or there was some trouble with her
13  moving in.
14      Q.  Do you remember what the trouble was with her
15  moving in?
16      A.  Let me think for a moment.  She was going to
17  move in and then she said something about when she
18  got there with whoever the sponsor was, from
19  Fellowship Housing, that the landlord there was
20  giving her a hard time.  And supposedly what the
21  landlord wanted had already been done, as far as
22  reference checks and all of that.  That's about what
23  she told me on the phone.
24      Q.  When you said that the landlord was giving her a

Page 52

1   hard time, what do you mean by that?
2       A.  I guess I understood that it was an
3   apartment and being an apartment, she would have to
4   meet him and he would give her the key and show her
5   where to move in, but something with him not wanting
6   to have her move in until he checks something, I
7   guess.  And she was upset because she felt that the
8   sponsor who was there with her, they had already
9   done that, so he was asking for something that was
10  unnecessary.
11      Q.  Do you remember what it was that needed to be
12  done before she could move in?
13      A.  I guess a reference, reference check or
14  reference or something with reference, I guess.  A
15  background check, maybe that's what I should say.
16      Q.  So, are you aware of any dispute regarding a
17  background check?
18      MS. TATAR:  I'm just going to object to the
19  question that it's vague and ambiguous.  Form of the
20  question, but go ahead.
21  BY MR. DUFFEY:
22      Q.  You can answer the question.  Are you aware of
23  any dispute regarding a background check?
24      A.  No, not really.  I'm just saying from the

Page 53

1   moment she was supposed to meet, the sponsor was
2   with her, they were there and then I guess all of
3   this developed and that's it, but I don't know
4   anything else.
5       Q.  The information you have about Ms. Aldaco's
6   interaction with the landlord, were you present for any
7   of that?
8       A.  Oh, no.  No.
9       Q.  Is the information that you have, was that all
10  communicated to you by Ms. Aldaco?
11      A.  Yes, um-hmm.
12      Q.  Has Ms. Aldaco ever told you that a background
13  check that was conducted on her showed a criminal
14  record?
15      A.  No.  I'm surprised of this myself.
16      Q.  I'm showing you what's previously been mark as
17  Defendant's Exhibit 9 and it is a certified statement of
18  conviction, slash, disposition from Case
19  No. 96401466301, People of the State of Illinois versus
20  Rafaela Aldaco?
21      A.  Um-hmm.
22      Q.  Have you ever seen Exhibit 9 before?
23      A.  This?  No.
24      Q.  You'll see near the top of the document, there is

CLEMENTINE FRAZIER                                    April 07, 2017

Page 54

1  some language there that says the State's Attorney of
2  Cook County, slash, local prosecutor has filed a
3  complaint with the clerk of the circuit court charging
4  the above named defendant with 720-5/123A1 MR, battery.
5  Do you see that language?  Do you see that language?
6      A.  Yes, I do.
7      Q.  Has Ms. Aldaco ever told you that at one point in
8  time she was charged with battery?
9      A.  No.
10     Q.  If you go a little bit further down the document,
11 you'll see some dates with some words next to them.  And
12 one date is December 17th, 1996.  And in all capital
13 letters there, it says plea of guilty.
14     A.  Plea of guilty, I don't see that.  Oh, yeah,
15 I see it, 12/17/96.
16     Q.  Has Ms. Aldaco ever told you that she pled guilty
17 to a crime?
18     A.  No.  That's one of those boundary kind of
19 things, you know.  I never heard her say nothing
20 about that.
21     Q.  A few lines beneath that, it says 12/17/96,
22 finding of guilty.
23     A.  Yes, I see that.
24     Q.  Has she ever mentioned that there was a finding

Page 55

1  of guilty in a case that involved her and a charge of
2  battery?
3      A.  No.
4      Q.  And then beneath that it says 12/17/96, sentenced
5  to community service.  Has Ms. Aldaco ever told you that
6  at one point in time she was sentenced to community
7  service by a court?
8      A.  No.
9      Q.  Has Ms. Aldaco ever told you that she received a
10 document from the court saying that she had been charged
11 with battery or that she pled guilty to battery?
12     A.  No.  She did mention about, I guess, the
13 boyfriend or Adrian's father would beat her or
14 batter her or something, but that was as far as that
15 went.  I didn't know all of this, none of this.
16     Q.  Did she ever say anything to you about Adrian's
17 father battering her and the court making a mistake and
18 putting her name on the court record?
19     A.  She did say something just recently about
20 that and I didn't know what she was talking about,
21 but I think he used to beat her and that's all I
22 know about that.  He used to beat her, but I didn't
23 know that she was charged with that, I didn't know
24 anything about that.

Page 56

1      Q.  When did you have this conversation where she
2  mentioned that Adrian's father used to beat her?
3      A.  When I first met her, way back when, maybe
4  back in 2002 when I first met her or maybe 2003.
5  They were young and they had, I guess, little spouts
6  or whatever.
7      Q.  You mentioned a more recent conversation in which
8  Ms. Aldaco told you that there was some confusion with
9  court records?
10     A.  Um-hmm.
11     Q.  When did that conversation occur?
12     A.  I think maybe after she was denied the
13 housing.  She may have mentioned something about a
14 background check.  I didn't go into it, because I
15 don't like to be snooping in people's business, but
16 I just let her tell me and she said something they
17 had found, but I didn't know exactly what it was.
18     Q.  Do you remember any specific words that she used
19 in that conversation?
20     A.  She did say batter, but I was thinking that
21 she was talking about her boyfriend battering, they
22 got into a spout or something, the policemen had to
23 be called.  And that was what was found on her
24 record.

Page 57

1      Q.  Do you remember if this was a telephone call?
2      A.  Yeah, it was on the phone.
3      Q.  Have you spoken with anyone else about this
4  situation?
5      A.  No.  Because it's confidential and I don't
6  do that.  I'm surprised to see her name on here.
7      Q.  Do you know if Ms. Aldaco was still involved in
8  any way with the Fellowship Housing Corporation?
9      A.  The last time I talked with her, which I
10 don't remember, they were trying to, I guess,
11 rectify the situation, maybe find her someplace to
12 live, I don't know for sure or help her.
13     Q.  Has Ms. Aldaco ever mentioned to you that she is
14 no longer involved in the Fellowship Housing
15 Corporation?
16     A.  No, I thought she was still involved.  I
17 didn't know.
18     Q.  So do you know, one way or the other, whether or
19 not she is still allowed to participate in the
20 Fellowship Housing Corporation?
21     A.  I don't know, because she hasn't said
22 anything, so I don't know.
23     Q.  We talked a little bit earlier today about
24 changes in Ms. Aldaco's behavior after she couldn't move

CLEMENTINE FRAZIER                                    April 07, 2017

Page 58

1  into the Fellowship Housing's apartment.  Can you
2  describe any changes you've noticed in her behavior
3  since the time that she did not move into the Fellowship
4  apartment?
5      A.  Disappointment, frustration, anger,
6  helpless.
7      Q.  So you mentioned disappointed, frustration, anger
8  and helpless.  Are these things that you've observed or
9  are these things that Ms. Aldaco has communicated to
10 you?
11     A.  She has communicated and I've already
12 observed.
13     Q.  Has she communicated these things to you?
14     A.  When she would come to class, I noticed she
15 would cry sometimes and no one knew what was going
16 on, but I knew that she was just frustrated and what
17 am I going to do, kind of thing.  Sometimes at
18 church she might ask me to pray for her or she'll
19 call me on the phone.  I probably would say she
20 wasn't herself.
21     Q.  After Ms. Aldaco did not move into the Fellowship
22 Housing apartment, did you ever notice her becoming
23 depressed?
24     A.  Yes.

Page 59

1      Q.  Have you noticed her become more anxious?
2      A.  Yes, I would probably say depression and
3  anxiety go hand in hand, but I'm not a psychologist
4  either.
5      Q.  That was going to be my next question.
6      A.  Have you got a degree in it?  No, I haven't,
7  but I know enough about ladies' personalities and
8  moods and things like that, so I'm making it from a
9  layman's, probably, observation.
10     Q.  And just to clarify.  Do you have any medical or
11 mental health training?
12     A.  No.  Other than in college, I took
13 psychology and took psychotherapy, but other than
14 that, no.
15     Q.  Do you have the ability to medically diagnose
16 depression or anxiety?
17     A.  From a layman's standpoint I would say.
18     Q.  But from a professional standpoint?
19     A.  No.
20     Q.  Since Ms. Aldaco did not move into the fellowship
21 housing apartment, have you ever told her at any point
22 that you thought that she should seek medical treatment?
23     A.  Yes, I did, because she was very, very, I
24 felt, again, this is observation from a layman's

Page 60

1  standpoint, she was depressed.  And she said that
2  she would sleep a lot and cry or couldn't sleep.
3  So, I knew that wasn't her normal self because she's
4  usually a bubbly kind of person and I knew something
5  was going on and she had headaches, too.  She would
6  have headaches.  I told her to go see a doctor I did
7  recommend that.
8      Q.  Do you know if she ever went to go see a doctor?
9      A.  I think she did.
10     Q.  Do you know who that doctor is?
11     A.  No.  No, I don't.  I really don't.  His
12 name, I don't know.
13     Q.  Do you know where he's located?
14     A.  No.  I didn't know any of that.
15     Q.  You mentioned that Ms. Aldaco had headaches, have
16 you ever actually seen her experience one of these
17 headaches?
18     A.  Sometimes maybe in class she would be so
19 quiet and I knew she was having one, because like I
20 said, she's very outgoing, she's an extrovert, but
21 she was very like in herself.  And she would say she
22 had a back headache or I'm not sleeping and that's
23 when I recommended her to go to see a physician.
24     Q.  How many times have you seen her experienced one

Page 61

1  of these headaches?
2      A.  Maybe two or these times.
3      Q.  And of those two or three times, has this all
4  been after she did not move into the Fellowship Housing
5  apartments?
6      A.  It's a culmination of her not moving in,
7  having nowhere to live and just not knowing what
8  she's going to do.
9      Q.  My question is more just based on the actual
10 timeframe that the headaches occurred.  So, would you
11 say that when you've witnessed these headaches, every
12 time that you've witnessed them it has been after she
13 didn't move into that apartment or did this ever occur
14 before she did not move into the apartment?
15     A.  After.
16     Q.  Did you ever keep any notes or records of having
17 witnessed her have these headaches?
18     A.  No.
19     Q.  Did Ms. Aldaco ever tell you she, in fact, did go
20 see a doctor for these headaches?
21     A.  Yes.  And I'm thinking -- I think I might
22 have gone with her to see a doctor, because I'm
23 sitting here looking at you and I'm thinking one
24 time I did go with her, but I waited out in the

CLEMENTINE FRAZIER                                          April 07, 2017

Page 62

1  waiting room.  I didn't go in because I insist on
2  her going to the doctor, so I said I'll go with you,
3  but who it was, it's been a while.
4      Q.  Do you have any recollection of where you went
5  with her to see the doctor?  Was it a hospital?
6      A.  No, it was a medical center, I think.  You
7  know like an office, that's office.  But where I do
8  not know.  I guess because I never thought one day I
9  would have to sit here, and say.  I have no clue.
10      Q.  Is there anything that would refresh your
11  recollection as to where this doctor visit occurred?
12      A.  No, not even his name.
13      Q.  Did you ever witness Ms. Aldaco vomit due to one
14  of these headaches?
15      A.  I'm not sure.
16      Q.  Did she ever tell you --
17      A.  I know she would tell me sometimes she was
18  sick to her stomach.
19      Q.  And when she would tell you that she was sick to
20  her stomach, did she also say she was having headaches
21  at that time?
22      A.  Yes, um-hmm.
23      Q.  About how many times would you say that she told
24  you that she was vomiting because of headaches?

