# EXHIBIT

# 42

# Deposition of Wilhelmina Maldonado

WILHELMINA MALDONADO                                    April 07, 2017

Page 1

```
 1        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
 2             COUNTY DEPARTMENT - COOK DIVISION
 3   RAFAELA ALDACO,                    )
 4            Plaintiff,                )
 5       vs.                           ) No. 2016-cv-5754
 6   RENTGROW, INC., d/b/a YARDI        )
 7   RESIDENT SCREENING,                )
 8            Defendants.               )
 9            The deposition of WILHELMINA MALDONADO,
10   called as a witness for examination, taken pursuant
11   to the provisions of the Code of Civil Procedure and
12   the rules of the Supreme Court of the State of
13   Illinois pertaining to the taking of depositions for
14   the purpose of discovery, before PATRICIA A.
15   ARMSTRONG, a Notary Public in and for the County of
16   DuPage, State of Illinois, and a Certified Shorthand
17   Reporter of said state, at 70 West Madison Street,
18   Chicago, Illinois, on the 7th day of April, A.D.
19   2017 at 10:30 a.m.
20
21
22
23
24
```

WILHELMINA MALDONADO                                      April 07, 2017

**Page 2**

```
1   APPEARANCES:
2       ZAMPARO LAW GROUP, P.C.,
3       (2300 Barrington Road, Suite 140,
4       Hoffman Estates, Illinois 60169,
5       312-276-4950), by:
6       MR. STEVEN J. UHRICH,
7       Steven@zamparolaw.com
8           appeared on behalf of the Plaintiff;
9               and
10      NIXON, PEABODY, LLP,
11      (Three First National Plaza,
12      70 West Madison Street, Suite 3500,
13      Chicago, Illinois 60602,
14      312-977-4465), by:
15      MS. DEANNA KUNZE,
16      dkunze@nixonpeabody.com
17          appeared on behalf of the Defendants.
18
19
20
21  REPORTED BY: PATRICIA ARMSTRONG, CSR, RPR.
22          Certificate No. 84-1766
23
24
```

**Page 3**

```
1           I N D E X
2   WITNESS                    EXAMINATION
3   WILHELMINA MALDONADO
4       By Ms. Kunze              4 - 56
5                               61 - 62
6       By Mr. Uhrich            57 - 61
7
8           E X H I B I T S
9
10  NUMBER      DESCRIPTION     MARKED FOR I.D.
11
12  Defendant's Exhibit
13
14  Exhibit 20       Subpoena            8
15              ---
16
```

**Page 4**

```
1           (WHEREUPON, the witness was
2           duly sworn.)
3           WILHELMINA MALDONADO,
4   called as a witness herein, having been first duly
5   sworn, was examined and testified as follows:
6               EXAMINATION
7   BY MS. KUNZE:
8       Q.  Good morning, Ms. Maldonado.
9           Can you state your full name for the
10  record, please?
11      A.  Wilhelmina Maldonado.
12      Q.  Can you just go ahead and spell that?
13      A.  W-i-l-h-e-l-m-i-n-a.  The last name is
14  M-a-l-d-o-n-a-d-o.
15      Q.  Can you also give us your full address?
16      A.
17
18      Q.
19      A.
20      Q.  Can you spell that for us, please?
21      A.
22      Q.  That's street?
23      A.  Yes.
24      Q.  Where do you work?
```

**Page 5**

```
1       A.  I don't work.
2       Q.  You don't work, okay.
3       A.  I have been unemployed for the last
4   three years.
5       Q.  Have you ever given a deposition
6   before?
7       A.  Not for a while, no.
8       Q.  Not for a while?  But there was a --
9   you have done this before at some point?
10      A.  I had jury duty at one point in my
11  life.
12      Q.  But you have never sat in a room like
13  this with a court reporter and this kind of set-up?
14      A.  No.
15      Q.  Were you selected for the jury that you
16  were in?
17      A.  I was.
18      Q.  What kind of case was that?
19      A.  It has been so long ago, I don't
20  remember.
21      Q.  Do you remember whether it was civil or
22  criminal?
23      A.  No.
24      Q.  So there are some kind of basic rules
```

WILHELMINA MALDONADO                                    April 07, 2017

```
 1   of the road for a deposition to make sure that we
 2   get a clear transcript of the questions that I am
 3   going to ask today and your answers to them.
 4           We have a court reporter here.  She's
 5   going to be taking down everything that you say and
 6   everything that I say and everything that Mr. Uhrich
 7   says as well?
 8       A.    Okay.
 9       Q.    So I'm going to basically be asking you
10   questions.  You are going to be giving me answers.
11   We need them to be verbal answers, because the court
12   reporter can't take down head nods or "uh-huh," or
13   "uh-uh."
14           Those don't come out very well.  So we
15   need the answers to be verbal.  And we need them to
16   kind of be, "yes," "no" or "maybe" variety.
17           If you don't understand a question, I
18   need you to tell me that.  Otherwise, I'm going to
19   assume that you understand that.
20           Does that make sense?
21       A.    Yes.
22       Q.    I need you to wait until I finish
23   asking my question for you to give me an answer,
24   because the court reporter can't take down two
```

```
 1   people talking at once.
 2           So even though a lot of the times in
 3   normal conversation, you would sort of know where
 4   I'm going.  You go ahead and give me an answer.  For
 5   this purpose, you need to wait until I am completely
 6   done saying the question.  Okay?
 7       A.    Yes.
 8       Q.    This is just not to be taken offensive,
 9   but I just have to make sure that this is a question
10   we always have to ask.
11           Is there any reason that you can't
12   testify truthfully this morning?
13       A.    No.
14       Q.    You haven't taken any drugs or alcohol
15   or anything that would affect your memory or your
16   ability to testify truthfully?
17       A.    No.
18       Q.    Did you speak with anyone about your
19   deposition that you are giving this morning?
20       A.    No.
21       Q.    Did you speak with Ms. Aldaco, the
22   plaintiff in this case, about your deposition this
23   morning?
24       A.    No.
```

```
 1       Q.    Did you speak with any of her lawyers
 2   about the deposition that you are giving this
 3   morning?
 4       A.    No.
 5       Q.    Have you spoken with Ms. Aldaco's
 6   lawyers at all in the last year?
 7       A.    No.
 8       Q.    Have you been in contact with them
 9   through e-mail, text message or any other means?
10       A.    No.
11       Q.    Did you talk with any of your friends
12   or family members about the deposition you are
13   giving this morning?
14       A.    No.
15       Q.    Did you do anything to prepare for the
16   deposition this morning?
17       A.    No.
18       MS. KUNZE:  I am going to hand the witness
19   what we are going to mark as Defendant's Exhibit
20   No. 20
21           (WHEREUPON, a certain document
22           was marked Defendant's Exhibit No. 20
23           for identification as of April 7,
24           2017.)
```

```
 1   BY MS. KUNZE:
 2       Q.    I am handing the witness what we have
 3   marked as Defendant's Exhibit 20.
 4           Ms. Maldonado, do you recognize the
 5   document?
 6       A.    Yes.  I got this yesterday at about
 7   8:00 o'clock.  We were out for dinner for my
 8   birthday and I got home and as my daughter was
 9   walking out, a guy handed me these papers.
10       Q.    When you say as your daughter was
11   walking out, what do you mean by that?
12       A.    She was leaving the front door to go
13   out.
14       Q.    You were served with a subpoena once
15   before in this case; is that correct?
16       A.    I had got served and I guess they
17   canceled it at one point.
18       Q.    Were you aware that three other
19   attempts were made to serve you over the last 10
20   days or so?
21       A.    No.
22       Q.    On March 31st, at approximately 8:30
23   p.m. do you know whether you were home or not?
24       A.    If I was, I was probably sleeping.  I'm
```

WILHELMINA MALDONADO                                        April 07, 2017

Page 10

```
1    not sure though, to be honest with you.
2         Q.    Approximately 8:00 a.m. on -- it would
3    have been Sunday, April 2nd.
4               Do you know whether you were home or
5    not?
6         A.    It was a Sunday, you said?
7         Q.    Yes.
8         A.    I should have been home.  If they would
9    have rang the doorbell, we would have answered it.
10        Q.    And then on Tuesday, April 4th, at
11   approximately 10:00 p.m. do you know whether you
12   were home or not?
13        A.    If I was, I was probably in bed at that
14   time.
15        Q.    Who else do you live with?
16        A.    My husband and my son, my daughter and
17   my grandson.
18        Q.    How old is your son?
19        A.    He's 16.
20        Q.    And your daughter?
21        A.    26.
22        Q.    And your grandson?
23        A.    Three.
24        Q.    I understand that last night, when you
```

Page 11

```
1    were served with the subpoena, that you told the
2    process server that you were expecting the subpoena;
3    is that true?
4         A.    Well, yes, because I had gotten a call
5    stating that they were going to send me the papers
6    again.
7         Q.    Who did you get a call from?
8         A.    I think it was Rafaela who called me.
9         Q.    What else did you talk about during
10   that conversation?
11        A.    That was pretty much it.
12        Q.    Do you know how long the conversation
13   lasted?
14        A.    Maybe about five or 10 minutes; five
15   minutes, the most.
16        Q.    When was that?
17        A.    That was yesterday.
18        Q.    About what time?
19        A.    Some time in the afternoon.
20        Q.    Had you ever spoken with Ms. Aldaco
21   about this case prior to that conversation?
22        A.    No.
23        Q.    What phone number did Ms. Aldaco call
24   to reach you?
```

Page 12

```
1         A.    It's a 224 number.  But I don't know
2    and I don't have my phone with me.  I don't know the
3    numbers by heart.
4         Q.    When you are generally putting down
5    your contact information for people, what phone
6    number do you give them?
7         A.    My phone number?
8         Q.    Yes.
9         A.    My phone number is 773-640-2776.  I
10   thought you were asking me for her number.
11        Q.    No, sorry.  Your phone number.
12              Ms. Aldaco has filed a lawsuit against
13   my client, Rentgrow and the deposition testimony
14   that you're giving here today is related to that
15   lawsuit.
16              Have you spoken with Ms. Aldaco at all
17   about this lawsuit prior to that conversation
18   yesterday?
19        A.    No.
20        Q.    Were you aware that Ms. Aldaco had
21   filed this lawsuit prior to that conversation?
22        A.    No.
23        Q.    You were not aware that she had listed
24   you as a witness --
```

Page 13

```
1         A.    No.
2         Q.    (Continuing.) -- to be called at trial
3    in support of her case?
4         A.    No.  When I found out, was the first
5    time that I got served.
6         Q.    Did you contact her after you were
7    served the first time?
8         A.    I believe I did.  Yes, I called her and
9    I was asking her what the heck is all this about?
10   Why did I get these papers?
11        Q.    What was her response?
12        A.    Well, that she had filed a lawsuit to
13   this place that you're talking to me about.
14        Q.    Did she tell you kind of what the
15   lawsuit was about or what she was claiming?
16        A.    Well, she had given me little bit of
17   information as far as, you know, the place.  And I
18   know that for a fact that when she hung out with me
19   and she had applied for this place and she got
20   denied.  Towards the end, they denied her and so
21   because she had been with me.
22        Q.    When you are talking about, "the
23   place," are you talking about the apartment at the
24   Reserve?
```

WILHELMINA MALDONADO                                                April 07, 2017

Page 14

1        A.       The apartment at the Reserve.
2        Q.       Ms. Aldaco has identified you in a
3   couple respects to this lawsuit.
4                 One is someone who has knowledge of the
5   damages that she alleges that she sustained as a
6   result of being denied by the Reserve. And two, as
7   someone who was involved in her attempt to secure
8   housing, the Fellowship Housing Corporation.
9                 Do you agree that you have knowledge of
10  both of those areas of information?
11       A.       I do.
12       Q.       How long have you known Ms. Aldaco?
13       A.       I would say about six years.
14       Q.       How did you first meet her?
15       A.       I met her through church.
16       Q.       What is the name of that church?
17       A.       It's called Evangel Church.
18       Q.       Where is it located?
19       A.       It is on -- I don't know the exact
20  address.
21       Q.       Just the city?
22       A.       It's in Hanover Park.
23       Q.       Are you a regular attendee of Evangel
24  Church?

