UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAFAELA ALDACO, <br><br> *Plaintiff*, <br><br> v. <br><br> RENTGROW, INC. d/b/a Yardi Resident Screening, <br><br> *Defendant*. | Case No.: 1-16-CV-05754 <br><br> The Honorable Joan H. Lefkow |

## DECLARATION OF STEPHANIE TATAR

I, Stephanie Tatar do hereby declare and state the following:

1. I am an attorney with the law firm Zamparo Law Group, P.C., representing Plaintiff Rafaela Aldaco.

2. I am over 18 years of age, have personal knowledge of all facts attested to herein, and can competently testify to the same.

3. Attached to Plaintiff's Local Rule 56.1 Statement of Undisputed and Disputed Material Facts and Separate Statement of Additional Facts as Exhibit 36 is a true and correct copy of the Screening Report, RG 315-317.

4. Attached to Plaintiff's Local Rule 56.1 Statement of Undisputed and Disputed Material Facts and Separate Statement of Additional Facts as Exhibit 37 is a true and correct copy of the Real Page Tenant Screening Report RA 20-21.

5. Attached to Plaintiff's Local Rule 56.1 Statement of Undisputed and Disputed Material Facts and Separate Statement of Additional Facts as Exhibit 38 is

a true and correct copy of the Plaintiff's Responses to Interrogatories.

6.      Attached to Plaintiff's Local Rule 56.1 Statement of Undisputed and Disputed Material Facts and Separate Statement of Additional Facts as Exhibit 39 is a true and correct copy of the Declaration of Roger Zamparo, Jr.

7.      Attached to Plaintiff's Local Rule 56.1 Statement of Undisputed and Disputed Material Facts and Separate Statement of Additional Facts as Exhibit 40 is a true and correct copy of the Plaintiff's Response to Request to Produce.

8.      Attached to Plaintiff's Local Rule 56.1 Statement of Undisputed and Disputed Material Facts and Separate Statement of Additional Facts as Exhibit 41 is a true and correct copy of the Deposition of Clementine Frazier.

9.      Attached to Plaintiff's Local Rule 56.1 Statement of Undisputed and Disputed Material Facts and Separate Statement of Additional Facts as Exhibit 42 is a true and correct copy of the Deposition of Wilhelmina Maldonado.

I declare under penalties as provided by law that the statements set forth in this instrument are true and correct.

EXECUTED this 20th day of June, 2017, in Hoffman Estates, Illinois.

*/s/ Stephanie R. Tatar*
Stephanie R. Tatar