# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Rafaela Aldaco
                       Plaintiff,

v.                                                 Case No.: 1:16−cv−05754
                                                          Honorable Joan H. Lefkow

Rentgrow Inc.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 27, 2017:

      MINUTE entry before the Honorable Joan H. Lefkow:Plaintiff's motion for leave to seal portions of Memorandum of Law/Response to Defendant's Motion for Summary Judgment, Plaintiff's Local 56.2 Statement of Undisputed and Disputed Material Facts and Separate Statement of Additional Facts, and Declaration of Stephanie Tatar [48] is granted. A redacted copy of the documents to be filed under seal should also be filed on the Court's docket, if not done so already.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.