IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAFAELA ALDACO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RENTGROW, INC. d/b/a YARDI )<br>RESIDENT SCREENING, )<br>)<br>Defendant. )<br>) | Case No. 1:16-cv-05754<br><br>The Honorable Joan H. Lefkow |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on Wednesday, July 12, 2017, at 9:30 a.m. Defendant RentGrow, Inc. d/b/a Yardi Resident Screening, through its undersigned counsel, will appear before the Honorable Joan H. Lefkow in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL, Room 2201, and present the accompanying **Motion for Leave to File Documents Under Seal**, copies of which have been served upon you.

Dated: July 6, 2017

Respectfully submitted,

By: /s/ Patrick R. Duffey

**Deanna R. Kunze**
dkunze@nixonpeabody.com
**Patrick R. Duffey**
pduffey@nixonpeabody.com
**Laura B. Bacon**
lbbacon@nixonpeabody.com
**NIXON PEABODY LLP**
70 West Madison, Suite 3500
Chicago, IL 60602
Tel: 312-977-4400
Fax: 844-560-8137

*Attorneys for Defendant RentGrow, Inc. d/b/a Yardi Resident Screening*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Notice of Motion was filed electronically on this 6th Day of July, 2017, in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, this document was served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.9.

*By: /s/ Patrick R. Duffey*