## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 6, 2017, he served **Defendant's Reply Memorandum in Support of Defendant's Motion for Summary Judgment,** filed under seal, as well as D**efendant's Reply to Plaintiff's Local Rule 56.1 Statement of Additional Facts,** filed under seal, upon the following counsel via electronic mail:

Roger Zamparo, Jr.
Stephanie R. Tatar
Steven J. Uhrich
Zamparo Law Group, P.C.
2300 Barrington Rd., Suite 140
Hoffman Estates, IL 60169
P: (224) 875-3202
F: (312) 276-4950
roger@zamparolaw.com
stephanie@thetatarlawfirm.com
stevenjuhrich@gmail.com

                                                                          */s/ Patrick R. Duffey*
                                                                          Patrick R. Duffey