UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Rafaela Aldaco
                          Plaintiff,

v.                                                     Case No.: 1:16–cv–05754
                                                            Honorable Joan H. Lefkow

Rentgrow Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 11, 2017:

      MINUTE entry before the Honorable Joan H. Lefkow:Defendant's motion for leave to file documents under seal [62] is granted. Motion is stricken from the Court's call of 7/12/2017. Defendant is given leave to file portions of its reply memorandum in support of motion for summary judgment and its reply to plaintiff's Local Rule 56.1 statement of undisputed and disputed material facts and separate statement of additional facts under seal, on condition that redacted versions are filed on the docket by 7/18/2017.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.