EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAFAELA ALDACO, | ) | Civil Action |
| | ) | |
| *Plaintiff*, | ) | Case No. 2016-cv-5754 |
| | ) | |
| v. | ) | Hon. Joan H. Lefkow |
| | ) | Assigned District Judge |
| RENTGROW, INC. d/b/a Yardi Resident Screening, | ) | |
| | ) | Hon. Young B. Kim |
| | ) | Assigned Magistrate Judge |
| *Defendant*. | ) | |

## PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff RAFAELA ALDACO ("Plaintiff") makes the following initial disclosures to RENTGROW, INC. d/b/a Yardi Resident Screening ("Defendant"). Plaintiff expressly reserves the right to revise or supplement these disclosures, as appropriate and in accordance with the Federal Rules of Civil Procedure.

**A.    Knowledgeable Persons**

Without waiving any objections, Plaintiff states that the following persons are reasonably likely to have information bearing significantly on the claims in this matter.

1. Representatives of Defendant Rentgrow, Inc., in care of its counsel

2. Representatives of Fellowship Housing Corporation
   2200 W. Higgins Rd., Suite 130
   Hoffman Estates, IL 60169
   (847) 882-2511

3. Clementine Frazier
   .824 Dracut Lane
   Schaumburg, IL 60173
   (847) 519-0735

    4.    Wilhelmina Maldonado
           402 Vinings Dr.
           Bloomingdale, IL 60108
           (773) 640-2776

    5.    Katie Marquis
           101 Ostego
           Bloomingdale, IL 60108
           (630) 673-7333

    6.    Lynn & Keith McPherson
           South Barrington, IL
           (847) 722-2951
           Investigation continues

    7.    Cindy & Ben Evangelista
           Investigation continues

    8.    All parties disclosed in Defendant's 26(a)(1) disclosures.

**B.    Documents**

Without waiving any objections, Plaintiff states that the documents that are reasonably likely to bear significantly on the claims in this matter, most already in the possession of Defendant, include but are not limited to: records maintained by Defendant regarding Plaintiff; and Defendant's policies and procedures pertaining to the maintenance of criminal records for background check purposes.

**C.    Damages**

Plaintiff seeks for Defendant's violations of the Fair Credit Reporting Act as claimed in Plaintiff's Amended Complaint: statutory damages of up to $1,000 and actual damages. Plaintiff's actual damages include sums stemming from her inability to participate in a subsidized housing program, lost wages, and emotional distress. Plaintiff also seeks to recover her attorney's fees and costs.

**D.    Insurance**

Non applicable to Plaintiff.

As investigation and discovery in this matter is ongoing, these disclosures will be supplemented, if necessary, pursuant to the requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Nothing herein is intended to be or shall be construed to constitute a waiver of any applicable privilege or protection.


DATED: September 30, 2016            **ZAMPARO LAW GROUP, P.C.**

                                        By:     */s/Roger Zamparo, Jr.*
                                                        Roger Zamparo, Jr.
                                                        2300 Barrington Road, Suite 140
                                                        Hoffman Estates, IL 60169
                                                        (224) 875-3202 (t)
                                                        (312) 276-4950 (f)
                                                        roger@zamparolaw.com

## **CERTIFICATE OF SERVICE**

Roger Zamparo, Jr., an attorney, certifies that on the date indicated, he served the foregoing PLAINTIFF'S INITIAL DISCLOSURES upon the following counsel, via electronic mail:

Deanna R. Kunze, Esq.
Patrick Duffey, Esq.
NIXON PEABODY LLP
70 W. Madison Street, Suite 3500
Chicago, Illinois 60602
dkunze@nixonpeabody.com
pduffey@nixonpeabody.com

DATED:	October 3, 2016	*/s/Roger Zamparo, Jr.*
	 	Roger Zamparo, Jr.