Page 63

1      A.  Maybe a couple times.
2      Q.  Did Ms. Aldaco ever say to you that she was
3  ashamed or embarrassed to talk to her children about not
4  being able to move into the Fellowship apartment.
5      A.  Yes.  I would say yes.
6      Q.  How many times would you say that you had a
7  conversation where she mentioned that?
8      A.  Maybe about three times.
9      Q.  Do you remember any of those conversations
10  specifically?
11      A.  As I mentioned earlier, Christian was going
12  to move in with her and she was concerned that, you
13  know, she would have to tell him that we're not
14  going to move and the disappointment there and the
15  schools and all of that.
16          And Adrian was disappointed because they had
17  to move so many times and she was like here we go
18  again.  They think that I'm not stable and I don't
19  know where I'm going to live kind of thing.  And I
20  think I might have responded like, you know, it
21  happens, you just explain the best you can to them.
22      Q.  And did that conversation happen over the phone
23  or was it in person?
24      A.  Mainly over the phone.  And then, too, we

Page 64

1  might have gone out to lunch and sat and talked,
2  because we did do that a few times.
3      Q.  Do you remember where you went to lunch when you
4  talked about these issues?
5      A.  We might go to Denny's, something like that.
6  A place where you could sit and talk for a while
7  without them wanting you to leave.
8      Q.  And when you would go to these lunches and talk
9  about these issues of her being ashamed or upset to talk
10  to her children about the apartment situation, was it
11  usually just you and her or would other people also be
12  at the lunch?
13      A.  Oh, no, she was very private.  She confided
14  in me, so it would just be us and I wouldn't tell
15  anyone.
16      Q.  Did she ever say anything or did she ever tell
17  you that she felt she had failed her children because
18  she could not move into the Fellowship Housing
19  apartment?
20      A.  Maybe not in so many words, but the
21  impression because they were upset and it's like,
22  what do I tell them, what do I do.  That's mainly.
23      Q.  So just to clarify, was it your impression that
24  she felt that way?

Page 65

1      A.  She would tell me when we talked like, you
2  know, I hate to tell them or I hate that we're going
3  through this again.  Kind of thing.  She would say
4  something like that to me.
5      Q.  Did she ever tell you that she felt guilty about
6  not being able to live at the apartment?
7      A.  Not so much guilty.  I think she felt, it's
8  not my fault kind of thing.
9      Q.  Has Ms. Aldaco ever described herself as homeless
10  to you?
11      A.  In all the years I've known them, you mean?
12      Q.  Yes.
13      A.  I think way back when she might have been
14  and even in this situation, but because she had
15  people she could call, you might not necessarily
16  define it as homeless, but because I have always her
17  had a home, I would say it was homeless.  And she would
18  say it too, you know, she would say, I just don't
19  know where I'm going to live.  I'm homeless.
20      Q.  And just to clarify, you mentioned first this
21  happened way back when.  When you say way back when,
22  what do you mean by that?
23      A.  So many years ago.
24      Q.  Would you say more than five years ago?

CLEMENTINE FRAZIER                                    April 07, 2017

Page 66

1    A.  Oh, yes, 2002 it goes way back.
2    Q.  So, right when you very first met Ms. Aldaco?
3    A.  I think there was a circumstance where she
4  had to live with her mom one time.  But the
5  circumstances, I don't remember.
6    Q.  And then you mentioned a second time, more
7  recently?
8    A.  With this situation.
9    Q.  Has she specifically described herself as
10  homeless to you, with regard to the Fellowship Housing
11  situation?
12    A.  She said, I don't know where I'm going to
13  live.  I don't know if you could consider that
14  saying I'm homeless because she had nowhere to go.
15  So, I probably say that would be homeless.  She was
16  at the mercy of people.
17    Q.  Has Ms. Aldaco, since not moving into the
18  Fellowship apartment, has she ever described herself to
19  you as having low self esteem?
20    A.  She did, but I would try to encourage her,
21  tell her, you know.
22    Q.  Has many times has she told you that she feels
23  she has low self esteem?
24    A.  Probably a couple of times in our

Page 67

1  conversations.
2    Q.  Would these conversations be in person or over
3  the phone?
4    A.  Most of the time it was phone.  Like I say,
5  I didn't meet with her a lot, just more over the
6  phone.
7    Q.  And you said that when these conversations
8  happened, you would offer her encouragement, is that
9  correct?
10    A.  Yes, because she felt, you know, that -- I
11  think a lot of times I think she felt from the jobs,
12  you know, because she looked at herself, sometimes
13  maybe like a doormat and I would tell her don't let
14  people walk over you, you are not a rug on the
15  floor, that kind of thing, but she felt that.
16    Q.  Before she -- before the Fellowship Housing
17  incident, had she ever described herself as having low
18  self esteem before that?
19    A.  Probably maybe at Window Works because they
20  would -- I felt when she would tell me things that
21  they were doing, I thought it was very
22  unprofessional and she would go to human resources
23  and try to tell them, but she would also take
24  whatever they did.  And I may be saying that from a

Page 68

1  standpoint because I'm a different kind of person,
2  but her self esteem suffered and she didn't have a
3  lot of confidence in herself.
4    Q.  You mentioned a couple of times today some
5  unprofessional work at Window Works.  Did Ms. Aldaco
6  ever communicate to you any specific instances of
7  unprofessional behavior?
8    A.  Yes, she did.
9    Q.  What were those -- what sorts of behavior would
10  you -- what sorts of behavior did she communicate to you
11  that you have characterized at unprofessional?
12    A.  For one thing, the coworkers, people that
13  had been there for a while, they would go out and
14  smoke pot and she could smell it and sometimes she
15  would get headaches from it and the management
16  didn't do anything.  Or else they would talk nasty
17  to her or give her work that wasn't her that they
18  should have been doing those kind of things.  And I
19  told her that she should go to HR, but being a small
20  company like that, HR didn't seem to do very much.
21    Q.  Do you know if she ever did go to HR at Window
22  Works?
23    A.  She said she did.  And she had her put on
24  the record that she went.  And I think she even

Page 69

1  talked to Alex her manager but, again, he wanted to
2  keep peace and this is just my, keep peace, so
3  sometimes she would be frustrated there.  And they
4  would swear and I say unprofessional, because I am
5  very professional and plus I was in HR for years.
6  So I did consider the things at that she was telling
7  me as unprofessional because you don't do that at a
8  company.
9    Q.  Do you remember Ms. Aldaco ever being bedridden
10  after the Fellowship Housing incident?
11    A.  No.  Maybe I should ask you, if I could,
12  what do you mean by bedridden, because I think of
13  bedridden as someone that is ill and can't get out
14  of bed or has some kind of sickness, is that what
15  you mean?
16    Q.  I guess I'll rephrase it.  Do you ever remember
17  her sleeping all day after the incident?  And by the
18  incident I mean when she did not move into the
19  Fellowship Housing apartment.
20    A.  Like I said, my opinions of her being
21  depressed was that she would not want to do
22  anything.  You know, she would sleep and I know that
23  to be one of the symptoms, because my sister years
24  ago had that and she didn't want to clean the house,

CLEMENTINE FRAZIER                                         April 07, 2017

Page 70

1  do anything.  Just lay in bed and I told her, get
2  up, get up and pull yourself together.  But it
3  wasn't a long period of time where she was
4  bedridden.  She might for a week just be depressed.
5     Q.  And would she call you and say, you know, I've
6  been laying in bed all week or what were those
7  conversations like?
8     A.  She would call me and say, Clem, I'm not
9  sleeping and I just don't want to do anything, I
10  feel like I just want to sleep kind of thing and I
11  knew those were symptoms of depression, a mild form
12  of depression, I should say.
13     Q.  Did you ever visit her at her home when she was
14  experiencing these symptoms or not getting out of bed?
15     A.  No.
16     Q.  Do you ever remember a Ms. Aldaco seeming
17  particularly tired after the Fellowship Housing
18  incident?
19     A.  Tired.  And her symptoms she was showing all
20  go together.  Tired, not wanting to do your dishes,
21  wanting just to sleep, I consider them all together.
22     Q.  Do you remember Ms. Aldaco gaining any weight?
23     A.  Yeah, she has put on some weight, compared
24  to how she was.  And I surmised that to be sometimes

Page 71

1  people can be depressed and they will either not eat
2  or they will eat and I felt that she was more or
3  less just eating.
4     Q.  When did this weight gain start?
5     A.  Over the year that you notice a lot of it.
6     Q.  So, over the past year?
7     A.  Yes, somewhere in there.
8     Q.  How much weight would you say she gained?
9     A.  Maybe about 50 pounds.  And I'm not too good
10  at that, because I need to lose weight myself, but I
11  just noticed that she was heavier than I had ever
12  seen her before.
13     Q.  In the time, the entire time that you've known
14  Ms. Aldaco, did you ever notice any fluctuations or
15  changes in her weight prior to this past year?
16     A.  No.  Not to the degree that she is now.
17  Maybe a pound here or whatever, but it wasn't so
18  noticeable.
19     Q.  Did you ever see Ms. Aldaco cry at any point
20  after the Fellowship Housing situation?
21     A.  She cried, yeah, a lot.
22     Q.  How many times --
23     A.  She is a cry baby.
24     Q.  How many times would you say you've seen her cry

Page 72

1  after the situation?
2     A.  Many times.  You need a number, maybe 10
3  times.  And I would try to console her and I'm not
4  too good at that because I'll cry with you.
5     Q.  When she would cry, would it be during in person
6  meetings or over the phone or both?
7     A.  I would say both.
8     Q.  And how long would she typically cry while you
9  were talking to her?
10     A.  She would cry long enough and hard enough
11  that I felt I needed to console her.  She was
12  talking and beginning to cry.  And I felt like when
13  she was doing that, what am I going to do about my
14  situation, and I would encourage her and just tell
15  her it's going to get better, that kind of crying.
16     Q.  Would she ever stop crying during these
17  conversations after you gave her some encouragement?
18     A.  Yeah, she would, but then she might go home
19  and cry some more and call me back and say, you
20  know.  I think maybe it was certain moments would
21  bring on certain things.
22     Q.  What sort of moments would bring on this crying?
23     A.  When she would look at situation, whatever
24  it may be, didn't have the job or people were doing

Page 73

1  certain things or where am I going to live, kids are
2  upset, those kind of situations.
3     Q.  So, is it fair to say that you've seen her cry in
4  more circumstances other than those related to the
5  incident where she did not move into the Fellowship
6  apartment?
7     MS. TATAR:  Objection to the question as vague,
8  but you can answer the question.
9     THE WITNESS:  Over the years I've known her, she
10  would cry, but not hard cry.  She was hurting,
11  that's probably the way I would say.  There is
12  different ways people cry.  And when you're hurting
13  there is a different cry because you can feel that
14  person's heart and I think when she would cry, I
15  would feel her heart.  If that explains it to you.
16  BY MR. DUFFEY:
17     Q.  I guess.  Other than when she did not move into
18  the fellowship housing apartment, are there any other
19  things that you have witnessed that have made her cry?
20     A.  Oh, sure, sure.
21     Q.  What sorts of things?
22     A.  When her mom was sick and had surgery.  When
23  her dad needs open heart surgery now, so -- or when
24  she was sad about the kids, she would cry.