Page 15

1        A.       I wouldn't say I'm a member, but I
2   attend on occasion.
3        Q.       How would you describe your
4   relationship with Ms. Aldaco?
5        A.       We had a good relationship. She is a
6   person that I can confide in. We just have a -- I'd
7   say a close relationship. I treat her as if she is
8   my sister.
9        Q.       Is that true today still?
10       A.       Yes.
11       Q.       Were you surprised to find out that she
12  had filed this lawsuit?
13       A.       Yes.
14       Q.       Why were you surprised?
15       A.       Well, I know that she had applied. I
16  knew what had happened but I didn't know that all
17  this was going to go on. I didn't know how much
18  further it was going to go. So yes, it did take me
19  off guard.
20       Q.       Did you have an understanding as to
21  exactly why the Reserve at Hoffman Estates denied
22  her application?
23       A.       To be honest with you, no, I don't.
24       Q.       Do you remember if Ms. Aldaco ever

Page 16

1   talked to you about why she was denied?
2        A.       I don't remember if it was due to
3   discrimination or something. I'm not sure.
4        Q.       Would you be surprised to find out that
5   it is due to a criminal record that Ms. Aldaco now
6   alleges should not been reported on her criminal
7   background check?
8        A.       No, I didn't know that.
9        Q.       Have you seen a copy of the complaint
10  that was filed in this case?
11       A.       Never.
12       Q.       How often do you see Ms. Aldaco?
13       A.       If I see her once a month, maybe that's
14  about it.
15       Q.       What kind of occasions do you usually
16  see her?
17       A.       It could be if we have something going
18  on in the church. It could be a birthday party,
19  some kind of a gathering.
20       Q.       Has that always been the case that you
21  have seen her about once a month since you have met
22  her?
23       A.       No.
24       Q.       When did that change?

Page 17

1        A.       It kind of changed -- I saw her more so
2   when she was going through this, this case.
3        Q.       So by "this case," you mean the events
4   surrounding her denial for the apartment at the
5   Reserve?
6        A.       Well, yes, even prior to her even
7   applying for the place, yes.
8        Q.       So tell me a little about that.
9                 This seems like that was a significant
10  point in her life and maybe your relationship with
11  her.
12                When did you start seeing her more when
13  she was going through this?
14       A.       Well, I have always seen her a little
15  bit more than just that, because when I had problems
16  with my husband, because I had gotten separated with
17  my husband two years prior to that. We met and we
18  would talk and, you know, she was there for me when
19  I needed her.
20                And then that has been the case a
21  couple times even with her kids. You know, she will
22  have problems with her kids. They are teenagers. I
23  have teenagers too, so I know what she is going
24  through. So we would catch up and meet up and we

WILHEMINA MALDONADO                                      April 07, 2017

Page 18

1    would talk about things, things going on in the
2    church. And even until today, I'm still struggling,
3    having problems with my marriage. And so we will
4    kind of talk about things like that, even though she
5    is a single mom, but we will talk.
6                But when this happened, I know she had
7    applied. She was very excited about going. Even
8    her kids were excited, and it ended up being that
9    she couldn't take one of her kids with her because
10   he was older and I guess there was a certain age
11   bracket for her kids to be there. So she was only
12   going to be able to go with one son. The other son
13   was going to have to move in and live with his mom
14   or some other relative or friend.
15       Q.    When you say "his mom," do you mean her
16   mom?
17       A.    Her mom.
18       Q.    Yes.
19       A.    So she wasn't too happy about that.
20   She was kind of depressed a little bit about that.
21   I would be too if I had to move to a place where I
22   knew that at least I was going to get a lot of help
23   as far as paying rent and just a better place for
24   her kids. And I know that she said they had so many

Page 19

1    programs that they were going to help her with.
2                And so she was really excited about
3    going. And so she applied and she was just getting
4    everything ready. They waited for the application
5    to come back that she got approved. It got
6    approved. She started getting ready and started
7    boxing her stuff, putting stuff in storage. She
8    even had stuff in her car. Then she gets the letter
9    stating that she got denied.
10               At that point, she just broke down,
11   literally didn't have a place to go because she had
12   left the apartment. She had to leave the apartment
13   that she was at. Her stuff was put in storage. She
14   had stuff in her car, like I said. There would be
15   times that she would be at my house and she would
16   literally have to sleep on the sofa because I lived
17   in a two bedroom apartment.
18               My daughter had gotten divorced or
19   separated, and she had to move in with my grandson
20   and I only had two bedrooms. So it was just trying
21   to adjust. But she is my friend and I wanted to
22   help her so they moved in with us for a little bit.
23       Q.    I'm sorry, when you say, "they," was it
24   her and both of her sons or just the one?

Page 20

1    Christian, I think is his name?
2        A.    Christian, yes. Well, she would have
3    Christian on some days and then Adrian would come
4    and you know, there would be days that they both
5    were there and then there's days that they were just
6    one. And so she would drop them off to school. She
7    would have to come home and I would have to feed
8    her, feed her and kids because she didn't have
9    nowhere to go.
10               I wasn't the only person that she stood
11   at their house. I mean, after a while, she left my
12   house. She ended up at a couple of different other
13   places. But she was just crying all the time and
14   she was just very concerned and worried about her
15   kids and worried about herself.
16               Where was she going to go? She didn't
17   know. I don't know, at that time if she was even
18   working or working part time. Or if she was on
19   unemployment, collecting and it wasn't enough. She
20   just had a lot of stuff going on and it's just --
21   for that to top off on her too it's just -- it was
22   like the icing on the cake.
23               To get accepted to a place that you are
24   really excited and you know you are going and then

Page 21

1    you end up finding you are not going to go. It's
2    like, even her son was excited. He was like looking
3    for something new, a change a better change for
4    them. But it didn't turn out that way.
5        Q.    But you never understood what the
6    reason for her denial was?
7        A.    No, I didn't.
8        Q.    Did you try to talk with her about
9    trying to fix whatever the problem was, so she could
10   move in to the apartment?
11       A.    No.
12       Q.    Were you ever aware that she met with a
13   lawyer during that time?
14       A.    No.
15       Q.    How long did this sort of period of
16   depression last?
17       A.    I would say for about two, three
18   months.
19       Q.    She moved into a new apartment in April
20   of that year, though; right?
21       A.    I believe she did. I'm just trying to
22   think where.
23       Q.    Have you ever been to that apartment
24   that she lives in now?

WILHELMINA MALDONADO                                        April 07, 2017

Page 22

1        A.      One time.
2        Q.      When was the last time that you saw
3   Ms. Aldaco?
4        A.      I would say about maybe two weeks ago.
5   I was at church on my way in and her way out.
6        Q.      Just briefly?
7        A.      Yes.
8        Q.      We talked a little bit about
9   Ms. Aldaco's children.  So I think it's safe to
10  assume you know her children; is that correct?
11       A.      A little bit, yes.
12       Q.      Have you witnessed Ms. Aldaco
13  interacting with her children?
14       A.      Like in what way?
15       Q.      Just seeing them together?
16       A.      Yes.
17       Q.      How would you characterize their
18  relationship?
19       A.      They have a good relationship and she
20  loves her kids.  And her kids know that she loves
21  them.  They know that she is trying to do the best
22  that she can.  She may not always be able to give
23  them what they want.
24               Teenagers are -- they are at that age

Page 23

1   where they want things and expensive things.  And
2   she just can't afford to get it for them.  And so
3   they get kind of a little bit upset.  But you know,
4   what are they going to do?  They just have to go
5   with the flow.
6        Q.      Did you notice any change in her
7   relationship with her kids around the time after she
8   had been denied the apartment at the Reserve?
9        A.      No, nothing.
10       Q.      Do you know if Ms. Aldaco worked at a
11  company called Window Works?
12       A.      I know she worked for a company for
13  windows, but I don't remember -- I don't even know
14  the name of the company.  Is it on Lake Street?  Do
15  you have an address?
16       Q.      I might.
17       A.      Because I know there was a place on
18  Lake Street that had to do with windows, if that's
19  the one then, yes.
20       Q.      Yes, it is at Lake Street in
21  Bloomingdale.
22       A.      Yes.
23       Q.      What do you remember about her job at
24  Window Works?

Page 24

1        A.      Well, all I remember is that she was
2   always complaining that they were always attacking
3   her for whatever reason, I don't know, her work
4   ethic, maybe.  Maybe discrimination, they didn't
5   like her.  I don't know.
6        Q.      She was unhappy with her job there,
7   though?
8        A.      Well, no because she just was seeing
9   that the boss was kind of like, kind of favoring the
10  other people that were there as opposed to her and
11  things of that nature.
12       Q.      Did she ever talk to you about layoffs
13  that were happening at the company?
14       A.      At that particular company?
15       Q.      Yes.
16       A.      I don't recall.
17       Q.      Is there anything that would help you
18  remember whether she talked about the layoffs at
19  that company?
20       A.      No.  No, she never mentioned anything.
21  I think they let her go.
22       Q.      And then just generally speaking,
23  actually.  I should have told you this during the
24  rules of the road part that we talked at the

Page 25

1   beginning.
2               If you are trying to remember something
3   and there's a document or an e-mail or something
4   that you think would help refresh your memory on it,
5   go ahead and tell me about that.  And then we will
6   talk about whether it makes sense for you to try to
7   look it up and answer my question again or not, as
8   it goes.
9               But if there's anything you think that
10  might help you remember things, I understand we are
11  asking for stuff that happened a while ago.  We
12  should talk about that during the deposition as
13  well.
14               Because later on, if we go to trial, we
15  will need to know of any documents that you looked
16  at to prepare yourself for trial.  And it's better
17  to do it now.
18               Does that sound fair to you?
19       A.      That's fair.
20       Q.      Going back, I think you said that she
21  was let go from Window Works, is your understanding?
22       A.      I think so.
23       Q.      Do you remember whether she was laid
24  off or just fired?  Do you have a recollection as to

WILHELMINA MALDONADO                                      April 07, 2017

Page 26

1  that?
2       A.    I don't remember now if it's let go or
3  laid off now.  It could have been one; one of the
4  two.
5       Q.    Do you remember where Ms. Aldaco was
6  living before she applied for -- or while she was
7  applying for the apartment at the Reserves at
8  Hoffman Estates?
9       A.    She was in an apartment in
10 Bloomingdale.  But I don't know the name of the
11 company right now.
12      Q.    That's okay.
13            Do you remember about when she moved
14 out of that apartment?
15      A.    It has been so long.  I don't remember.
16      Q.    Ms. Aldaco has alleged that she had
17 applied for the Reserve at Hoffman Estates in the
18 November, December of 2015 time frame.
19            Does that sound right to you?
20      A.    I think so.
21      Q.    And she also -- I think the parties
22 agree that she was turned down for the apartment in
23 the beginning of January of 2016.
24            Does that sound right to you?