CLEMENTINE FRAZIER                                    April 07, 2017

Page 74

1    MR. DUFFEY:  I think it might be a good time to
2  take a break.
3    THE WITNESS:  I'm okay, unless you need a break,
4  we can keep going.
5    MR. DUFFEY:  I need a break.
6    (Break taken.)
7  BY MR. DUFFEY:
8    Q.  So, over the course of the day, you've told me a
9  few different places that Ms. Aldaco has lived.  At any
10  point in time, has she ever lived with you?
11    A.  No.  Not because I didn't want her to, but
12  because my husband felt that that's our home and
13  even as close as we were, maybe a night or so, early
14  on, when I first met her or something, and the kids,
15  but not move in.
16    Q.  So she may have stayed with you for a night at
17  some point in time?
18    A.  Yeah, something, years and years ago, maybe.
19    Q.  Did she ever stay with you for a night after she
20  did not move into the Fellowship Housing apartment?
21    A.  No.
22    Q.  You've also mentioned a number of times today
23  that the Fellowship Housing situation caused stress on
24  Rafaela and her family; is that fair to say?

Page 75

1    A.  Yes.
2    Q.  Over the time that you've known Ms. Aldaco have
3  there ever been any other situations that have caused
4  her stress?
5    A.  I'm sure.  Probably financial situation.
6  Not having enough money.
7    Q.  So would she call you and say that she was
8  stressed because she didn't have enough money or did she
9  communicate this stress to you?
10    A.  She would probably communication to me,
11  that, you know, I don't have enough money, something
12  like that.
13    Q.  Did any of her children ever communicate stress
14  about the family's money situation to you?
15    A.  No.  Kids don't usually -- they think their
16  parents are rich most of the time, they don't --
17  they didn't do that.
18    Q.  Before Ms. Aldaco was going to move into this
19  fellowship apartment, do you remember what her living
20  situation was?
21    A.  In what way?
22    Q.  Do you know if she had long-term housing before
23  that or was it a more transient situation like you
24  described after she did not move into the apartment?

Page 76

1    A.  I think she had more long-term type
2  situation, I think.  That's been a little while.
3    Q.  Do you remember where she lived before the
4  Fellowship Housing apartment availability happened?
5    A.  I'm not sure if I'm confusing the last --
6  not this apartment, but the last one with where it
7  was before she moved in, I'm not sure.  She had a
8  regular permanent place, but I'm not sure if was
9  before or if it was after.  I thought it was after,
10  but I'm not sure.
11    Q.  So, in terms of the regular permanent place,
12  would that be the apartment in Bloomingdale that you
13  referenced before?
14    A.  That may be what I'm thinking, I'm not sure.
15    Q.  So, is it your testimony that it could have been
16  before the Fellowship Housing apartment became available
17  that she lived at that Bloomingdale address?
18    A.  Yes, that may be, I'm not sure.  I guess I
19  have to say that, that way.
20    Q.  Do you ever remember Ms. Aldaco's housing
21  situation, before the fellowship housing apartment
22  became available, do you ever remember her housing
23  situation at that time causing stress?
24    A.  No, because she had places to live and

Page 77

1  long-term.  Because she lived, way before that,
2  at -- where was it, Schaumburg, Palatine, it's on
3  the border.  She had a nice place there.  But that
4  was way before the housing.
5    Q.  So she had a nice place in or around Schaumburg
6  or Palatine?
7    A.  Yeah, somewhere in that area.
8    Q.  And that was before the Fellowship Housing
9  Corporation housing became available?
10    A.  Yes.
11    Q.  And was she still living at that nice place
12  before the fellowship housing apartment became
13  available?
14    A.  She might have moved to the one I'm talking
15  about in Bloomingdale.
16    Q.  Okay.  Do you ever remember Ms. Aldaco's children
17  at any point, before this Fellowship Housing apartment
18  incident, do you ever remember them calling you and
19  expressing any stress about the family situation?
20    A.  No, not really.
21    Q.  Does Ms. Aldaco ever speak with you about
22  romantic interests or relationships with men?
23    A.  No.  I have to say she didn't have that.
24  And I think she didn't have it because she was a

CLEMENTINE FRAZIER                                       April 07, 2017

Page 78

1  Christian.  And she always would say, I want to live
2  a certain way, so my boys will see me and respect
3  me.  So I can absolutely, without doubt, say she
4  didn't have any.
5      Q.  And is that in the entire time that you've known
6  her?
7      A.  Well, the entire time I've known her, I do
8  remember some guy at church tried to -- he took her
9  out to dinner and that was about it.  It didn't
10  work.  He was controlling and manipulative and she
11  just said no, that's not going to work.  She would
12  call me and I'd give her my advice and I would say
13  run.
14      Q.  Do you remember what that man's name was?
15      A.  Oh, Lord, no.  No, I don't because it wasn't
16  that long of a relationship.  Maybe about two weeks.
17  That's about it.
18      Q.  And if you could remember, when did this
19  relationship occur?
20      A.  Maybe about five years ago, maybe.
21  Something like that.
22      Q.  Have you at any point seen Ms. Aldaco's
23  deposition transcript in this case?
24      A.  No.

Page 79

1      Q.  Do you know what a deposition transcript is?
2      A.  Isn't it this?
3      Q.  No.  So a deposition transcript is much like the
4  court reporter is doing right now, she has been typing
5  out our conversation.
6      A.  Oh, no, she didn't show me, she just told me
7  she came down.  But like I said, I only want her to
8  tell me what she wants to tell me or show me what
9  she wants to show me, but I haven't seen it.
10      Q.  Has she shown you any documents related to this
11  lawsuit?
12      A.  No.
13      Q.  What specifically, if anything, has she told you
14  about this lawsuit?
15      A.  That she came down and she stayed most of
16  the day.  She called me asking about parking and I
17  told her park in the garage.  She asked me was I
18  supposed to come and I said you guys had canceled,
19  but I'm due to come today, that was it.  We didn't
20  discuss anything, because I don't want to get too
21  involved in it, in what's going on.  I really don't.
22      Q.  Did she mention anything that she discussed in
23  her deposition?
24      A.  Oh, no.  No and I didn't ask her.

Page 80

1      MR. DUFFEY:  Well, I think that's all the
2  questions that I have.
3          EXAMINATION
4  BY MS. TATAR:
5      Q.  I just have a couple of points of clarification.
6  You had said earlier that she wasn't herself.  And I
7  think you described her as being bubbly before.  And
8  when I say before, the relevant time period here is
9  prior to the Fellowship Housing issue and then after the
10  Fellowship Housing issue.  So tell me what she was like
11  before the Fellowship Housing issue.
12      A.  She's usually -- well, before she was
13  pleasant and -- not that she wasn't pleasant
14  afterwards, but not so stressed, I would say.  She
15  would come to church and she would call and things
16  were going well for her, I would say.  Things were
17  good.
18      Q.  She was a happy person?
19      A.  She is a happy person.  But like I said, she
20  has moments, but as a whole, I would say she's a
21  very personable person.  You can meet her and you
22  can talk to her and that kind of thing.
23      Q.  And did that change after everything happened
24  with Fellowship Housing?

Page 81

1      A.  For a while it did.
2      Q.  Can you describe that for me?
3      A.  Like I said, she became stressed because she
4  was worried about where to live.  And I had to tell
5  Christian, he can't go to the school.  Or what am I
6  going to do kind of thing.  And she was a little
7  depressed and she had the headaches.  And like I
8  said, I told her, let's go to the doctor and let's
9  see, you know, if we can find out what's going on.
10          And she wouldn't sleep and gained, she gained
11  a lot of weight.  I didn't tell her that, because
12  you know that hurts peoples' feelings, but I know
13  she gained a lot of weight.
14      Q.  You had mentioned that she had missed several
15  meetings at the church, after the Fellowship Housing
16  situation happened.  And I'm just trying to get a
17  clarification on that.  Are you aware that she missed
18  those meetings because she was unwell because of the
19  Fellowship Housing situation or was she missing the
20  meetings for some other reason?
21      A.  As a whole, she missed the meetings because
22  she didn't want to be around people.  I knew, but
23  the ladies didn't know, so...
24      Q.  You said she didn't want to be around people.