Page 27

1       A.    I'm sorry.  I don't know.
2       Q.    During the time that you have known
3  Ms. Aldaco, do you know how many different
4  apartments she has lived in?
5       A.    Two and the one she is at three, now.
6       Q.    So the one before the Bloomingdale
7  apartment, do you remember where that was?
8       A.    It's called a tree -- that one I do
9  remember.  It's Tree House, something -- something
10 Tree House.
11      Q.    Do you know whether she renewed the
12 lease at her current apartment, to continue living
13 there through next year?
14      A.    As of yet, no, that I know of, no
15      Q.    As of yet, she has not renewed the
16 lease?  Is that your understanding?
17      A.    Right.
18      Q.    Do you know why?
19      A.    I know now that she is in this
20 apartment, but this apartment that she said that she
21 had to get a roommate because she couldn't afford to
22 pay for it by herself.
23            And so now, it's just the decision
24 between the roommate and her just wanting to live

Page 28

1  there another year.  They have had a couple of
2  issues going on as well.  So she is not sure if she
3  wants even to stay with the young lady there.
4       Q.    They are not easy roommates?
5       A.    They are not easy but they work it out.
6       Q.    I have had roommates before, so I know
7  how that is.
8       A.    Yes, and then she's got her two boys so
9  you understand.  As a mom, I wouldn't want them
10 living with anybody.  I have done it.  I have been
11 there and it's just you and your kids and you are
12 good.
13      Q.    Has she talked to you about other
14 places she thinks she might want to move or if she
15 wants to reapply for the fellowship housing?
16      A.    No, she hasn't.
17      Q.    Have you tried to give her any advice
18 about where you think she should try to move or how
19 to settle her housing situation?
20      A.    Not really, to be honest with you.
21 Those are decisions that I think that she needs to
22 make them with her kids.  I'm not going to live
23 there with her.  I can't afford it.  I'm not going
24 to pay her bills and her rent and stuff.  I can't.

Page 29

1  I'm pretty sure that her kids are the ones that are
2  going to let her know where they want to be because
3  they are going to a certain school or they have
4  their friends and their church and stuff.
5       Q.    Do you know where Ms. Aldaco works now?
6       A.    No.  I know she works for someone but
7  I'm not sure.
8       Q.    If I said it was called Chicago Parts
9  and Sound, does that ring a bell?
10      A.    Chicago Parts and Sound?  Doing what?
11      Q.    I believe they sell for branded parts
12 like replacement auto parts.
13            Does that sounds familiar?
14      A.    No.
15      Q.    That's okay.  Just for what it's worth.
16 If you don't know about something, that's okay.  You
17 can tell me you don't know about it.
18      A.    And I will.
19      Q.    If you don't know, I'm not going to
20 push you any further.
21      A.    Okay.
22      Q.    Are you aware that Ms. Aldaco still
23 describes herself as being homeless?
24      A.    No.

WILHELMINA MALDONADO                                    April 07, 2017

Page 30

1    Q.    Would you agree with that description
2  of her as homeless?
3    A.    No.
4    Q.    Can you tell me what you would
5  understand someone who's homeless to mean?
6    A.    You are asking me what it means to be
7  homeless.  If someone that's homeless is out on the
8  streets, living day-to-day, outside waiting for
9  someone to give them some money to go get something
10 to eat or just a place to stay.
11   Q.    So one of the topics that Ms. Aldaco
12 said that you should have information about was her
13 application for Fellowship Housing Corporation,
14 which I think we talked about before, you think you
15 are generally aware of; is that correct?
16   A.    Yes.
17   Q.    What do you understand Fellowship
18 Housing Corporation, if I refer to it by initials,
19 FHC, to be?
20   A.    The only thing that I understand it to
21 be is that she had applied to this housing and that
22 this housing was going to provide her with a lot of
23 services that was going to help single moms with
24 their kids.  That's plain and simple.  That's all I

Page 31

1  know about that.
2    Q.    Do you know how she learned about FHC's
3  existence?
4    A.    No.
5    Q.    Were you a reference for her, for her
6  FHC application?
7    A.    Absolutely not.  I didn't know until
8  she told me.
9    Q.    Did you ever speak with anyone at FHC?
10   A.    No.
11   Q.    Before Ms. Aldaco applied for FHC, what
12 was her mental state like?
13   A.    Before she applied, she was excited
14 to -- because I know she knows a lot of people,
15 a lot of people always giving her different places
16 to look at, to look for.
17   Q.    By "places," you mean, like apartments?
18   A.    Like apartments, it could be
19 apartments, it could be a job, it could be -- she
20 knows a lot of people that know someone.  And so she
21 was excited to find this housing and she was excited
22 that she probably would be able to get into.
23   Q.    Before she had made that application,
24 do you remember her being concerned about where she

Page 32

1  was going to live or having any other problems with
2  where she was living before she applied there?
3    A.    The only thing that I can remember is
4  that where she was living on Lake Street, I know
5  that a couple times that she had been late on her
6  rent.  And I know that the owner had told her that
7  she needed to pay her rent.
8         That if she didn't pay her rent, I know
9  that she would pay her rent, half.  And then she
10 would get the other half at a later time.  I guess
11 maybe it got to a point where the owner got tired.
12 But that's all I know.
13   Q.    Do you know whether she was actually
14 evicted from that apartment or just not able to
15 renew her lease?
16   A.    You know what?  She never told me if
17 she got evicted.  All I know is because she wasn't
18 paying her rent, maybe the owner must have told her
19 maybe that if she didn't come up with it that she
20 was going to have to move.
21   Q.    But you don't think there was like an
22 actual legal eviction or anything?
23   A.    No, like throwing her things outside,
24 no, not that I'm aware of anyway.

Page 33

1    Q.    Did you ever talk with Ms. Aldaco about
2  budgeting and making sure that she could pay her
3  rent on time or any sort of financial issues?
4    A.    No.  I didn't think I had to.
5    Q.    What do you mean by that -- "I didn't
6  think I had to?"
7    A.    Well, I just didn't think I had -- she
8  never -- I mean, I knew that she was having a hard
9  time and she is going to have to work.  I know I had
10 mentioned to her that maybe her kids probably need
11 to get a job to help her out, but not other than
12 that.
13   Q.    Because you just assumed people know
14 they need to pay their rent; is that fair?
15   A.    Exactly, yes.
16   Q.    After Ms. Aldaco was turned down from
17 the Reserve at Hoffman Estates, which was about
18 January 12th of 2016, she has alleged that she
19 suffered some severe emotional distress and sort of
20 physical symptoms related to that.  So I would like
21 to ask you some questions now about those topics.
22         I understand that some of this
23 information may be relatively sensitive and we have
24 what is called a protective order, in this case

WILHELMINA MALDONADO                                                    April 07, 2017

Page 34

1  where we can make sure that information is kept
2  confidential.
3          So Ms. Aldaco's lawyer is here and this
4  transcript -- the deposition transcript will be held
5  as confidential for 14 days under that protective
6  order to give Ms. Aldaco's lawyer some time to look
7  at it and make sure that anything that should be
8  confidential or designated confidential.  So it
9  can't be filed in the public record or talked about
10 outside of this case.
11         Do you understand that?  Does that make
12 sense to you?
13     A.    Yes.
14     Q.    So the point being, I need you to give
15 me your full responses even though you think some of
16 the information may be very personal or very
17 confidential.  We are going to take steps on the
18 back end to make sure that nothing ends up public.
19 Okay?
20     A.    Okay.
21     Q.    Before January of 2016, when Ms. Aldaco
22 was denied by the Reserve at Hoffman Estates, are
23 you aware she ever suffered any mental or physical
24 problems that interfered with her ability to live

Page 35

1  her daily life or go to work?
2      A.    I know she was very emotional about
3  this.  She was crying.  She was depressed.
4      Q.    I'm just going to hold you for a
5  second.
6          I'm specifically asking at this point
7  about before she was denied the apartment at the
8  Reserve?
9      A.    Oh, before she was denied.
10     Q.    Yes, if you are aware that she had any
11 physical or mental problems that interfered with her
12 daily activities or going to work?
13     A.    The only thing that she had going on
14 before any of this happened was probably just stress
15 with her job and just the stress with the kids.
16 There's only one car.  She was the one taking the
17 kids to school, taking them to their jobs, trying to
18 make it to her job on time and back.  And so I know
19 she was pretty stressed out about those kind of
20 things.
21     Q.    Do you know whether she had headaches
22 or nausea or any kind of physical problems from that
23 stress?
24     A.    I know she had a lot of headaches.

Page 36

1  That's all I can think of.
2      Q.    So after Ms. Aldaco was turned down by
3  the Reserve at Hoffman Estates in January of 2016,
4  do you remember whether she was having physical or
5  mental distress at that time that was interfering
6  with her daily activities or her ability to go to
7  work?
8      A.    Well, the fact that she was again,
9  probably stressed out, depressed.
10     Q.    When you say, "depressed," what do you
11 mean by that?
12     A.    Depressed in the sense that she didn't
13 get the housing.  She was disappointed for her kids,
14 you know, that were excited about going there too
15 and all of a sudden to get this.
16         She was anxious, worried all the time
17 because now she had her stuff in storage.  She had
18 stuff in her car.  Now, she had to call out and
19 reach out to everybody that she knew of, that could
20 help her.
21     Q.    So when you were describing her as
22 anxious or depressed, how do you know that?
23     A.    Well, she would come to my house.  When
24 she came to my house, she was literally in tears.