CLEMENTINE FRAZIER                                    April 07, 2017

Page 82

1 Did she generally want to be around people?
2      A.  She is a people person but just that period
3 in her life and I like I said, I had to ask him to
4 define before '16, because I don't know that.  But
5 when you say after the Fellowship Housing, then that
6 helps me have a, you know, a point to look at.
7 There were times that she wouldn't come -- she
8 missed maybe a couple of months and the ladies would
9 ask where she was and so forth.  But she just didn't
10 want to be around people.  I knew that she was going
11 through an anxiety period, but no one else knew.
12      Q.  And you said she was stressed.  What did you --
13 how did you know she was stressed?  Other than her
14 telling you that she was stressed?  Did you observe her
15 in any way showing signs of stress?
16      A.  Because I know her.  And for her not to want
17 to be around people is not her personality, you
18 know, because she likes the fellowship, she likes
19 the things, you know, with church and all the other
20 things and she just didn't want to do that for a
21 while.  So I told her just take time, you know, stay
22 by yourself a little bit and try to figure things
23 out.
24      Q.  Do you think after this situation that happened

Page 83

1 with Fellowship Housing, was she asking you to pray for
2 her more often than she did before the Fellowship
3 Housing situation?
4      A.  Yes.  I've always, over the whole time,
5 2002, I've always prayed for her, but, you know,
6 maybe little general things like pray for me, I'm
7 going for an interview, those kinds of things.  But
8 this, when she didn't have anywhere to go and the
9 situation, it was more serious and so I would pray
10 for her and try to encourage her.
11      Q.  I think right before the break you were
12 describing her crying and you said it was a really hard
13 cry?
14      A.  Um-hmm.
15      Q.  I think I understand what you mean by that.  But
16 I wanted to clarify, because I'm not sure it was clear.
17 When did you observe her with this, not just this cry,
18 but as you described, this hard cry?  Was it before the
19 Fellowship Housing situation or was it after the
20 Fellowship Housing?
21      A.  After, only because her circumstances were
22 so dire.  And because of that she had a lot on her
23 plate.  And I think the pressure, with the kids and
24 where are they going to live, what school and do I

Page 84

1 have to change, all of these things, circumstances,
2 just took its toll on her.
3      So when she would cry, it was a cry from the
4 heart, you know, like she was hurting.  That's the
5 way I can explain it, she was hurting.
6      Q.  You said also earlier that occasionally she -- I
7 think you mentioned that she was tired as a result of
8 this situation.  What did she sound like when she told
9 you she was too tired to come, to do whatever it was
10 that she was supposed to be doing?
11      A.  She sound like she was, again, and me not
12 being a psychologist, she was depressed.  Didn't
13 want to get out of bed or didn't want to eat, or eat
14 too much in her case, she was overeating or just
15 eating.  Trying to figure out what am I going to do
16 kind of thing.
17      Q.  Did she sound tired to you?
18      A.  Yeah, she did.  So much so with her
19 symptoms, I never -- said I would go to the doctor
20 with her because I got concerned.
21      Q.  She looked like she was stressed or tired?
22      A.  Around other people she put on a good face,
23 but I knew.  I knew.
24      MS. TATAR:  That's all I have.

Page 85

1      MR. DUFFEY:  I just have a few more questions to
2 follow-up.
3           FURTHER EXAMINATION
4 BY MR. DUFFEY:
5      Q.  Are you aware of her ever being diagnosed by a
6 doctor with depression?
7      A.  No.
8      Q.  Are you aware of her being diagnosed by a doctor
9 with anxiety?
10      A.  No.
11      Q.  Are you aware of her being diagnosed by a doctor
12 with posttraumatic stress disorder?
13      A.  No.
14      Q.  I believe we talked earlier, you said you saw
15 Ms. Aldaco on Sunday; is that correct?
16      A.  And life groups when she came, which she's a
17 regular now, and on Sundays for church.
18      Q.  Sorry to clarify, when is the last time that you
19 saw Ms. Aldaco?
20      A.  Not this Sunday, but last Sunday.
21      Q.  In your more recent interactions with Ms. Aldaco,
22 say in the last month, is she still stressed about her
23 housing situation?
24      A.  I don't think so now.

CLEMENTINE FRAZIER                                          April 07, 2017

Page 86

1   Q.  Has she told you why?
2       A.  I think she's concerned because she's, you
3   know, brought it up about I didn't know the
4   decision, because I would say what did they decide?
5   What did they decide?  And she said they decided not
6   to, but she didn't walk around every day feeling
7   down and depressed about it.  It's still present,
8   you know, this situation, but not to the point where
9   it limits her from doing the things she needs to do
10  or being friendly with people.  It doesn't do that.
11      Q.  So just to clarify, after the fellowship housing
12  situation, there was a period of time in which she
13  wasn't able to interaction with people that she
14  typically did; is that fair?
15      A.  I would say yes, that's fair.
16      Q.  And would you say that that's no longer the
17  situation now?
18      A.  She has moments, if that's -- you know,
19  moments.
20      Q.  What do you mean by moments?
21      A.  It's not present all the time, like, Oh, no,
22  it's just moments that she has.  And I guess I can
23  use the scenario, my mom passed away, I didn't
24  constantly cry, cry, cry and then I would go to

Page 87

1   church or be somewhere and I have moments and I
2   would just breakdown and cry and cry.  I think she
3   has moments.
4       Q.  So is it your testimony --
5       A.  It's better for her now, maybe her, you
6   know, living situation, but it's still something
7   that's hanging over her head.
8       Q.  When was the last time that you've seen her
9   experience one of these moments where she breaks down?
10      A.  I can't remember.  I know when I see her she
11  doesn't -- you know, she knows I know all the
12  things, but she doesn't just cry and then maybe
13  she'll call me and say, you know, Clem, I'm
14  really -- that's about it.
15      Q.  If had you to estimate, when is the last time
16  that she's called you and expressed stress about this
17  situation?
18      A.  Probably a few months back.  Maybe first of
19  last year, maybe somewhere in there.
20      Q.  What is your understanding about what Ms. Aldaco
21  is claiming happened in this lawsuit, do you understand
22  what her claims are?  How would you describe those
23  claims?
24      A.  From what she's told me, if they had

Page 88

1   approved her for housing, and she is supposed to
2   move in, and you've taken the person all the way up
3   to bags in the car, just need the key, and then all
4   of a sudden it fell through, that's some what a
5   disappointment.  I didn't know why, but I feel that
6   it may be discrimination and I could be very wrong,
7   but that's what it sounds like to me.
8       Q.  Do you know who she is suing in this lawsuit?
9       A.  No, I don't.  I heard the Fellowship
10  Housing, you mentioned that, but I don't know who --
11  we don't discuss that.
12      MR. DUFFEY:  Okay.  I think that's all I've got.
13
14          (Ending Time:  12:39 p.m.)
15
16
17
18
19
20
21
22
23
24

Page 89

1              REPORTER'S CERTIFICATE
2
3       I, BARBARA PERKOVICH, CSR No. 84-004070,
4   Certified Shorthand Reporter, certify:
5       That the foregoing proceedings were taken before
6   me at the time and place therein set forth.  At
7   which time the witness was put under oath by me;
8       That the testimony of the witness, the questions
9   propounded, and all objections and statements made
10  at the time of the examination were recorded
11  stenographically by me and were thereafter
12  transcribed;
13      That the foregoing is a true and correct
14  transcript of my shorthand notes so taken.
15      I further certify that I am not a relative or
16  employee of any attorney of the parties, nor
17  financially interested in the action.
18      I declare under penalty of perjury under the laws
19  of Illinois that the foregoing is true and correct.
20      Dated this ___21st___ day of __April___, 2017.
21
22      Barbara Perkovich
23      _____
        BARBARA PERKOVICH, C.S.R. No. 84-004070
24

CLEMENTINE FRAZIER

April 07, 2017
Index: $300..baby

## $

**$300** 32:7,21

**$700** 31:22 32:5, 18

## 1

**10** 72:2

**11** 13:11 15:2

**12** 19:3

**12/17/96** 54:15, 21 55:4

**12:39** 88:14

**14** 10:7,18

**15** 19:1

**16** 23:13 82:4

**17** 17:18 23:13 25:19

**17th** 54:12

**1987** 7:12

**1996** 54:12

## 2

**20** 9:1 10:6 18:22

**2002** 11:21 56:4 66:1 83:5

**2003** 56:4

**2016** 16:10,11,23 19:19,23 20:3 24:13,14 25:5,23 26:6

**21** 23:12

**25** 8:2 18:22

**25th** 42:5

## 3

**3** 13:13 15:2

**30** 8:20

**300** 31:22 32:6

**35** 11:24

**36** 11:24

## 4

**4** 13:2

**48** 7:18

## 5

**50** 33:2 71:9

## 6

**60173** 7:6

## 7

**7** 48:9,23

**700** 32:2 33:8

**720-5/123A1** 54:4

## 8

**8** 19:3

**824** 7:5

## 9

**9** 53:17,22

**96401466301** 53:19

## A

**ability** 59:15

**absolutely** 78:3

**acceptance** 13:22 15:4

**accountability** 23:4

**accurate** 14:10 15:6 49:2

**active** 11:23

**activities** 10:4, 24 11:1 17:4

**actual** 61:9

**address** 7:4 41:4,8,21 42:2,4 43:11 44:10,21 46:9 76:17

**Adrian** 17:14 18:13 23:12,15,16 63:16

**Adrian's** 55:13, 16 56:2

**advantage** 12:19

**advice** 16:15,17 78:12

**affairs** 29:24

**affect** 15:7

**affected** 15:10

**affects** 13:20 15:3 24:21,22

**afraid** 38:14

**age** 23:4 46:21

**agree** 37:1

**agreement** 36:6,16,22 37:7

**ahead** 5:9 20:15 38:8 52:20

**alcohol** 5:14

**Aldaco** 11:18,20, 22 13:6 15:15 16:8, 12,22 17:1,21 19:16,19 22:4 23:19 24:23 26:9,21,23 30:8,16 33:13 35:7, 23,24 38:9 40:1 44:24 45:12 48:4 50:2 51:7 53:10,12, 20 54:7,16 55:5,9 56:8 57:7,13 58:9, 21 59:20 60:15 61:19 62:13 63:2 65:9 66:2,17 68:5 69:9 70:16,22 71:14,19 74:9 75:2, 18 77:21 85:15,19, 21 87:20

**Aldaco's** 6:11 17:11 23:7,11 40:8 53:5 57:24 76:20 77:16 78:22

**Alex** 35:1,2,4 36:7 39:7 69:1

**Allison** 7:24 8:1

**allowed** 57:19

**altar** 11:10 12:3

**ambiguous** 52:19

**amounts** 31:22

**anger** 58:5,7

**answers** 4:17,18

**anxiety** 59:3,16 82:11 85:9

**anxious** 59:1

**anymore** 24:6

**anytime** 7:7

**apartment** 15:8 26:8 29:1,20 43:6,9, 10,16,21,23 44:4,16 45:13 46:5 50:3,8, 17 51:8 52:3 58:1,4, 22 59:21 61:13,14 63:4 64:10,19 65:6