Page 37

1  She was just in really, really bad shape.  She
2  didn't know where she was going to go, and she
3  didn't know what she was going to do.
4          She didn't know where the money was
5  going to come from.  She didn't know.  She didn't
6  know what she was going to eat.  I mean, her kids
7  would ask her for stuff and it's like, what can you
8  do?
9      Q.    So you remember her being upset,
10 crying, generally distressed?
11     A.    Yes.  When she came to me, that's the
12 state she was in, just wanting to -- she wanted my
13 help.  She wanted a place to stay, a place where her
14 kids could come and eat.  You know, if she dropped
15 off her son at school, that she could come back to
16 my house and take a nap.  If she needed to go back
17 to work, whatever the case may be.
18     Q.    You were helping her with that?
19     A.    I was helping her with that, yes.
20     Q.    Sure.  Do you remember her having
21 headaches during this time where she was sort of
22 staying at your house and seeing you a lot?
23     A.    Yes.
24     Q.    Do you think those headaches had

WILHELMINA MALDONADO                                            April 07, 2017

Page 38

1  increased from when she had headaches before?
2               If the answer is, you don't know,
3  that's okay?
4       A.    I don't know.
5       Q.    Do you ever remember her vomiting?
6       A.    Well, while she was with me, no.  I
7  don't remember.
8       Q.    Do you remember her talking about
9  vomiting?
10      A.    She might have mentioned that she got
11 nauseous at one point and was throwing up and was
12 feeling dizzy and sick.
13      Q.    But you, yourself never actually saw
14 that?
15      A.    No, I didn't.
16      Q.    Do you remember her gaining a lot of
17 weight during this period of time?
18      A.    Can I backtrack to the last question?
19      Q.    Sure.
20      A.    I remember her at one point, she called
21 me.  She was in the car and she literally had to
22 pull over to open the door and throw up.  She was
23 feeling nauseous and she just had to.  That's the
24 only time that she ever vomited that I know of.

Page 39

1       Q.    I probably should have told you at the
2  beginning, too.  That's absolutely fine, if during
3  the course of this deposition, sometimes this is
4  what happens when we start telling stories and --
5  oh, wait.  I remember what happened before.
6               Please interrupt and make sure that we
7  get everything that you know?
8       A.    Okay.
9       Q.    Your memory of that phone call where
10 she pulled over and had thrown up and had called you
11 would have been after she had been turned down at
12 the Reserve at Hoffman Estates?
13      A.    That I don't remember, no.  I didn't
14 even ask.
15      Q.    And so then going back to my prior
16 question, do you remember her gaining a lot of
17 weight during this time period of January to March,
18 April of 2016?
19      A.    Yes.
20      Q.    Did you talk to her about that at all?
21      A.    I know that we had talked a little bit
22 because she was living from house to house.
23 Everybody has different types of food.
24               When you are literally living with

Page 40

1  someone, you can't be picky and choosy about what
2  you are going to eat.
3               And so, yes, she was probably gaining
4  weight with all the stuff that she was eating but I
5  mean, what could she do?  She didn't have money to
6  go buy food so she literally had to eat what she
7  could get.
8       Q.    Do you remember about how much weight
9  you think she put on during that time period?
10      A.    She gained maybe another 10 or 15
11 pounds.  That was a lot.
12      Q.    But you don't think it would have been
13 more like 30 or 40 or 50 pounds?
14      A.    To be honest with you, I don't know.  I
15 didn't put her on a scale to weigh her.  I don't
16 know.  But it wouldn't surprise me if that had
17 happened.  I know her kids also gained weight.  You
18 know, they are teenagers and they were probably
19 eating a lot of junk food, too.
20      Q.    Do you remember Ms. Aldaco being
21 bedridden during that time?
22      A.    No, not while she was with me.
23      Q.    Did she ever talk to you about trying
24 to reapply for the fellowship housing program?

Page 41

1       A.    I don't recall her telling me that.
2       Q.    Do you remember if you ever asked her
3  if she could reapply or if there was anything she
4  could do to try to resolve the situation with
5  Fellowship Housing Corporation?
6       A.    No, because I felt once you got denied,
7  you got denied.
8               What is the sense of applying again if
9  they denied you already?
10      Q.    Did you have that understanding because
11 that's what Ms. Aldaco told you?  Or is that just
12 kind of what you thought in your own head?
13      A.    Well, when she told me she was denied,
14 that's what I -- well, that's what I understood
15 denial -- they denied you, they denied you.  I mean,
16 what can you do?
17      Q.    So you didn't understand that there was
18 any opportunity for her to try to fix the issue that
19 had caused the denial or otherwise try to work
20 through that denial?
21      A.    No.  I was not aware of that.
22      Q.    If there had been an opportunity for
23 her to resolve the issue that had led to her denial,
24 would you have encouraged her to pursue that?

1    A.    Absolutely.
2    Q.    And why would you have done that?
3    A.    Well, because I know that based on what
4  she told me about the housing and everything that
5  they had to offer her, that it would be good for her
6  and her son to go there and take advantage of all
7  the things that they had to offer her.
8    Q.    If you found out that she was eligible
9  to reapply for the fellowship housing program today,
10 would you encourage her to reapply?
11   A.    I would but whether she would take it
12 or not, that would be up to her.
13   Q.    Do you remember during the time right
14 after she was denied the Reserve at Hoffman Estates,
15 whether she was fatigued?
16   A.    She was.
17   Q.    About how long did that last?
18   A.    It would go in spurts.  A couple days,
19 two or three days.
20   Q.    How did you know she was fatigued?
21 What were the symptoms?
22   A.    Well, when she was at my house she was
23 always tired.  She was sleepy.  She didn't want to
24 do anything.  She didn't want to do anything.

1    Q.    Did you ever encourage her to see a
2  doctor or try to get some medical treatment for any
3  of the symptoms that she was experiencing?
4    A.    No.  I kind of figured it would go away
5  and she would get over it.
6    Q.    And did she?
7    A.    I think she did, but it took a -- it
8  was a process.  I think she was still kind of
9  struggling a little bit with it.
10   Q.    Were you aware that she was seeing a
11 doctor at any point during that time about the
12 symptoms that she had been experiencing?
13   A.    If she did, I don't remember.
14   Q.    Are you aware whether Ms. Aldaco ever
15 sought any sort of financial counseling or any kind
16 of program to help her learn to better manage her
17 finances and budget?
18   A.    That I know of, no.  Actually, the
19 housing that she was applying for was going to help
20 her with that.
21   Q.    Are you aware whether she has ever
22 sought career counseling or any sort of educational
23 programs?
24   A.    No.  I know she wanted to.  That was

1  another thing I think the housing had to offer as
2  well, that she was interested in.
3    Q.    When Ms. Aldaco got the headaches, both
4  before she had the denial at the Reserve and then
5  after, do you know how she treated those headaches?
6    A.    Well, while she was with me, I think I
7  gave her some Advil liquid gels.  They kind of
8  worked for me.
9    Q.    Do you remember if they worked for her
10 to help with the headaches?
11   A.    They did alleviate a little bit.  It
12 took a while but, you know.
13   Q.    Are you aware of what a migraine
14 headache is?
15   A.    Yes.
16   Q.    Did her headaches seem like migraine
17 headaches to you?
18   A.    There would be days it would be like
19 that, but it wasn't all the time.  There would be
20 occasions she would have it and when she didn't have
21 it.
22   Q.    Did you ever witness her lose her
23 temper with her children?
24   A.    No.

1    Q.    Did she ever talk to you about losing
2  her temper with her children?
3    A.    Well, she had an argument or something
4  with her son, you know.  I mean, I have had them too
5  with my daughters, and that's about the extent of
6  it.
7    Q.    But nothing that struck you as unusual?
8    A.    No.
9    Q.    Do you ever remember Ms. Aldaco
10 sleeping overnight in her truck or car or vehicle?
11   A.    I know on a couple of occasions she did
12 have to with her kids.  But don't ask me dates.  I
13 don't remember.
14   Q.    How are you aware that she had to sleep
15 in her vehicle with her kids?
16   A.    She would call me from her car crying,
17 telling me that she was there in her car with her
18 kids, that she had no place to go.  And so at that
19 point, I would have to -- what else could I do but
20 to tell her to come to my house.  If they hadn't
21 eaten, then I would have to feed them.  That was the
22 right thing to do.
23   Q.    So whenever she would tell you that she
24 didn't have a place to stay that night, if she

WILHELMINA MALDONADO                                    April 07, 2017

Page 46

```
1   couldn't come to your house basically, she would
2   have to sleep in her car, you would invite her over
3   to your house?
4        A.   Yes.
5        Q.   That was very kind of you.
6             Are you aware that there were times
7   when she didn't call you and so she spent the whole
8   night in the vehicle with her and her kids?
9        A.   I'm sure there probably was a night or
10  two that she did that because maybe nobody wanted,
11  took her in that night, or they couldn't.  I pray
12  that that's not what it was but, you know.  I know
13  that she was going to different people to stay at
14  their homes because not every person could keep her
15  the whole two, three months at a time.
16       Q.   This period -- was this before she was
17  turned down for the apartment at the Reserve or
18  after or both?
19       A.   It was a combination.
20       Q.   This was after she left the apartment
21  in Bloomingdale; is that correct?
22       A.   Yes.
23       Q.   Have you ever met Ms. Maldonado's
24  mother or sister?
```

Page 47

```
1        A.   Ms. Aldaco's mother?
2        Q.   I'm sorry, yes.  Let me reask that
3   question.
4             Have you ever met Ms. Aldaco's mother
5   or sister?
6        A.   I met them maybe once or twice.
7        Q.   Are you aware that she sometimes stayed
8   with either her mother or her sister?
9        A.   Yes.
10       Q.   Did you think that her staying with her
11  mother or her sister was a good option for her?
12       A.   You want my honest opinion?
13       Q.   I do?
14       A.   No.
15       Q.   And why is that?
16       A.   She doesn't have that great of a
17  relationship with her mom and her sister.  It's kind
18  of like she is the black sheep in the family, at
19  least that's the impression I get, that they kind of
20  help her a little.  They will do what they can for
21  her but they -- the mom, would rather do more for
22  the other two than for her.
23       Q.   When you say "the other two," you mean
24  her two siblings?
```

Page 48

```
1        A.   Her other two siblings, yes.  So if I
2   had a mom like that, I wouldn't want to be there
3   either.  So personally, you can sense it when
4   somebody wants you to be there and when somebody
5   doesn't want you around.
6             Or they are doing it because they want
7   to or because they feel like they are obligated to.
8   And so she did what she could, I am sure the times
9   she was there she didn't want to be there, but she
10  had no choice.
11       Q.   What about her sister, Lorena?
12       A.   Lorena, she is just like her mom.
13       Q.   Do you have any knowledge about
14  Ms. Aldaco's kids' relationships with their aunt or
15  their grandmother?
16       A.   A little bit, yes.  The fact that
17  grandma and their auntie spoiled them, yes.  Of
18  course, you are going to love somebody more so
19  because they do those kind of things for you.  Or if
20  they didn't.  Yes, the kids are closer to the mom
21  and the grandma, the grandma and the aunt for those
22  reasons.
23       Q.   So you think that Ms. Aldaco's children
24  and her mom and her sister have a pretty good
```

Page 49

```
1   relationship with her kids because they are a little
2   spoiled by them; is that right?
3        A.   Yes.
4        Q.   I know we talked a little bit before
5   about Ms. Aldaco's oldest son, Phillipe; is that
6   right?
7        A.   Yes.
8        Q.   Would he have had to move in with
9   either his grandmother or someone else?
10            Do you remember talking about that with
11  me?
12       A.   Yes.
13       Q.   Tell me a little about, one, how did
14  you learn that?
15       A.   Well, I learned that through Rafaela
16  because she had told me the apartment was -- the
17  housing was only going to be able to take one of her
18  sons.  So at that point, she told me that she didn't
19  know what was going to happen with Phillipe.
20            But Phillipe had already been wanting
21  to move out anyway.  So grandma had offered that, if
22  anything, that he could move in with her.  So that's
23  pretty much what it is.
24       Q.   Did you have an impression as to what
```

WILHELMINA MALDONADO                                            April 07, 2017

Page 50

1    Ms. Aldaco thought or felt about that situation?
2         A.    It devastated her.  It devastated her
3    to know that she was going to have to let one of her
4    kids live with someone else and not be with her.
5              She loves her kids dearly and she wants
6    the best for them.  She always tried to give them
7    what she can for them.
8              But at this point she felt like she had
9    to let them go because she wanted that housing so
10   bad.
11        Q.    Did you try to give her any advice
12   about the situation or comfort her or talk to her
13   about it?
14        A.    Well, we talked about other options as
15   far as who to let Phillipe stay with.  Who would be
16   the best candidate for him that would take care of
17   him like she would have taken care of him.  That's
18   pretty much what we talked about as far as for him.
19        Q.    At the time, he was going to be over
20   the age of 18; right?
21        A.    Yes
22        Q.    Do you know Clementine Frazier?
23        A.    She is one of the women from the
24   church.