**66:18 69:19 73:6,18 74:20 75:19,24 76:4,6,12,16,21 77:12,17

**apartments** 61:5

**application** 48:5

**applying** 13:19 14:11,20

**approved** 50:13 88:1

**area** 77:7

**areas** 12:11

**arrested** 9:24

**ashamed** 63:3 64:9

**Assembly** 10:12 16:6

**assist** 12:11 46:22

**assume** 5:11

**attend** 16:4 18:21 20:2,14,18 21:3,13, 16,19

**attendance** 20:1

**attended** 19:22

**attending** 19:19

**attends** 15:17,22 17:21 18:2 20:5

**Attorney** 54:1

**availability** 76:4

**average** 19:1 24:4,11

**aware** 52:16,22 81:17 85:5,8,11

## B

**baby** 71:23

CLEMENTINE FRAZIER

April 07, 2017
Index: back..confidential

**back** 25:3 32:1,5
33:7,10 43:4 56:3,4
60:22 65:13,21 66:1
72:19 87:18

**background**
7:4 52:15,17,23
53:12 56:14

**bad** 45:9

**bags** 88:3

**baptism** 11:6

**baptize** 23:2

**baptized** 23:4

**barbecue** 17:19

**based** 46:17 61:9

**basically** 6:10
11:3 47:2

**batter** 55:14
56:20

**battering** 55:17
56:21

**battery** 54:4,8
55:2,11

**beat** 55:13,21,22
56:2

**bed** 69:14 70:1,6,
14 84:13

**bedridden** 69:9,
12,13 70:4

**beginning** 72:12

**behavior** 24:20
57:24 58:2 68:7,9,
10

**Ben** 41:16 42:19,
21 43:18,20 45:3,23
46:4

**beneath** 54:21
55:4

**bible** 10:7,14

**big** 31:22 44:7

**birthday** 40:20,
22,24 41:1,2

**bit** 7:3 20:24 29:17
45:19,22 46:11
54:10 57:23 82:22

**blame** 28:4

**blamed** 38:19

**bless** 33:5

**Bloomingdale**
43:7,11,17,23 44:4,
11,14,17 46:5,8
76:12,17 77:15

**Bloomingfield**
43:10

**border** 44:11 77:3

**bottom** 13:13
15:1

**boundaries**
31:9

**boundary** 54:18

**boyfriend** 55:13
56:21

**boys** 12:1,22 24:6
78:2

**break** 16:7 40:5
74:2,3,5,6 83:11

**breakdown**
87:2

**breaks** 87:9

**bring** 19:9 72:21,
22

**brought** 9:14
86:3

**bubbly** 60:4 80:7

**business** 29:23
56:15

**buy** 32:9

——————————

**C**

**call** 11:10 16:19
20:16 21:13,14
25:12 27:13 29:5,6,
15 30:2 57:1 58:19

65:15 70:5,8 72:19
75:7 78:12 80:15
87:13

**called** 21:2 27:17
28:11 34:9 39:10
46:12 50:5 56:23
79:16 87:16

**calling** 77:18

**calls** 25:16

**calm** 28:13

**canceled** 79:18

**capital** 54:12

**car** 17:24 18:5
45:5 88:3

**card** 30:22

**cards** 31:7

**care** 9:22

**career** 9:1,4

**caregiver** 9:23

**carpeting** 9:8

**case** 13:2 14:19
53:18 55:1 78:23
84:14

**caused** 13:21
15:4 74:23 75:3

**causing** 76:23

**center** 62:6

**certified** 53:17

**chance** 38:6

**change** 20:1
24:16 39:13 80:23
84:1

**changed** 39:12

**characterized**
68:11

**charge** 55:1

**charged** 54:8
55:10,23

**charging** 54:3

**check** 52:13,15,
17,23 53:13 56:14

**checks** 51:22
52:6

**Chicago** 8:10
41:23 42:4

**children** 7:21
12:15 14:8 18:24
22:23 23:1,3,7,11,
20 24:13,22,24 25:6
26:9,12,17,24 35:11
41:17 46:21 63:3
64:10,17 75:13
77:16

**Christian** 17:14,
17 18:7,11 23:13,14
27:3,12 28:12 40:20
42:6 50:20,21 51:1
63:11 78:1 81:5

**church** 10:8,9,10,
11,18,20 11:1,9,12,
23 12:1 15:17,20,
21,22 16:4 18:2
22:7,8,24 24:1,8
25:8,9 58:18 78:8
80:15 81:15 82:19
85:17 87:1

**Cindy** 41:16
42:19,22 43:18,20
45:3,23 46:4

**circuit** 54:3

**circumstance**
66:3

**circumstances**
21:20,21 25:11 33:9
66:5 73:4 83:21
84:1

**claiming** 87:21

**claims** 87:22,23

**clarification**
80:5 81:17

**clarify** 43:8 59:10
64:23 65:20 83:16
85:18 86:11

**class** 58:14 60:18

**clean** 69:24

**clear** 40:15 45:11
83:16

**Clem** 25:13 41:2
70:8 87:13

**Clementine** 4:2,
10 13:17

**clerk** 54:3

**client** 8:17

**close** 13:17 14:2
19:15 74:13

**clothes** 32:9,15

**clue** 62:9

**college** 59:12

**comfortable**
27:15

**communicate**
68:6,10 75:9,13

**communicated**
53:10 58:9,11,13

**communicatio
n** 75:10

**community**
10:4,9,24 55:5,6

**company** 8:8
34:8 39:22 68:20
69:8

**compared** 70:23

**complaint** 54:3

**concerned**
63:12 84:20 86:2

**concerns** 38:13

**conducted**
53:13

**confided** 64:13

**confidence**
68:3

**confidential**
29:10 57:5

CLEMENTINE FRAZIER

April 07, 2017
Index: confusing..embarrassed

**confusing** 26:1 76:5

**confusion** 39:14,16 56:8

**consistent** 16:24

**console** 72:3,11

**constant** 36:14

**constantly** 86:24

**contact** 49:11

**contacted** 49:14

**context** 25:22

**continued** 19:22

**controlling** 78:10

**conversation** 6:8 26:20 27:11 28:8,15,21,24 50:9, 14 56:1,7,11,19 63:7,22 79:5

**conversations** 26:22 29:2,4 63:9 67:1,2,7 70:7 72:17

**conveyed** 28:7

**convicted** 10:2

**conviction** 53:18

**Cook** 54:2

**Corens** 47:20

**corporate** 9:6

**corporation** 6:19 14:23 26:7 46:13,18 47:4,8,11, 16 48:5 49:15,22 50:3 51:8 57:8,15, 20 77:9

**correct** 32:19 33:20 45:17 67:9 85:15

**count** 20:20

**County** 54:2

**couple** 17:19 30:5 41:16 63:1 66:24 68:4 80:5 82:8

**court** 4:24 54:3 55:7,10,17,18 56:9 79:4

**coworkers** 36:7 38:10,17 39:17 68:12

**crazy** 36:8 39:17

**credit** 30:22 31:1, 7

**cried** 71:21

**crime** 10:2 54:17

**criminal** 53:13

**cry** 58:15 60:2 71:19,23,24 72:4,5, 8,10,12,19 73:3,10, 12,13,14,19,24 83:13,17,18 84:3 86:24 87:2,12

**crying** 15:10 28:12 72:15,16,22 83:12

**culmination** 61:6

**current** 7:4 41:4, 8,21 46:8

**customer** 33:18, 22 34:12,13

**D**

**D-R-A-C-U-T** 7:5

**dad** 73:23

**dangerous** 42:1

**date** 54:12

**dates** 54:11

**daughter** 7:22

**24:7**

**day** 24:10 50:6,8, 10 62:8 69:17 74:8 79:16 86:6

**days** 50:12

**debt** 30:22

**December** 54:12

**decide** 11:15 86:4,5

**decided** 36:19,20 37:22 86:5

**decides** 36:23

**decision** 86:4

**declined** 39:12, 23 43:4

**dedicate** 23:3

**dedicated** 23:1

**defendant** 54:4

**Defendant's** 13:2 48:9 53:17

**define** 65:16 82:4

**degree** 59:6 71:16

**denied** 51:11 56:12

**Denny's** 64:5

**depended** 37:12

**deposition** 4:12 5:21 6:1,4,15,19,22 7:1 22:16,17,19 78:23 79:1,3,23

**depressed** 58:23 60:1 69:21 70:4 71:1 81:7 84:12 86:7

**depression** 59:2,16 70:11,12 85:6

**describe** 12:5 14:1 20:8 23:22 50:15 58:2 81:2 87:22

**describing** 83:12

**description** 49:2

**devastated** 15:10,13

**developed** 53:3

**diagnose** 59:15

**diagnosed** 85:5, 8,11

**dinner** 17:6,16 18:7 24:2 78:9

**dire** 83:22

**disappointed** 58:7 63:16

**disappointment** 58:5 63:14 88:5

**discrimination** 88:6

**discuss** 19:7 35:5 79:20 88:11

**discussed** 18:20 19:16 30:8,17 31:4 79:22

**discussion** 19:14

**dishes** 19:9 70:20

**disorder** 85:12

**disposition** 53:18

**dispute** 52:16,23

**doctor** 35:11,13, 14,20,21 60:6,8,10 61:20,22 62:2,5,11 81:8 84:19 85:6,8, 11

**document** 13:9, 11 38:21 48:15,18 53:24 54:10 55:10

**documented** 38:24 39:1

**documents** 6:24 79:10

**dog** 44:7

**dogs** 44:7

**door** 44:7

**doormat** 67:13

**doubt** 78:3

**downtown** 22:21

**Dracut** 7:5

**draw** 24:19

**drive** 17:24

**drives** 17:23 18:4

**drugs** 5:14

**due** 62:13 79:19

**DUFFEY** 4:6 26:4 40:4,7 52:21 73:16 74:1,5,7 80:1 85:1,4 88:12

**duly** 4:3

**DVD** 19:13

**E**

**e-mail** 16:19 20:16 21:15

**earlier** 57:23 63:11 80:6 84:6 85:14

**early** 74:13

**easier** 5:3 25:24

**eat** 19:9 71:1,2 84:13

**eating** 71:3 84:15

**effect** 15:7

**Ellyn** 44:12,13,19

**embarrassed** 63:3

CLEMENTINE FRAZIER

April 07, 2017
Index: Empire..guess

**Empire** 9:5,7,8,9, 13

**employees** 37:9,14 38:1,2,7,10, 17

**employer** 36:23

**employers** 37:23

**employment** 49:17

**empower** 10:15

**encourage** 10:15 29:7,12 66:20 72:14 83:10

**encouragement** 67:8 72:17

**ending** 88:14

**entail** 11:8

**entire** 7:13 13:19 71:13 78:5,7

**esteem** 66:19,23 67:18 68:2

**estimate** 87:15

**Evangel** 10:12 16:5,6

**EXAMINATION** 4:5 80:3 85:3

**examined** 4:3

**excited** 14:16 15:11 22:3 50:18, 19,20 51:1,6

**Exhibit** 13:2 48:9, 23 53:17,22

**expect** 33:6,11

**experience** 12:10 60:16 87:9

**experienced** 60:24

**experiencing** 21:4 70:14

**explain** 21:22 63:21 84:5

**explains** 73:15

**explanation** 4:21

**expressed** 87:16

**expressing** 77:19

**extrovert** 60:20

---

**F**

**face** 25:10 84:22

**fact** 6:9 33:16 50:22 61:19

**facts** 13:20 15:3 19:16 32:12

**failed** 64:17

**fair** 5:12 35:6 36:18 73:3 74:24 86:14,15

**fairly** 36:11

**familiar** 44:15

**family** 6:14 8:23 9:22 28:10 29:3 74:24 77:19

**family's** 75:14

**father** 12:16,22 55:13,17 56:2

**fault** 65:8

**feel** 70:10 73:13, 15 88:5

**feeling** 86:6

**feelings** 81:12

**feels** 27:15 66:22

**feet** 46:23

**fell** 88:4

**fellowship** 6:18 13:20,22 14:5,23

15:5,8 19:8 22:2 26:6,13 28:18 29:1, 20 43:9 45:13 46:13,18 47:4,8,11, 16 48:5 49:15,22 50:2 51:7,19 57:8, 14,20 58:1,3,21 59:20 61:4 63:4 64:18 66:10,18 67:16 69:10,19 70:17 71:20 73:5,18 74:20,23 75:19 76:4,16,21 77:8,12, 17 80:9,10,11,24 81:15,19 82:5,18 83:1,2,19,20 86:11 88:9