Page 51

1         Q.    How do you know her?
2         A.    Through the church.
3         Q.    How long have you known her?
4         A.    I would say maybe about -- I want to
5    say two years, maybe three.
6         Q.    Are you close with her or just have
7    sort of a passing relationship?
8         A.    It is kind of a passing.
9         Q.    Are you aware that she is a close
10   friend of Rafaela?
11        A.    Yes.
12        Q.    Have you ever met with Rafaela with
13   Clementine or not really?
14        A.    No.
15        Q.    Do you know Katie Marquis?
16        A.    Katie Marquis.  She is probably
17   somebody else from the church, but I really don't
18   have nothing to do with her.
19        Q.    Do you know Lynn McPherson?
20        A.    No.
21        Q.    Do you know Keith McPherson?
22        A.    No.
23        Q.    Have you ever met or heard Ms. Aldaco
24   talk about someone named Alex Alvarez?

Page 52

1         A.    No.
2         Q.    Has Ms. Aldaco ever mentioned the
3    company, Rentgrow to you?
4         A.    The company?
5         Q.    Rentgrow?
6         A.    No.
7         Q.    What about the company named, Yardi?
8         A.    No.
9         Q.    Did she ever talk to you about a
10   background report that was done on her?
11        A.    Not that I can remember.
12        Q.    Is there anything that you think would
13   help you remember the conversation like that or just
14   gone?
15        A.    That's gone.  I don't remember.
16        Q.    Did she ever talk to you about someone
17   named Rachel Paul or someone named Heather Klein?
18        A.    No.
19        Q.    Did she ever talk about someone -- a
20   couple of names, Cindy and Ben Evangelista?
21        A.    Unless they are from the church, I
22   don't know.
23        Q.    Do you remember her staying with
24   someone in Palatine?

Page 53

1         A.    She stayed with a lot of people and it
2    could be right that she did stay with someone there,
3    but it's not like I have a list on where she stayed.
4    I don't know.
5         Q.    Did you understand why she was having
6    so much trouble finding a place to live?
7         A.    Because she was paying her rent late
8    all the time.  I don't know.  That's the only thing
9    I can think of.
10        Q.    But you didn't really specifically talk
11   to her about it?
12        A.    No.  I didn't figure -- I didn't think
13   it was my business to -- I didn't want to go there
14   with her.  I mean, it was kind of bad enough to know
15   that you can't pay your rent and you don't want to
16   bother people.  You don't want a lot of people
17   knowing your business.  So that's probably why I
18   didn't bother asking her.
19        Q.    Have you ever been involved in a
20   lawsuit?
21        A.    No.
22        Q.    Have you ever had a lien or credit
23   judgment against you, that you can remember?
24        A.    Explain to me what that means.

WILHELMINA MALDONADO                                        April 07, 2017

Page 54

1      Q.    Like a credit card put a lien on your
2  house or a bank.  Or somebody tried to foreclose on
3  you, those kinds of things?
4      A.    No.
5      Q.    Do you own or rent the home that you
6  live in now?
7      A.    I rent.
8      Q.    How long have you been there?
9      A.    I moved in October of this year -- of
10 last year, I'm sorry.
11     Q.    So 2016?
12     A.    Right.
13     Q.    Where did you live before that?
14     A.    402 Vinings Drive in Bloomingdale.
15     Q.    How long did you live there?
16     A.    We were there six years.
17     Q.    Why did you move?
18     A.    We moved because it's a two bedroom
19 apartment and we needed to move to a bigger place
20 because my daughter and my grandson were living with
21 us at the time.
22     Q.    Not enough space?
23     A.    No, not at all.
24     Q.    Have you ever owned a home or have you

Page 55

1  always rented?
2      A.    We owned many moons ago.
3      Q.    Would you ever have described yourself
4  as homeless?
5      A.    No.
6      Q.    Do you think Ms. Aldaco's experience in
7  losing the apartment at the Reserve at Hoffman
8  Estates impacted her relationship with you in a
9  negative way?
10     A.    No.
11     Q.    Do you think that that experience for
12 her impacted her relationships with other people in
13 a negative way?
14     A.    No.
15     Q.    Did you ever talk to Ms. Aldaco about
16 her calling in sick to work or missing work?
17     A.    Repeat the question.
18     Q.    Did you ever talk with Ms. Aldaco about
19 her calling in sick to work or missing work?
20     A.    No.
21     Q.    Were you aware that she was calling in
22 sick to work?
23     A.    I know that on several occasions she
24 would be late.  Or she would have to miss work on

Page 56

1  occasions because of the kids or whatever she had
2  going on at that time.
3      Q.    Is that sort of, in your experience,
4  been something that has happened with her for a long
5  time?
6      A.    Since I have known her, this happened a
7  couple times.
8      Q.    Did it seem worse after she lost the
9  apartment at the Reserve at Hoffman Estates?
10     A.    It could be, but I'm not sure.
11     Q.    Is there anything that would help you
12 be sure?
13     A.    Well, just based on the situation, the
14 circumstances that come up.  I don't know.
15     Q.    I think this is probably all the
16 questions I will have to ask.  I would like to take
17 a five, 10 minute bathroom break and double check my
18 notes.  But probably when we come back and we are
19 done.
20     A.    Okay.
21           (WHEREUPON, a recess was had
22            at 11:55 a.m., after which the
23            deposition resumed 11:59 a.m. as
24            follows:)

Page 57

1      MS. KUNZE:  Back on the record.  I have just
2  a couple more questions.
3               FURTHER EXAMINATION
4  BY MS. KUNZE:
5      Q.    Is there an amount of money that you
6  think or that you have talked with Ms. Aldaco about
7  her receiving for this lawsuit?
8      A.    I don't know anything about that.
9      Q.    Is there anything else about
10 Ms. Aldaco's application with FHC for the apartment
11 at the Reserve at Hoffman Estates and the denial of
12 her application there that you would like to tell me
13 or that you think is important?
14     A.    No, just pretty much what I told you,
15 that's all I know.
16     MS. KUNZE:  That's it.  I'm done.
17     MR. UHRICH:  I only have a few clarifying
18 questions.
19     MS. KUNZE:  Just to be clear, because we are
20 paying for the court reporter, we are going to limit
21 you guys to 10 minutes.
22     MR. UHRICH:  Oh, yes.  I wouldn't even need
23 that.  Just a few real quick things.
24               EXAMINATION

WILHELMINA MALDONADO                                     April 07, 2017

Page 58

1  BY MR. UHRICH:
2       Q.   Ms. Maldonado, you mentioned a few
3  things about what Ms. Aldaco was going through
4  before the denial and then after the denial.
5            So I just want to make sure that we get
6  that right, about what was happening before and what
7  was happening after?
8       A.   Okay.
9       Q.   One of the things you mentioned was
10 that Ms. Aldaco was so upset that she was nauseous.
11 That she became nauseated.  And that you mentioned
12 that she called you from the car.  She had to pull
13 over and throw up.
14           So I just wanted to make sure.  Did
15 that happen before she was denied or after she was
16 denied?
17      A.   That was after.
18      Q.   Okay, because I wasn't sure from
19 exactly what was said.
20           In terms of what you knew about
21 Ms. Aldaco's staying in her car, do you know if she
22 stayed in her car more before or after she was
23 denied?
24      A.   Oh, no definitely after.

Page 59

1       Q.   So it was only after she was denied?
2       A.   Yes.
3       Q.   She only stayed with you after she was
4  denied; right?
5       A.   Well, she stayed with me and then
6  several other people, whoever she could get at that
7  time.
8       Q.   Right.  But that was all after she was
9  denied?  So none of that happened before?
10      A.   Correct.
11      Q.   The last thing is, was the headaches
12 you mentioned because you did say she was a little
13 stressed.  But was she having a lot of headaches
14 before she was denied?
15           Was that something that you knew for
16 over six years?
17      MS. KUNZE:  I'm going to object to form.  It
18 misstates her prior testimony.  But you can answer
19 if you understand it.
20 BY THE WITNESS:
21      A.   She had headaches before, not as bad
22 because she was trying, finding a place, getting
23 information to find a place.  And then once she did
24 find a place, and she got denied and then it just

Page 60

1  got worse.
2  BY MR. UHRICH:
3       Q.   Over the six years that you knew her,
4  were her headaches pretty consistent from stress?
5       A.   Yes, they were pretty consistent.
6       Q.   How bad did they get after the denial,
7  compared to what they were?
8       A.   After the denial, it got -- there's
9  headaches and then there's migraines.  It got to
10 that point where she was getting migraines.
11      Q.   Just to go back to what happened when
12 she called you from the car, can you tell me a
13 little bit more about what she had to do after that?
14           Maybe just tell us what happened
15 exactly, like where were you and what happened?
16      MS. KUNZE:  I'm going to object to form.
17 That was like six questions.  I think you should
18 probably break that up if you are going to get an
19 answer there.
20 BY MR. UHRICH:
21      Q.   Where were you when you spoke to her on
22 the phone that day?
23      A.   I was at home.
24      Q.   Did she tell you where she was driving?