**felt** 36:10 52:7 59:24 64:17,24 65:5,7 67:10,11,15, 20 71:2 72:11,12 74:12

**females** 35:16

**Fieldwork** 8:7, 21

**figure** 12:22 82:22 84:15

**filed** 54:2

**fill** 11:5

**finally** 15:1

**finances** 30:9 47:1

**financial** 31:6 75:5

**financially** 30:14,16 31:12

**find** 14:8 28:3 57:11 81:9

**finding** 30:15 47:14 54:22,24

**finish** 5:2

**fired** 37:1

**floor** 67:15

**fluctuations** 71:14

**focus** 8:15,17

**follow-up** 11:16 85:2

**food** 10:8 31:23

**Forest** 15:24

**forget** 41:2

**forgot** 33:9

**form** 52:19 70:11

**found** 28:19 29:21 30:3 50:3,7, 13 56:17,23

**Frazier** 4:2,10,11 9:24 13:17

**frequency** 16:21 20:2

**Friday** 10:23 20:9

**friend** 13:17 14:2 49:1

**friendly** 86:10

**friends** 6:15

**friendship** 31:9

**front** 11:13

**frustrated** 58:16 69:3

**frustration** 58:5, 7

**full** 4:9

**full-time** 8:19

---

**G**

**gain** 71:4

**gained** 71:8 81:10,13

**gaining** 70:22

**garage** 79:17

**gave** 21:18 31:20 32:5,14,18,21,24 35:18 50:10 72:17

**general** 50:24 83:6

**generally** 82:1

**give** 4:18 5:18 12:2 31:17 33:6,10 38:6 52:4 68:17 78:12

**giving** 4:16 51:20, 24

**Glen** 44:12,13,19

**God** 10:12 12:2 16:6 19:11 29:13

**Godchild's** 40:24

**godmother** 17:7 22:22

**Godparents** 23:6

**good** 4:7,8 14:20 34:14 40:18 41:23 71:9 72:4 74:1 80:17 84:22

**goodness** 33:11

**goof** 36:13

**goofing** 36:8 38:18

**greet** 22:11

**grew** 12:16

**ground** 4:14

**group** 10:5,6,13, 14,19,21 15:18 17:2,21 18:20 19:4, 17,20,22

**groups** 8:16,17 19:5 85:16

**grow** 12:24

**guess** 6:2 20:24 22:18 24:19 25:20 26:5,18 27:1 28:16 35:2 36:22 37:15 46:20 51:2 52:2,7, 13,14 53:2 55:12 56:5 57:10 62:8

CLEMENTINE FRAZIER

April 07, 2017
Index: guessing..ladies

69:16 73:17 76:18
86:22

**guessing** 30:6
42:24

**guilty** 54:13,14,
16,22 55:1,11 65:5,
7

**guy** 34:24 78:8

**guys** 79:18

---

**H**

**half** 10:20 19:9
23:13

**hand** 20:21 59:3

**handing** 13:1

**handwriting**
48:17,19

**hanging** 89:7

**Hanover** 10:12
23:17 46:10

**happen** 15:13
63:22

**happened** 21:9
25:23 28:16 31:14
65:21 67:8 76:4
80:23 81:16 82:24
87:21

**happy** 37:11
80:18,19

**hard** 4:19 32:11
51:20 52:1 72:10
73:10 83:12,18

**hate** 65:2

**head** 4:19 87:7

**headache** 21:4
60:22

**headaches**
20:19 60:5,6,15,17
61:1,10,11,17,20
62:14,20,24 68:15
81:7

**health** 59:11

**healthcare** 9:16,
17

**hear** 14:15 34:24

**heard** 42:21 46:12
47:20,23 54:19 88:9

**hearsay** 36:9

**heart** 12:2 33:11
73:14,15,23 84:4

**Heather** 47:20

**heavier** 71:11

**heavy** 21:24

**helped** 10:8 30:5
32:15

**helpful** 4:22,24

**helping** 46:23
48:4

**helpless** 58:6,8

**helps** 82:6

**hesitate** 26:2

**hired** 39:22

**home** 7:9,13
12:16 24:22 40:8,11
46:2 49:9 65:17
70:13 72:18 74:12

**homeless** 45:7
65:9,16,17,19
66:10,14,15

**honest** 33:3

**hospital** 62:5

**hour** 19:9 40:4

**hours** 8:20

**house** 27:20
42:18 69:24

**housing** 6:19
13:22 14:8,23 15:5
22:2 26:7,13 28:18
43:9 46:13,18,22
47:4,8,11,16 48:5
49:15,22 50:3 51:8,
19 56:13 57:8,14,20

58:22 59:21 61:4
64:18 66:10 67:16
69:10,19 70:17
71:20 73:18 74:20,
23 75:22 76:4,16,
20,21,22 77:4,8,9,
12,17 80:9,10,11,24
81:15,19 82:5 83:1,
3,19,20 85:23 86:11
88:1,10

**Housing's** 58:1

**HR** 68:19,20,21
69:5

**hug** 22:14 24:5

**human** 9:1,3
67:22

**hurting** 73:10,12
84:4,5

**hurts** 81:12

**husband** 6:16
12:21 19:5 23:5
31:12,17 74:12

**husband's** 7:19

---

**I**

**idea** 14:20

**ill** 8:24 69:13

**Illinois** 7:6 53:19

**important** 4:18

**impression**
36:11 37:6,8,19,21
39:21 50:24 64:21,
23

**incident** 67:17
69:10,17,18 70:18
73:5 77:18

**independent**
47:10

**info** 11:16

**information**
47:3 50:11,16 53:5,
9

**insist** 62:1

**instances** 68:6

**interact** 23:19
24:12

**interacted** 24:17

**interaction**
23:22 24:4 53:6
86:13

**interactions**
85:21

**intercessory**
11:2

**interested** 39:11
47:12

**interests** 77:22

**interpretation**
14:9 28:9

**interrogatories**
13:3

**interview** 8:15
83:7

**interviews** 8:16,
18

**invite** 17:19

**invited** 40:21

**involved** 10:4,9,
10,13 11:1 34:7
55:1 57:7,14,16
79:21

**issue** 80:9,10,11

**issues** 64:4,9

**Italian** 18:18

---

**J**

**January** 16:9,11,
23 19:19,23 20:3
21:7,8 24:13,14,18,
19 25:5,23 26:5

**job** 5:3 8:4,14 9:5
14:18 23:16 30:20
32:10 33:13,14,15,

19 34:4,16,19 36:1,
3,21 37:16 39:9
72:24

**jobs** 34:12 67:11

**join** 11:11 48:5

**June** 7:18

---

**K**

**keeping** 5:1

**Keith** 49:10

**key** 52:4 88:3

**kid** 27:23

**kids** 23:6 26:15
32:8 35:19,21 41:24
73:1,24 74:14 75:15
83:23

**kind** 14:20 19:9
22:11,15,20 24:4
27:7,8 28:2,3 34:13
36:8,14 43:19 54:18
58:17 60:4 63:19
65:3,8 67:15 68:1,
18 69:14 70:10
72:15 73:2 80:22
81:6 84:16

**kinds** 83:7

**kiss** 22:14 24:5

**knew** 5:22 14:19
21:22 22:17 28:4
29:9 31:5,19 33:21
34:2 39:22 49:23
58:15,16 60:3,4,19
70:11 81:22 82:10,
11 84:23

**knowing** 61:7

**knowledge**
13:18 14:11,13,17
15:2,6,9 51:9

---

**L**

**ladies** 10:6 17:19
18:22 20:16,23

CLEMENTINE FRAZIER

April 07, 2017
Index: ladies'..move

22:12 81:23 82:8

**ladies'** 59:7

**laid** 9:12 38:2,7,
10,14

**Lake** 44:9,12,18,
19

**landlord** 51:19,
21,24 53:6

**Lane** 7:6

**language** 54:1,5

**large** 19:2,4

**lawsuit** 13:7
19:17 79:11,14
87:21 88:8

**lawyers** 6:12

**lay** 70:1

**laying** 70:6

**layman's** 59:9,
17,24

**leader** 11:3,7

**lease** 43:14

**leave** 36:19,21
37:4,20 64:7

**led** 12:4 22:24

**left** 36:1,3 43:18

**letters** 54:13

**life** 10:5,6,13,14,
16,19,21 15:18
17:2,21 18:20 19:4,
5,17,20,22 21:20,21
82:3 85:16

**likes** 17:8 82:18

**limits** 86:9

**lines** 26:21 54:21

**listed** 13:14 48:23
49:5

**listen** 19:13

**live** 16:14 26:17
27:5 28:1,6 29:18,
21 43:1,2 45:1,3

50:3,8 51:4,6 57:12
61:7 63:19 65:6,19
66:4,13 73:1 76:24
78:1 81:4 83:24

**lived** 7:11 41:12
42:8,10,23 43:13,16
44:16,21 45:14 46:7
74:9,10 76:3,17
77:1

**lives** 34:7 40:16,
19 41:5 42:14 44:1

**living** 10:16 41:7,
20 42:16 43:5 45:5
75:19 77:1 87:6

**loan** 31:10

**local** 54:2

**located** 60:13

**locations** 45:14

**long** 7:11,17 9:9,
19 10:17 11:20
28:19 29:19 34:2,3
37:14 41:7,20 42:23
43:13 45:24 70:3
72:8,10 78:16

**long-term** 75:22
76:1 77:1

**longer** 34:6 41:11
57:14 86:16

**Longhorn** 18:19

**looked** 67:12
84:21

**Lord** 11:11,15
12:4 22:24 78:15

**Lorena** 42:13,14,
17

**Lorena's** 42:18

**lose** 24:23 25:5
26:9,12 71:10

**loss** 13:22 15:4

**lost** 22:20 26:23

**lot** 5:3 12:17,18
16:13,20 19:5 23:1
29:7,8 30:4 35:9

36:7,12 37:12,23
40:14 60:2 67:5,11
68:3 71:5,21 81:11,
13 83:22

**love** 47:13

**low** 66:19,23 67:17

**LPC** 9:17

**lunch** 64:1,3,12

**lunches** 64:8

**Lynn** 49:10

**M**

**made** 73:19

**make** 5:3 32:12
45:11 47:22,24 48:2

**making** 55:17
59:8

**man's** 78:14

**manage** 46:24

**management**
38:21 68:15

**manager** 35:1,2,
6 36:7 37:12 39:7,
18 69:1

**manipulative**
78:10

**mark** 53:16

**marked** 13:1 48:9

**market** 8:13

**marketing** 8:7

**marriage** 12:10,
12,14 16:16

**married** 7:15,17
12:15 16:15

**matter** 34:1

**Mcpherson**
49:11

**meal** 18:11,12

**meals** 18:10,14

**means** 11:16 13:4
36:23

**medical** 59:10,22
62:6

**medically** 59:15

**meet** 10:21,22
11:22 22:11 52:4
53:1 67:5 80:21

**meeting** 20:11,
14,18

**meetings** 18:21
19:7,17,20,23 20:2,
5 72:6 81:15,18,20,
21

**member** 8:23
9:23 11:24 16:4

**members** 6:14

**memory** 7:1 9:19

**men** 77:22

**mental** 59:11

**mention** 22:16,
19 29:5 30:24 34:24
35:8 38:1,3,9,13
47:24 55:12 79:22

**mentioned**
10:13 17:1,15 22:22
23:14 30:13,22 31:1
32:4,6,13,23 35:12
36:16 42:8,19 45:8,
14 46:1,14 47:21
54:24 56:2,7,13
57:13 58:7 60:15
63:7,11 65:20 66:6
68:4 74:22 81:14
84:7 88:10