Page 61

1       A.   No.
2       Q.   Do you remember how long after January
3  of 2016, that happened, because -- or how long after
4  the denial?  Do you remember what month it was when
5  she called you?
6       A.   I don't remember.
7      MR. UHRICH:  I have nothing further.
8      MS. KUNZE:  I'm just going to ask one more
9  clarifying question.
10           FURTHER EXAMINATION
11 BY MS. KUNZE:
12      Q.   The headaches that we were talking
13 about before which you said resembled a migraine to
14 you, do you remember talking about that?
15      A.   Yes.
16      Q.   Those were after the denial, in your
17 recollection; is that correct?
18      A.   Correct.
19      Q.   They were helped by Advil; is that also
20 true?
21      A.   Well, while she was with me, it kind of
22 seemed like it was helping her.
23      Q.   So to your recollection, the Advil that
24 you gave her helped with the headaches while she was

WILHELMINA MALDONADO                                             April 07, 2017

---

Page 62

```
 1  staying with you; is that correct?
 2       A.    Correct.
 3       MS. KUNZE:  That's it.
 4            Mr. Uhrich, did you have any other
 5  questions?
 6       MR. UHRICH:  No, I didn't.  Thank you.
 7       THE REPORTER:  Signature, ma'am?
 8       MS. KUNZE:  So you have the opportunity to
 9  either waive your signature, which means your
10  deposition testimony is sort of done today.
11            Or you can withhold signature and you
12  will get a copy of your transcript in the mail and
13  you will review it to see if there is anything that
14  you think of has been transcribed incorrectly and
15  then note that and then sign your transcript.  It's
16  up to you.
17       THE WITNESS:  I'm done.
18       MS. KUNZE:  Thank you for your time today.
19            (WHEREUPON, the deposition concluded
20             at 12:07 p.m., and signature was
21             waived.)
22
23
24
```

---

Page 64

```
 1            IN WITNESS WHEREOF, I do hereunto set
 2  my hand and affix my seal of office at Chicago,
 3  Illinois, this 24th day of April, 2017.
 4
 5
 6
 7
 8
 9
10
11            Notary Public, DuPage County,
12            Illinois.
13            My commission expires 03/10/21.
14
15
16  C.S.R. Certificate No. 84-1766.
17
18
19
20
21
22
23
24
```

---

Page 63

```
 1  STATE of ILLINOIS    )
 2                       )
 3  COUNTY of DU PAGE    )
 4            I, Patricia Ann Armstrong, a Notary
 5  Public within and for the County of DuPage, State of
 6  Illinois, and a Certified Shorthand Reporter of said
 7  state, do hereby certify:
 8            That previous to the commencement of
 9  the examination of the witnesses, the witness was
10  duly sworn to testify the whole truth concerning the
11  matters herein;
12            That the foregoing deposition
13  transcript was reported stenographically by me, was
14  thereafter reduced to typewriting under my personal
15  direction and constitutes a true record of the
16  testimony given and the proceedings had;
17            That the said deposition was taken
18  before me at the time and place specified upon
19  written interrogatories;
20            That I am not a relative or employee or
21  attorney or counsel, nor a relative or employee of
22  such attorney or counsel for any of the parties
23  herein, nor interested directly or indirectly in the
24  outcome of this action.
```

---

WILHELMINA MALDONADO

April 07, 2017
Index: 10..broke

**1**

**10** 9:19 11:14
40:10 56:17 57:21
**10:00** 10:11
**11:55** 56:22
**11:59** 56:23
**12:07** 62:20
**12th** 33:18
**14** 34:5
**15** 40:10
**157** 4:16
**16** 10:19
**18** 50:20

**2**

**20** 8:20,22 9:3
**2015** 26:18
**2016** 26:23 33:18
34:21 36:3 39:18
54:11 61:3
**2017** 8:24
**224** 12:1
**26** 10:21
**2nd** 10:3

**3**

**30** 40:13
**31st** 9:22

**4**

**40** 40:13
**402** 54:14
**4th** 10:10

**5**

**50** 40:13

**6**

**60188** 4:17

**7**

**7** 8:23
**773-640-2776**
12:9

**8**

**8:00** 9:7 10:2
**8:30** 9:22

**A**

**a.m.** 10:2 56:22,23
**ability** 7:16 34:24
36:6
**absolutely** 31:7
39:2 42:1
**accepted** 20:23
**activities** 35:12
36:6
**actual** 32:22
**address** 4:15
14:20 23:15
**adjust** 19:21
**Adrian** 20:3
**advantage** 42:6
**advice** 28:17
50:11
**Advil** 44:7 61:19,
23
**affect** 7:15

**afford** 23:2 27:21
28:23
**afternoon** 11:19
**age** 18:10 22:24
50:20
**agree** 14:9 26:22
30:1
**ahead** 4:12 7:4
25:5
**alcohol** 7:14
**Aldaco** 7:21
11:20,23 12:12,16,
20 14:2,12 15:4,24
16:5,12 22:3,12
23:10 26:5,16 27:3
29:5,22 30:11 31:11
33:1,16 34:21 36:2
40:20 41:11 43:14
44:3 45:9 50:1
51:23 52:2 55:15,18
57:6 58:3,10
**Aldaco's** 8:5
22:9 34:3,6 47:1,4
48:14,23 49:5 55:6
57:10 58:21
**Alex** 51:24
**alleged** 26:16
33:18
**alleges** 14:5 16:6
**alleviate** 44:11
**Alvarez** 51:24
**amount** 57:5
**answers** 6:3,10,
11,15
**anxious** 36:16,22
**apartment** 13:23
14:1 17:4 19:12,17
21:10,19,23 23:8
26:7,9,14,22 27:7,
12,20 32:14 35:7
46:17,20 49:16
54:19 55:7 56:9
57:10
**apartments**
27:4 31:17,18,19

**application**
15:22 19:4 30:13
31:6,23 57:10,12
**applied** 13:19
15:15 18:7 19:3
26:6,17 30:21
31:11,13 32:2
**applying** 17:7
26:7 41:8 43:19
**approved** 19:5,6
**approximately**
9:22 10:2,11
**April** 8:23 10:3,10
21:19 39:18
**areas** 14:10
**argument** 45:3
**assume** 6:19
22:10
**assumed** 33:13
**attacking** 24:2
**attempt** 14:7
**attempts** 9:19
**attend** 15:2
**attendee** 14:23
**aunt** 48:14,21
**auntie** 48:17
**auto** 29:12
**aware** 9:18 12:20,
23 21:12 29:22
30:15 32:24 34:23
35:10 41:21 43:10,
14,21 44:13 45:14
46:6 47:7 51:9
55:21

**B**

**back** 19:5 25:20
34:18 35:18 37:15,
16 39:15 56:18 57:1
60:11
**background**
16:7 52:10

**backtrack** 38:18
**bad** 37:1 50:10
53:14 59:21 60:6
**bank** 54:2
**based** 42:3 56:13
**basic** 5:24
**basically** 6:9
46:1
**bathroom** 56:17
**bed** 10:13
**bedridden** 40:21
**bedroom** 19:17
54:18
**bedrooms** 19:20
**beginning** 25:1
26:23 39:2
**bell** 29:9
**Ben** 52:20
**bigger** 54:19
**bills** 28:24
**birthday** 9:8
16:18
**bit** 13:16 17:15
18:20 19:22 22:8,11
23:3 39:21 43:9
44:11 48:16 49:4
60:13
**black** 47:18
**Bloomingdale**
23:21 26:10 27:6
46:21 54:14
**boss** 24:9
**bother** 53:16,18
**boxing** 19:7
**boys** 28:8
**bracket** 18:11
**branded** 29:11
**break** 56:17 60:18
**briefly** 22:6
**broke** 19:10