**mentor** 12:8,9
13:18 14:2 16:18
49:2

**mercy** 66:16

**met** 47:15 56:3,4
66:2 74:14

**mild** 70:11

**mind** 39:12,13

**Mine** 19:6

**minister** 11:10

**minute** 48:11

**missed** 35:19
81:14,17,21 82:8

**missing** 35:9
81:19

**mistake** 55:17

**mom** 12:8,9,17,19
22:13 25:13,16 27:6
28:1,14 30:4 41:14,
20 43:20 45:3,16
51:5 66:4 73:22
86:23

**moment** 51:16
53:1

**moments** 72:20,
22 80:20 86:18,19,
20,22 87:1,3,9

**money** 18:17
30:11,21 31:10,17,
20 32:14,24 33:6
75:6,8,11,14

**month** 6:2 9:12
10:22,23 20:9,10
23:9 41:24 85:22

**months** 8:5 9:21
34:6 42:24 82:8
87:18

**moods** 59:8

**morning** 4:7,8
5:14,21,23 6:22

**mother** 12:16,17

**move** 7:7 15:7
26:8 28:17,20 29:1,
20 43:8 45:13 46:21
50:6,9,10,14 51:7,
17 52:5,6,12 57:24
58:3,21 59:20 61:4,
13,14 63:4,12,14,17
64:18 69:18 73:5,17
74:15,20 75:18,24
88:2

CLEMENTINE FRAZIER

April 07, 2017
Index: moved..prayer

**moved** 30:4 41:10,15,18 43:9,20 46:4,8 76:7 77:14

**movie** 24:10

**movies** 24:9

**moving** 15:12 22:3 27:22 41:20 50:16,19 51:12,13,15 61:6 66:17

**music** 19:11

**mutual** 36:6,16,22 37:2,7

**N**

**named** 34:24 54:4

**names** 34:22 47:21 48:1 49:10,24

**nasty** 68:16

**naturally** 25:9 47:12

**nature** 32:16

**necessarily** 65:15

**needed** 6:17 11:3 31:19,24 32:7 52:11 72:11

**neighborhood** 41:23

**nerves** 26:19

**nervous** 9:15

**nice** 18:18 25:9 39:8 77:3,5,11

**night** 74:13,16,19

**nodding** 4:18

**normal** 23:23 60:3

**note** 47:22 48:2

**notes** 61:16

**notice** 20:1 24:16 58:22 71:5,14

**noticeable** 71:18

**noticed** 58:2,14 59:1 71:11

**number** 49:5,6,8,9 72:2 74:22

**O**

**object** 52:18

**Objection** 73:7

**observation** 59:9,24

**observe** 82:14 83:17

**observed** 58:8,12

**occasionally** 17:5 34:17,20 84:6

**occur** 21:6 25:18 26:11 28:15,21 38:16 56:11 61:13 78:19

**occurred** 61:10 62:11

**offer** 67:8

**office** 8:10 62:7

**oldest** 23:12

**one-on-one** 8:17

**open** 73:23

**opinions** 69:20

**opportunity** 24:12

**organization** 46:12,20

**other's** 26:19

**outgoing** 60:20

**overeating** 84:14

**owned** 7:13

**P**

**p.m.** 88:14

**paid** 18:11 32:5

**Palatine** 77:2,6

**pantry** 10:8

**parenting** 12:10,13

**parents** 24:1 75:16

**park** 10:12 15:24 23:18 46:10 79:17

**parking** 79:16

**part** 8:14 9:3 10:20 15:1

**Part-time** 8:20

**participate** 8:16 57:19

**participates** 17:1

**parts** 13:24 41:19

**party** 40:20,22

**pass** 12:18

**passed** 86:23

**past** 71:6,15

**pastor** 15:23 16:3 19:2

**Paul** 47:23

**pay** 32:1 33:7,9

**payment** 32:3

**pays** 18:10,12

**peace** 69:2

**people** 8:15 11:5 16:16 18:21 30:5 34:21,22 36:6 37:16

47:14 48:1 49:17 53:19 64:11 65:15 66:16 67:14 68:12 71:7 72:24 73:12 81:22,24 82:1,2,10,17 84:22 86:10,13

**people's** 56:15

**peoples'** 29:23 34:7 81:12

**period** 16:9,10 70:3 80:8 82:2,11 86:12

**periods** 16:8 24:17

**permanent** 76:8,11

**perpetrate** 37:17

**person** 33:18 49:11 60:4 63:23 67:2 68:1 72:5 80:18,19,21 82:2 88:2

**person's** 73:14

**personable** 80:21

**personal** 13:17,18 14:2,17 15:2 19:3 30:8 31:4,5,8

**personalities** 59:7

**personality** 82:17

**personally** 27:10

**phone** 15:12 21:13,14 25:12 27:14 51:23 57:2 58:19 63:22,24 67:3,4,6 72:6

**physical** 35:15

**physician** 60:23

**place** 28:17,18 29:21 39:8 40:12

41:18 44:6 45:1,3 49:19 64:6 76:8,11 77:3,5,11

**places** 43:19 74:9 76:24

**Plainfield** 42:15,17

**Plaintiff** 13:4,7,18,21 14:2 15:3

**Plaintiff's** 13:2,19

**plan** 27:22

**plans** 7:7

**plate** 83:23

**plea** 54:13,14

**pleasant** 80:13

**pled** 54:16 55:11

**point** 5:5 35:7 38:9,15 40:18 49:7 54:7 55:6 59:21 71:19 74:10,17 77:17 78:22 82:6 86:8

**points** 80:5

**policemen** 56:22

**portion** 14:4

**position** 8:19 39:24

**posttraumatic** 85:12

**pot** 68:14

**pound** 71:17

**pounds** 71:9

**praise** 19:10,11

**pray** 11:14 14:17 58:18 83:1,6,9

**prayed** 83:5

**prayer** 10:15 11:2,7,12 19:15 29:6

CLEMENTINE FRAZIER

**prayers** 29:15

**prepare** 6:21

**present** 33:15
53:6 86:7,21

**pressure** 83:23

**pretend** 37:18

**prevent** 5:15

**previously** 48:8
53:16

**printing** 48:20

**prior** 8:21 9:13
16:11 22:5 71:15
80:9

**private** 64:13

**problem** 25:21
31:1

**process** 13:19
14:11

**professional**
59:18 69:5

**program** 13:20,
23 14:5,7,12 15:5
48:6

**prosecutor** 54:2

**prove** 38:22

**provide** 4:17 5:3,
10 25:22

**psychologist**
59:3 84:12

**psychology**
59:13

**psychotherapy**
59:13

**pull** 70:2

**pursued** 47:13

**put** 68:23 70:23
84:22

**putting** 55:18

**Q**

**qualify** 8:16

**question** 5:2,6,9,
11,12 16:7 20:24
38:8 52:19,20,22
59:5 61:9 73:7,8

**questions** 4:16
80:2 85:1

**quiet** 60:19

**quit** 37:1

**R**

**Rachel** 47:23

**Rafaela** 5:22,24
6:7,11 11:18 12:6
13:6 15:8 18:8 47:5
53:20 74:24

**Rafaela's** 14:11

**raise** 23:6

**raising** 12:15

**Rarely** 25:3 26:10

**reacting** 29:11

**reaction** 50:15

**read** 13:16

**reading** 47:10

**ready** 27:23

**real** 14:6,8 21:24
31:5

**reask** 38:8

**reason** 5:17
21:18 35:18 81:20

**recall** 48:13
49:16,19 50:1

**recalled** 45:19

**received** 6:2
55:9

**recent** 56:7 85:21

**recently** 55:19
66:7

**recognize**
48:17,21

**recollection**
44:16 46:4 49:21
62:4,11

**recommend**
60:7

**recommended**
60:23

**record** 4:20 5:1
53:14 55:18 56:24
68:24

**records** 56:9
61:16

**recruiter** 8:13
9:6,16,18

**recruiters** 9:11

**recruiting** 9:16

**rectify** 57:11

**refer** 42:21

**reference** 48:12,
23 49:17 51:22
52:13,14

**referenced**
76:13

**referring** 6:3

**refresh** 7:1 49:20
62:10

**regard** 66:10

**regular** 35:15
76:8,11 85:17

**regularly** 20:6,8

**related** 73:4
79:10

**relationship**
12:5 16:17 31:3
49:1,3 78:16,19

**relationships**
77:22

**relayed** 27:11

**relevant** 80:8

**religions** 23:2

**remember** 15:24
26:20,22 32:24
34:22 38:23,24
43:12,13 44:24 45:4
48:4 51:14 52:11
56:18 57:1,10 63:9
64:3 66:5 69:9,16
70:16,22 75:19
76:3,20,22 77:16,18
78:8,14,18 87:10