WILHELMINA MALDONADO

April 07, 2017
Index: budget..encouraged

**budget** 43:17

**budgeting** 33:2

**business** 53:13, 17

**buy** 40:6

___

**C**

___

**cake** 20:22

**call** 11:4,7,23 36:18 39:9 45:16 46:7

**called** 4:4 11:8 13:2,8 14:17 23:11 27:8 29:8 33:24 38:20 39:10 58:12 60:12 61:5

**calling** 55:16,19, 21

**canceled** 9:17

**candidate** 50:16

**car** 19:8,14 35:16 36:18 38:21 45:10, 16,17 46:2 58:12, 21,22 60:12

**card** 54:1

**care** 50:16,17

**career** 43:22

**Carol** 4:16

**case** 5:18 7:22 9:15 11:21 13:3 16:10,20 17:2,3,20 33:24 34:10 37:17

**catch** 17:24

**caused** 41:19

**change** 16:24 21:3 23:6

**changed** 17:1

**characterize** 22:17

**check** 16:7 56:17

**Chicago** 29:8,10

**children** 22:9,10, 13 44:23 45:2 48:23

**choice** 48:10

**choosy** 40:1

**Christian** 20:1,2, 3

**church** 14:15,16, 17,24 16:18 18:2 22:5 29:4 50:24 51:2,17 52:21

**Cindy** 52:20

**circumstances** 56:14

**city** 14:21

**civil** 5:21

**claiming** 13:15

**clarifying** 57:17 61:9

**clear** 6:2 57:19

**Clementine** 50:22 51:13

**client** 12:13

**close** 15:7 51:6,9

**closer** 48:20

**collecting** 20:19

**combination** 46:19

**comfort** 50:12

**company** 23:11, 12,14 24:13,14,19 26:11 52:3,4,7

**compared** 60:7

**complaining** 24:2

**complaint** 16:9

**completely** 7:5

**concerned** 20:14 31:24

**concluded** 62:19

**confide** 15:6

**confidential** 34:2,5,8,17

**consistent** 60:4, 5

**contact** 8:8 12:5 13:6

**continue** 27:12

**Continuing** 13:2

**conversation** 7:3 11:10,12,21 12:17,21 52:13

**copy** 16:9 62:12

**Corporation** 14:8 30:13,18 41:5

**correct** 9:15 22:10 30:15 46:21 59:10 61:17,18 62:1,2

**counseling** 43:15,22

**couple** 14:3 17:21 20:12 28:1 32:5 42:18 45:11 52:20 56:7 57:2

**court** 5:13 6:4,11, 24 57:20

**credit** 53:22 54:1

**criminal** 5:22 16:5,6

**crying** 20:13 35:3 37:10 45:16

**current** 27:12

___

**D**

___

**daily** 35:1,12 36:6

**damages** 14:5

**dates** 45:12

**daughter** 9:8,10 10:16,20 19:18 54:20

**daughters** 45:5

**day** 60:22

**day-to-day** 30:8

**days** 9:20 20:3,4,5 34:5 42:18,19 44:18

**dearly** 50:5

**December** 26:18

**decision** 27:23

**decisions** 28:21

**Defendant's** 8:19,22 9:3

**denial** 17:4 21:6 41:15,19,20,23 44:4 57:11 58:4 60:6,8 61:4,16

**denied** 13:20 14:6 15:21 16:1 19:9 23:8 34:22 35:7,9 41:6,7,9,13, 15 42:14 58:15,16, 23 59:1,4,9,14,24

**deposition** 5:5 6:1 7:19,22 8:2,12, 16 12:13 25:12 34:4 39:3 56:23 62:10,19

**depressed** 18:20 35:3 36:9,10, 12,22

**depression** 21:16

**describe** 15:3

**describes** 29:23

**describing** 36:21

**description** 30:1

**designated** 34:8

**devastated** 50:2

**dinner** 9:7

**disappointed** 36:13

**discrimination** 16:3 24:4

**distress** 33:19 36:5

**distressed** 37:10

**divorced** 19:18

**dizzy** 38:12

**doctor** 43:2,11

**document** 8:21 9:5 25:3

**documents** 25:15

**door** 9:12 38:22

**doorbell** 10:9

**double** 56:17

**Drive** 54:14

**driving** 60:24

**drop** 20:6

**dropped** 37:14

**drugs** 7:14

**due** 16:2,5

**duly** 4:2,4

**duty** 5:10

___

**E**

___

**e-mail** 8:9 25:3

**easy** 28:4,5

**eat** 30:10 37:6,14 40:2,6

**eaten** 45:21

**eating** 40:4,19

**educational** 43:22

**eligible** 42:8

**emotional** 33:19 35:2

**encourage** 42:10 43:1

**encouraged** 41:24

WILHELMINA MALDONADO

April 07, 2017
Index: end..invite

**end** 13:20 21:1
34:18

**ended** 18:8 20:12

**ends** 34:18

**Estates** 15:21
26:8,17 33:17 34:22
36:3 39:12 42:14
55:8 56:9 57:11

**ethic** 24:4

**Evangel** 14:17,
23

**Evangelista**
52:20

**events** 17:3

**evicted** 32:14,17

**eviction** 32:22

**exact** 14:19

**EXAMINATION**
4:6 57:3,24 61:10

**examined** 4:5

**excited** 18:7,8
19:2 20:24 21:2
31:13,21 36:14

**Exhibit** 8:19,22
9:3

**existence** 31:3

**expecting** 11:2

**expensive** 23:1

**experience**
55:6,11 56:3

**experiencing**
43:3,12

**Explain** 53:24

**extent** 45:5

---

**F**

**fact** 13:18 36:8
48:16

**fair** 25:18,19 33:14

**familiar** 29:13

**family** 8:12 47:18

**fatigued** 42:15,
20

**favoring** 24:9

**feed** 20:7,8 45:21

**feel** 48:7

**feeling** 38:12,23

**fellowship** 14:8
28:15 30:13,17
40:24 41:5 42:9

**felt** 41:6 50:1,8

**FHC** 30:19 31:6,9,
11 57:10

**FHC's** 31:2

**figure** 53:12

**figured** 43:4

**filed** 12:12,21
13:12 15:12 16:10
34:9

**finances** 43:17

**financial** 33:3
43:15

**find** 15:11 16:4
31:21 59:23,24

**finding** 21:1 53:6
59:22

**fine** 39:2

**finish** 6:22

**fired** 25:24

**fix** 21:9 41:18

**flow** 23:5

**food** 39:23 40:6,
19

**foreclose** 54:2

**form** 59:17 60:16

**found** 13:4 42:8

**frame** 26:18

**Frazier** 50:22

**friend** 18:14
19:21 51:10

**friends** 8:11 29:4

**front** 9:12

**full** 4:9,15 34:15

---

**G**

**gained** 40:10,17

**gaining** 38:16
39:16 40:3

**gathering** 16:19

**gave** 44:7 61:24

**gels** 44:7

**generally** 12:4
24:22 30:15 37:10

**give** 4:15 6:23 7:4
12:6 22:22 28:17
30:9 34:6,14 50:6,
11

**giving** 6:10 7:19
8:2,13 12:14 31:15

**good** 4:8 15:5
22:19 28:12 42:5
47:11 48:24

**grandma** 48:17,
21 49:21

**grandmother**
48:15 49:9

**grandson** 10:17,
22 19:19 54:20

**great** 47:16

**guard** 15:19

**guess** 9:16 18:10
32:10

**guy** 9:9

**guys** 57:21

---

**H**

**half** 32:9,10

**hand** 8:18

**handed** 9:9

**handing** 9:2

**Hanover** 14:22

**happen** 49:19
58:15

**happened** 15:16
18:6 25:11 35:14
39:5 40:17 56:4,6
59:9 60:11,14,15
61:3

**happening**
24:13 58:6,7

**happy** 18:19

**hard** 33:8

**head** 6:12 41:12

**headache** 44:14

**headaches**
35:21,24 37:21,24
38:1 44:3,5,10,16,
17 59:11,13,21
60:4,9 61:12,24

**heard** 51:23

**heart** 12:3

**Heather** 52:17

**heck** 13:9

**held** 34:4

**helped** 61:19,24

**helping** 37:18,19
61:22

**Hoffman** 15:21
26:8,17 33:17 34:22
36:3 39:12 42:14
55:7 56:9 57:11

**hold** 35:4

**home** 9:8,23 10:4,
8,12 20:7 54:5,24
60:23

**homeless** 29:23
30:2,5,7 55:4

**homes** 46:14

**honest** 10:1
15:23 28:20 40:14
47:12

**house** 19:15
20:11,12 27:9,10
36:23,24 37:16,22
39:22 42:22 45:20
46:1,3 54:2

**housing** 14:8
28:15,19 30:13,18,
21,22 31:21 36:13
40:24 41:5 42:4,9
43:19 44:1 49:17
50:9

**hung** 13:18

**husband** 10:16
17:16,17

---

**I**

**icing** 20:22

**identification**
8:23

**identified** 14:2

**Illinois** 4:17

**impacted** 55:8,
12

**important** 57:13

**impression**
47:19 49:24

**incorrectly**
62:14

**increased** 38:1

**information**
12:5 13:17 14:10
30:12 33:23 34:1,16
59:23

**initials** 30:18

**interacting**
22:13

**interested** 44:2

**interfered** 34:24
35:11

**interfering** 36:5

**interrupt** 39:6

**invite** 46:2

WILHELMINA MALDONADO

April 07, 2017
Index: involved..normal

**involved** 14:7
53:19

**issue** 41:18,23

**issues** 28:2 33:3

---

**J**

**January** 26:23
33:18 34:21 36:3
39:17 61:2

**job** 23:23 24:6
31:19 33:11 35:15,
18

**jobs** 35:17

**judgment** 53:23

**junk** 40:19

**jury** 5:10,15

---

**K**

**Katie** 51:15,16

**Keith** 51:21

**kids** 17:21,22
18:8,9,11,24 20:8,
15 22:20 23:7
28:11,22 29:1 30:24
33:10 35:15,17
36:13 37:6,14 40:17
45:12,15,18 46:8
48:20 49:1 50:4,5
56:1

**kids'** 48:14

**kind** 5:13,18,24
6:16 13:14 16:15,19
17:1 18:4,20 23:3
24:9 35:19,22 41:12
43:4,8,15 44:7 46:5
47:17,19 48:19 51:8
53:14 61:21

**kinds** 54:3

**Klein** 52:17

**knew** 15:16 18:22
33:8 36:19 58:20
59:15 60:3

**knowing** 53:17

**knowledge**
14:4,9 48:13

**KUNZE** 4:7 8:18
9:1 57:1,4,16,19
59:17 60:16 61:8,11
62:3,8,18

---

**L**

**lady** 28:3

**laid** 25:23 26:3

**Lake** 23:14,18,20
32:4

**lasted** 11:13

**late** 32:5 53:7
55:24

**lawsuit** 12:12,15,
17,21 13:12,15 14:3
15:12 53:20 57:7

**lawyer** 21:13
34:3,6

**lawyers** 8:1,6

**layoffs** 24:12,18

**learn** 43:16 49:14

**learned** 31:2
49:15

**lease** 27:12,16
32:15

**leave** 19:12

**leaving** 9:12

**led** 41:23

**left** 19:12 20:11
46:20

**legal** 32:22

**letter** 19:8

**lien** 53:22 54:1

**life** 5:11 17:10 35:1

**limit** 57:20

**liquid** 44:7

**list** 53:3

**listed** 12:23

**literally** 19:11,16
36:24 38:21 39:24
40:6

**live** 10:15 18:13
27:24 28:22 32:1
34:24 50:4 53:6
54:6,13,15

**lived** 19:16 27:4

**lives** 21:24

**living** 26:6 27:12
28:10 30:8 32:2,4
39:22,24 54:20

**located** 14:18

**long** 5:19 11:12
14:12 21:15 26:15
42:17 51:3 54:8,15
56:4 61:2,3

**looked** 25:15

**Lorena** 48:11,12

**lose** 44:22

**losing** 45:1 55:7

**lost** 56:8

**lot** 7:2 18:22 20:20
30:22 31:14,15,20
35:24 37:22 38:16
39:16 40:11,19
53:1,16 59:13

**love** 48:18

**loves** 22:20 50:5

**Lynn** 51:19

---

**M**

**M-A-L-D-O-N-
A-D-O** 4:14

**made** 9:19 31:23

**mail** 62:12

**make** 6:1,20 7:9
28:22 34:1,7,11,18
35:18 39:6 58:5,14

**makes** 25:6

**making** 33:2

**Maldonado** 4:3,
8,11 9:4 58:2

**Maldonado's**
46:23

**manage** 43:16

**March** 9:22 39:17

**mark** 8:19

**marked** 8:22 9:3

**Marquis** 51:15,
16

**marriage** 18:3

**Mcpherson**
51:19,21

**means** 8:9 30:6
53:24 62:9

**medical** 43:2

**meet** 14:14 17:24

**member** 15:1

**members** 8:12

**memory** 7:15
25:4 39:9

**mental** 31:12
34:23 35:11 36:5

**mentioned**
24:20 33:10 38:10
52:2 58:2,9,11
59:12

**message** 8:9

**met** 14:15 16:21
17:17 21:12 46:23
47:4,6 51:12,23

**migraine** 44:13,
16 61:13

**migraines** 60:9,
10

**minute** 56:17

**minutes** 11:14,
15 57:21

**missing** 55:16,19

**misstates** 59:18

**mom** 18:5,13,15,
16,17 28:9 47:17,21
48:2,12,20,24

**moms** 30:23

**money** 30:9 37:4
40:5 57:5

**month** 16:13,21
61:4

**months** 21:18
46:15

**moons** 55:2

**morning** 4:8
7:12,19,23 8:3,13,
16

**mother** 46:24
47:1,4,8,11

**move** 18:13,21
19:19 21:10 28:14,
18 32:20 49:8,21,22
54:17,19

**moved** 19:22
21:19 26:13 54:9,18

---

**N**

**named** 51:24
52:7,17

**names** 52:20

**nap** 37:16

**nature** 24:11

**nausea** 35:22

**nauseated**
58:11

**nauseous**
38:11,23 58:10

**needed** 17:19
32:7 37:16 54:19

**negative** 55:9,13

**night** 10:24 45:24
46:8,9,11

**nods** 6:12

**normal** 7:3

WILHELMINA MALDONADO

April 07, 2017
Index: note..Reserves

note 62:15

notes 56:18

notice 23:6

November 26:18

number 11:23 12:1,6,7,9,10,11

numbers 12:3

___

**O**

object 59:17 60:16

obligated 48:7

occasion 15:2

occasions 16:15 44:20 45:11 55:23 56:1

October 54:9

offensive 7:8

offer 42:5,7 44:1

offered 49:21

older 18:10

oldest 49:5

open 38:22

opinion 47:12

opportunity 41:18,22 62:8

opposed 24:10

option 47:11

options 50:14

order 33:24 34:6

overnight 45:10

owned 54:24 55:2

owner 32:6,11,18

___

**P**

p.m. 9:23 10:11 62:20

Palatine 52:24

papers 9:9 11:5 13:10

Park 14:22

part 20:18 24:24

parties 26:21

parts 29:8,10,11, 12

party 16:18

passing 51:7,8

Paul 52:17

pay 27:22 28:24 32:7,8,9 33:2,14 53:15

paying 18:23 32:18 53:7 57:20

people 7:1 12:5 24:10 31:14,15,20 33:13 46:13 53:1,16 55:12 59:6

period 21:15 38:17 39:17 40:9 46:16

person 15:6 20:10 46:14

personal 34:16

personally 48:3

Phillipe 49:5,19, 20 50:15

phone 11:23 12:2,5,7,9,11 39:9 60:22

physical 33:20 34:23 35:11,22 36:4

picky 40:1

place 13:13,17, 19,23 17:7 18:21,23 19:11 20:23 23:17 30:10 37:13 45:18, 24 53:6 54:19 59:22,23,24