**remembered**
43:7

**rent** 7:9 30:21
46:22

**rephrase** 5:9
69:16

**report** 13:21 15:4

**reporter** 5:1 79:4

**required** 34:20

**research** 8:8,13
47:11

**resources** 9:1,4
67:22

**respect** 78:2

**responded**
63:20

**responses** 13:3

**restaurant** 17:8,
16 18:18

**restaurants**
23:15

**result** 84:7

**resume** 9:14
39:10 49:18

**return** 33:12

**review** 6:24

**rich** 75:16

**Robert** 7:20,21

**romantic** 77:22

**room** 62:1

**rough** 42:6

**rug** 67:14

**rules** 4:14

**run** 78:13

**S**

**sad** 73:24

**sales** 34:13

**sat** 64:1

**saving** 18:16

**scared** 42:7 44:7

**scenario** 86:23

**Schaumburg**
7:6 8:9,10,11 43:2
77:2,5

**school** 32:8,9,15
81:5 83:24

**schools** 63:15

**section** 14:1

**seek** 59:22

**sentenced** 55:4,
6

**September**
40:24

**series** 4:15

**service** 22:12
33:18,22 34:12
55:5,7

**set** 22:3

**she'll** 58:18 87:13

**short** 41:22 42:10

**show** 52:4 79:6,8,
9

**showed** 40:12
53:13

CLEMENTINE FRAZIER

April 07, 2017
Index: showing..thinking

**showing** 48:8 53:16 70:19 82:15

**shown** 79:10

**sick** 11:12 18:24 62:18,19 73:22

**sickness** 69:14

**signature** 48:19, 21

**signs** 82:15

**similar** 29:2

**simply** 37:8

**sing** 19:11

**sister** 41:15 42:9 43:19 45:2,20 69:23

**sister's** 42:12

**sit** 24:8 62:9 64:6

**sitting** 61:23

**situation** 14:18 21:24 22:1 26:6 27:3,18 28:5,9 29:9 30:1 31:6 41:13 45:9 57:4,11 64:10 65:14 66:8,11 71:20 72:1,14,23 74:23 75:5,14,20,23 76:2, 21,23 77:19 81:16, 19 82:24 83:3,9,19 84:8 85:23 86:8,12, 17 87:6,17

**situations** 21:23 31:12 73:2 75:3

**slash** 49:1 53:18 54:2

**sleep** 60:2 69:22 70:10,21 81:10

**sleeping** 60:22 69:17 70:9

**small** 68:19

**smell** 68:14

**smoke** 68:14

**snatched** 27:24

**snooping** 56:15

**society** 24:3

**someplace** 29:18 30:3 57:11

**son** 17:5,11 18:13

**sons** 17:15

**sort** 16:17 17:6 31:7,8 45:7 72:22

**sorts** 17:4 68:9,10 73:21

**sound** 84:8,11,17

**sounds** 44:15 88:7

**speak** 5:20,24 6:14 14:22 22:8 34:16 50:21 77:21

**specialist** 34:13

**specific** 26:20,22 28:8 56:18 68:6

**specifically** 21:2 63:10 66:9 79:13

**spiritual** 12:8

**spoke** 49:21

**spoken** 6:11,18 33:13 39:5 40:2 47:7,18 57:3

**sponsor** 51:18 52:8 53:1

**spout** 56:22

**spouts** 56:5

**stability** 26:18

**stable** 63:18

**stand** 23:5

**standpoint** 59:17,18 60:1 68:1

**start** 25:3 33:15 71:4

**started** 8:4 10:19 19:23 26:18 38:17

**starting** 45:12

**state** 4:9 53:19

**State's** 54:1

**statement** 53:17

**stay** 74:19 82:21

**stayed** 8:23 45:16,20,22 74:16 79:15

**staying** 41:14,15 46:2,3

**Steakhouse** 18:19

**stick** 44:14

**stomach** 62:18, 20

**stop** 72:16

**stopped** 9:22 40:1

**straight** 32:13

**Street** 44:9,12,18, 19,20

**streets** 42:1

**stress** 28:3 29:3 74:23 75:4,9,13 76:23 77:19 82:15 85:12 87:16

**stressed** 20:21 24:21 26:15,16 27:2,3 75:8 80:14 81:3 82:12,13,14 84:21 85:22

**study** 10:7,14

**subpoena** 6:5

**sudden** 27:24 88:4

**suffered** 68:2

**suing** 88:8

**summer** 17:10, 18

**Sunday** 12:1 22:6,8 85:15,20

**Sundays** 85:17

**supervisor** 35:6

**supposed** 53:1 79:18 84:10 88:1

**supposedly** 51:20

**surgery** 73:22,23

**surmised** 36:5 70:24

**surprised** 53:15 57:6

**swear** 69:4

**sworn** 4:1,3

**symptoms** 69:23 70:11,14,19 84:19

**T**

**T-MOBILE** 23:16

**takes** 17:15

**taking** 24:10

**talk** 6:7 7:3 11:14 14:15 15:12 22:10 29:6,12 30:11 34:18 37:9 39:18 50:23 63:3 64:6,8,9 68:16 80:22

**talked** 28:13 30:18 46:11 57:9,23 64:1,4 65:1 69:1 85:14

**talking** 25:3 40:15,17 48:13 49:19 55:20 56:21 72:9,12 77:14

**talks** 27:13

**TATAR** 25:22 52:18 73:7 80:4 84:24

**taught** 12:17

**teach** 10:5,6,14

**11:5** 12:20 19:4,14

**teacher** 10:7,14

**teaching** 10:18 19:12

**team** 11:2,7

**teenagers** 23:8, 24

**telephone** 49:5, 6,8 57:1

**telling** 27:15 39:8 46:19 69:6 82:14

**temper** 24:23 25:6 26:9,12,24

**term** 13:4

**terminally** 8:24

**terms** 76:11

**terrible** 40:23

**testified** 4:3

**testifying** 5:15

**testimony** 5:18 16:21 76:15 87:4

**thing** 4:24 14:21 19:6 22:11 26:16 27:7,8 28:2 31:8 34:13 35:16 36:15 37:2 58:17 63:19 65:3,8 67:15 68:12 70:10 80:22 81:6 84:16

**things** 10:9 11:4, 6 12:17,18 18:24 22:15 27:16 31:4,5 32:9,16,17 36:8 38:19,23 39:1,17 47:1 54:19 58:8,9, 13 59:8 67:20 68:18 69:6 72:21 73:1,19, 21 80:15,16 82:19, 20,22 83:6,7 84:1 86:9 87:12

**thinking** 36:10 56:20 61:21,23 76:14

CLEMENTINE FRAZIER

April 07, 2017
Index: thought..youngest

**thought** 14:20
32:4 37:21,22 39:9,
19 43:3 51:11 57:16
59:22 62:8 67:21
76:9

**time** 7:13 16:8,9,
10 20:13,15 22:4
24:17 29:16,19,21
31:22 32:4,18,21
33:1 37:15 39:9
40:13 41:22 42:10
43:12,22 44:8,24
45:4,19,22,24 46:3,
7 49:7 51:20 52:1
54:8 55:6 57:9 58:3
61:12,24 62:21
66:4,6 67:4 70:3
71:13 74:1,10,17
75:2,16 76:23 78:5,
7 80:8 82:21 83:4
85:18 86:12,21
87:8,15 88:14

**timeframe** 61:10

**timeline** 45:12

**times** 14:16 18:20
20:20 21:9 25:10
31:14,15 32:2,13,
14,24 37:23 40:10
41:3 60:24 61:2,3
62:23 63:1,6,8,17
64:2 66:22,24 67:11
68:4 71:22,24 72:2,
3 74:22 82:7

**tired** 70:17,19,20
84:7,9,17,21

**today** 4:16 5:5,18
6:15 9:5,7,8,9,13
16:21 18:21 22:5
46:12 57:23 68:4
74:22 79:19

**today's** 24:3

**told** 14:13,15 15:9
26:7,23 27:1 28:11
31:6 38:20 39:3,12
42:6 46:16 50:7,12
51:5,11,23 53:12
54:7,16 55:5,9 56:8
59:21 60:6 62:23
66:22 68:19 70:1

74:8 79:6,13,17
81:8 82:21 84:8
86:1 87:24

**toll** 84:2

**Tom** 7:5

**tonight** 10:5

**top** 48:22 53:24

**track** 33:4

**training** 59:11

**transcript** 78:23
79:1,3

**transient** 43:19
75:23

**translate** 4:20

**treated** 36:11
37:10

**treating** 18:12
36:18

**treatment** 59:22

**trouble** 30:13,16
51:12,14

**truthful** 5:18

**truthfully** 5:15

**turn** 13:11 44:13

**type** 14:17 19:6
76:1

**typically** 17:22
18:8,21 19:7 72:8
86:14

**typing** 79:4

**U**

**uh-huh** 4:19

**um-hmm** 4:19
18:6 32:22 45:15,21
46:10 48:10 49:13
53:11,21 56:10
62:22 83:14

**unable** 21:3 29:1

**unclear** 32:23

**understand**
4:22 5:5,8,10 13:3,6
29:10 46:18 83:15
87:21

**understanding**
14:6 36:20 46:17
87:20

**understood**
5:11 37:15 46:19
52:2

**unnecessary**
52:10

**unprofessional**
67:22 68:5,7,11
69:4,7

**unwell** 81:18

**upset** 25:13,16
27:4,16,18,20 28:4,
12 51:4 52:7 64:9,
21 73:2

**V**

**vague** 52:19 73:7

**Vanitti's** 18:18

**verbal** 4:18

**versus** 53:19

**visit** 40:18 41:3
42:2,16 43:22,24
44:3,6 62:11 70:13

**visited** 40:10

**visiting** 16:14,20
40:14

**vomit** 62:13

**vomiting** 62:24

**W**

**wait** 5:2

**waited** 61:24

**waiting** 62:1

**walk** 39:15,21
42:1 67:14 86:6

**wanted** 12:1
23:1,5 49:24 51:21
69:1 83:16

**wanting** 52:5
64:7 70:20,21

**watched** 12:24

**ways** 73:12

**wayward** 30:5

**week** 15:16 18:23
19:1 28:22,24 29:17
70:4,6

**weeks** 15:19 30:6
42:11 78:16

**weight** 70:22,23
71:4,8,10,15 81:11,
13

**whatsoever**
31:2

**wife** 19:6

**Window** 34:9,15
35:8,24 36:4 38:2,
11 39:6 40:1 67:19
68:5,21

**Winston** 15:23
16:3

**wise** 45:24

**witnessed** 27:10
61:11,12,17 73:19

**women** 10:15
14:7 16:18 19:6
29:8 41:17 46:20

**women's** 19:4

**word** 19:14

**words** 4:19 54:11
56:18 64:20

**work** 8:3,6,7,21
9:3,9,13 11:7 29:13
35:9,12,19,24
36:12,14 37:17
38:18 39:8 68:5,17

78:10,11

**worked** 9:10,16,
17,19,21 10:7 14:22
34:8,23 39:5

**worker** 32:11

**working** 17:6
18:16 34:2,3,15
35:7 40:1

**works** 17:8,16
23:14,15 33:17,22
34:9,15 35:8,24
36:4 38:2,11 39:6
40:1,2 47:15 67:19
68:5,22

**worried** 81:4

**worship** 19:10

**wrong** 88:6

**Y**

**Yardi** 13:21 15:4

**year** 9:10,11 10:20
35:16 41:9,10
43:14,15,17,21,22
44:22,23 46:23
71:5,6,15 87:19

**years** 7:18 8:24
9:2 10:7,19 11:24
12:7,9,23 27:15
31:11,21 46:24
65:11,23,24 69:5,23
73:9 74:18 78:20

**young** 12:9 56:5

**youngest** 17:17