places 20:13 28:14 31:15,17

plain 30:24

plaintiff 7:22

point 5:9,10 9:17 17:10 19:10 32:11 34:14 35:6 38:11,20 43:11 45:19 49:18 50:8 60:10

pounds 40:11,13

pray 46:11

prepare 8:15 25:16

pretty 11:11 29:1 35:19 48:24 49:23 50:18 57:14 60:4,5

prior 11:21 12:17, 21 17:6,17 39:15 59:18

problem 21:9

problems 17:15, 22 18:3 32:1 34:24 35:11,22

process 11:2 43:8

program 40:24 42:9 43:16

programs 19:1 43:23

protective 33:24 34:5

provide 30:22

public 34:9,18

pull 38:22 58:12

pulled 39:10

purpose 7:5

pursue 41:24

push 29:20

put 19:13 40:9,15 54:1

putting 12:4 19:7

___

**Q**

question 6:17,23 7:6,9 25:7 38:18 39:16 47:3 55:17 61:9

questions 6:2, 10 33:21 56:16 57:2,18 60:17 62:5

quick 57:23

___

**R**

Rachel 52:17

Rafaela 11:8 49:15 51:10,12

rang 10:9

reach 11:24 36:19

ready 19:4,6

real 57:23

reapply 28:15 40:24 41:3 42:9,10

reask 47:2

reason 7:11 21:6 24:3

reasons 48:22

recall 24:16 41:1

receiving 57:7

recess 56:21

recognize 9:4

recollection 25:24 61:17,23

record 4:10 16:5 34:9 57:1

refer 30:18

reference 31:5

refresh 25:4

regular 14:23

related 12:14 33:20

relationship 15:4,5,7 17:10 22:18,19 23:7 47:17 49:1 51:7 55:8

relationships 48:14 55:12

relative 18:14

remember 5:20, 21 15:24 16:2 23:13,23 24:1,18 25:2,10,23 26:2,5, 13,15 27:7,9 31:24 32:3 36:4 37:9,20 38:5,7,8,16,20 39:5, 13,16 40:8,20 41:2 42:13 43:13 44:9 45:9,13 49:10 52:11,13,15,23 53:23 61:2,4,6,14

renew 32:15

renewed 27:11, 15

rent 18:23 28:24 32:6,7,8,9,18 33:3, 14 53:7,15 54:5,7

rented 55:1

Rentgrow 12:13 52:3,5

Repeat 55:17

replacement 29:12

report 52:10

reported 16:6

reporter 5:13 6:4,12,24 57:20 62:7

resembled 61:13

Reserve 13:24 14:1,6 15:21 17:5 23:8 26:17 33:17 34:22 35:8 36:3 39:12 42:14 44:4 46:17 55:7 56:9 57:11

Reserves 26:7

WILHELMINA MALDONADO

April 07, 2017
Index: resolve..told

**resolve** 41:4,23

**respects** 14:3

**response** 13:11

**responses** 34:15

**result** 14:6

**resumed** 56:23

**review** 62:13

**ring** 29:9

**road** 6:1 24:24

**room** 5:12

**roommate** 27:21,24

**roommates** 28:4,6

**rules** 5:24 24:24

— S —

**S-H-A-F-T-E-S-B-U-R-G** 4:21

**safe** 22:9

**sat** 5:12

**scale** 40:15

**school** 20:6 29:3 35:17 37:15

**secure** 14:7

**selected** 5:15

**sell** 29:11

**send** 11:5

**sense** 6:20 25:6 34:12 36:12 41:8 48:3

**sensitive** 33:23

**separated** 17:16 19:19

**serve** 9:19

**served** 9:14,16 11:1 13:5,7

**server** 11:2

**services** 30:23

**set-up** 5:13

**settle** 28:19

**severe** 33:19

**Shaftesburg** 4:16,18,19

**shape** 37:1

**sheep** 47:18

**siblings** 47:24 48:1

**sick** 38:12 55:16, 19,22

**sign** 62:15

**signature** 62:7, 9,11,20

**significant** 17:9

**simple** 30:24

**single** 18:5 30:23

**sister** 15:8 46:24 47:5,8,11,17 48:11, 24

**situation** 28:19 41:4 50:1,12 56:13

**sleep** 19:16 45:14 46:2

**sleeping** 9:24 45:10

**sleepy** 42:23

**sofa** 19:16

**son** 10:16,18 18:12 21:2 37:15 42:6 45:4 49:5

**sons** 19:24 49:18

**sort** 7:3 21:15 33:3,19 37:21 43:15,22 51:7 56:3 62:10

**sought** 43:15,22

**sound** 25:18 26:19,24 29:9,10

**sounds** 29:13

**space** 54:22

**speak** 7:18,21 8:1 31:9

**speaking** 24:22

**specifically** 35:6 53:10

**spell** 4:12,20

**spent** 46:7

**spoiled** 48:17 49:2

**spoke** 60:21

**spoken** 8:5 11:20 12:16

**spurts** 42:18

**start** 17:12 39:4

**started** 19:6

**state** 4:9 31:12 37:12

**stating** 11:5 19:9

**stay** 28:3 30:10 37:13 45:24 46:13 50:15 53:2

**stayed** 47:7 53:1, 3 58:22 59:3,5

**staying** 37:22 47:10 52:23 58:21 62:1

**steps** 34:17

**stood** 20:10

**storage** 19:7,13 36:17

**stories** 39:4

**Stream** 4:17

**street** 4:16,22 23:14,18,20 32:4

**streets** 30:8

**stress** 35:14,15, 23 60:4

**stressed** 35:19 36:9 59:13

**struck** 45:7

**struggling** 18:2 43:9

**stuff** 19:7,8,13,14 20:20 25:11 28:24 29:4 36:17,18 37:7 40:4

**subpoena** 9:14 11:1,2

**sudden** 36:15

**suffered** 33:19 34:23

**Sunday** 10:3,6

**support** 13:3

**surprise** 40:16

**surprised** 15:11, 14 16:4

**surrounding** 17:4

**sustained** 14:5

**sworn** 4:2,5

**symptoms** 33:20 42:21 43:3,12

— T —

**taking** 6:5 35:16, 17

**talk** 8:11 11:9 17:18 18:1,4,5 21:8 24:12 25:6,12 33:1 39:20 40:23 45:1 50:12 51:24 52:9, 16,19 53:10 55:15, 18

**talked** 16:1 22:8 24:18,24 28:13 30:14 34:9 39:21 49:4 50:14,18 57:6

**talking** 7:1 13:13, 22,23 38:8 49:10 61:12,14

**tears** 36:24

**teenagers** 17:22,23 22:24

40:18

**telling** 39:4 41:1 45:17

**temper** 44:23 45:2

**terms** 58:20

**testified** 4:5

**testify** 7:12,16

**testimony** 12:13 59:18 62:10

**text** 8:9

**thing** 30:20 32:3 35:13 44:1 45:22 53:8 59:11

**things** 18:1,4 23:1 24:11 25:10 32:23 35:20 42:7 48:19 54:3 57:23 58:3,9

**thinks** 28:14

**thought** 12:10 41:12 50:1

**throw** 38:22 58:13

**throwing** 32:23 38:11

**thrown** 39:10

**time** 10:14 11:18, 19 13:5,7 20:13,17, 18 21:13 22:1,2 23:7 26:18 27:2 32:10 33:3,9 34:6 35:18 36:5,16 37:21 38:17,24 39:17 40:9,21 42:13 43:11 44:19 46:15 50:19 53:8 54:21 56:2,5 59:7 62:18

**times** 7:2 17:21 19:15 32:5 46:6 48:8 56:7

**tired** 32:11 42:23

**today** 6:3 12:14 15:9 18:2 42:9 62:10,18

**told** 11:1 24:23

WILHELMINA MALDONADO

April 07, 2017
Index: top..young

31:8 32:6,16,18
39:1 41:11,13 42:4
49:16,18 57:14

**top** 20:21

**topics** 30:11
33:21

**transcribed**
62:14

**transcript** 6:2
34:4 62:12,15

**treat** 15:7

**treated** 44:5

**treatment** 43:2

**tree** 27:8,9,10

**trial** 13:2 25:14,16

**trouble** 53:6

**truck** 45:10

**true** 11:3 15:9
61:20

**truthfully** 7:12,
16

**Tuesday** 10:10

**turn** 21:4

**turned** 26:22
33:16 36:2 39:11
46:17

**types** 39:23

_____

**U**
_____

**uh-huh** 6:12

**uh-uh** 6:13

**Uhrich** 6:6 57:17,
22 58:1 60:2,20
61:7 62:4,6

**understand**
6:17,19 10:24 25:10
28:9 30:5,17,20
33:22 34:11 41:17
53:5 59:19

**understanding**
15:20 25:21 27:16
41:10

**understood**
21:5 41:14

**unemployed**
5:3

**unemployment**
20:19

**unhappy** 24:6

**unusual** 45:7

**upset** 23:3 37:9
58:10

_____

**V**
_____

**variety** 6:16

**vehicle** 45:10,15
46:8

**verbal** 6:11,15

**Vinings** 54:14

**vomited** 38:24

**vomiting** 38:5,9

_____

**W**
_____

**W-I-L-H-E-L-M-
I-N-A** 4:13

**wait** 6:22 7:5 39:5

**waited** 19:4

**waiting** 30:8

**waive** 62:9

**waived** 62:21

**walking** 9:9,11

**wanted** 19:21
37:12,13 43:24
46:10 50:9 58:14

**wanting** 27:24
37:12 49:20

**weeks** 22:4

**weigh** 40:15

**weight** 38:17
39:17 40:4,8,17

**Wilhelmina** 4:3,
11

**Window** 23:11,
24 25:21

**windows** 23:13,
18

**withhold** 62:11

**witnessed** 22:12

**women** 50:23

**work** 4:24 5:1,2
24:3 28:5 33:9 35:1,
12 36:7 37:17 41:19
55:16,19,22,24

**worked** 23:10,12
44:8,9

**working** 20:18

**works** 23:11,24
25:21 29:5,6

**worried** 20:14,15
36:16

**worse** 56:8 60:1

**worth** 29:15

_____

**Y**
_____

**Yardi** 52:7

**year** 8:6 21:20
27:13 28:1 54:9,10

**years** 5:4 14:13
17:17 51:5 54:16
59:16 60:3

**yesterday** 9:6
11:17 12:18

**young** 28:3