# EXHIBIT 5

**From:** Roger Zamparo <roger@zamparo.com>
**Sent:** Monday, January 30, 2017 11:42 AM
**To:** Kunze, Deanna; Duffey, Patrick
**Subject:** RE: Aldaco v. RentGrow - Stipulation

Deanna,

1.  Mutual extension as you propose is acceptable.
2.  We anticipate that we will receive your responses to our various discovery no later than Feb 17th including production of all documents requested.  Should that not be the case please be advised that we may need to seek an additional extension for the deposition of your client since the deposition cannot proceed until we receive all necessary documents and responses.
3.  In the hope that your client will produce all documents requested, we anticipate your office will seek a protective order regarding same.  Please be advised that we have no objection to the entry of the NDIL's Model Confidentiality Order Pursuant to LR 26.2 and would request that this be prepared and filed as soon as practicable to avoid any unnecessary delay.

Thank you.

Roger Zamparo, Jr.
***ZAMPARO LAW GROUP, P.C.***
2300 Barrington Rd., Ste. 140
Hoffman Estates, IL 60169
224-875-3202
312-276-4950 (fax)
roger@zamparolaw.com
www.zamparolaw.com



**From:** Kunze, Deanna [mailto:dkunze@nixonpeabody.com]
**Sent:** Monday, January 30, 2017 9:35 AM
**To:** Roger Zamparo <roger@zamparo.com>; Duffey, Patrick <pduffey@nixonpeabody.com>
**Subject:** RE: Aldaco v. RentGrow - Stipulation

Roger—I'm surprised at this response and the mischaracterization of events.  We served our discovery **in November 2016**.  Your response was due, **at the latest, January 3, 2017.**  We therefore disagree that this qualifies as "last minute."  Your delay left us only 4 days to evaluate the discovery responses and then serve new ones— this is not enough time under any metric, therefore we also fail to see how this is "disingenuous."  It is particularly troubling that you suggest that Plaintiff should be given an extension because Defendant did not follow-up quickly enough on Plaintiff's tardy responses.  Plaintiff's failure to honor her discovery obligations in no way warrants an extension.

We have reviewed Plaintiff's discovery responses now, and we have determined that we will not seek further written discovery from Plaintiff at this time. Instead, we will agree to a short 2-week extension, for depositions only (either those under Rule 30 or 45), of the current discovery deadline, for both parties. We believe this is a fair compromise. Please let us know no later than Wednesday, February 1, whether you will agree to this compromise and we will file an agreed motion noticed for the upcoming status hearing.

We also have determined that the individual to be presented for both of the depositions noticed by Plaintiff is available March 8-10 in Boston, Massachusetts (his primary work location).

Please also let us know no later than Wednesday, February 1, which date works best for the deposition.

Best Regards,

Deanna Kunze

---

**From:** Roger Zamparo [mailto:roger@zamparo.com]
**Sent:** Tuesday, January 24, 2017 4:07 PM
**To:** Kunze, Deanna; Duffey, Patrick
**Subject:** RE: Aldaco v. RentGrow - Stipulation

Deanna,

Hopefully we can work this out so no one is disappointed. When we spoke yesterday, we discussed a short extension needed for discovery. I never understood it to be a "one-way" proposition. If that is what you meant, it was not perceived that way by me. I am happy to agree to a short extension as long as it is mutual.

You can argue that a delayed response is why you need more time to "review" our discovery responses, but I think that is a bit disingenuous. You waited until the last minute to issue written discovery. Most, if not ALL of the information contained in our responses was already in your possession from my initial communications to your client in attempting to avoid this lawsuit on July 14, 2016, and with our initial disclosures. You have had relevant information pertaining to witnesses and damages for six months, and chose not to do anything about that. Indeed, you haven't even requested the deposition of our client. Though we spent considerable time preparing the responses to discovery with our client, it wasn't until we requested additional time (which request was refused) that it even occurred to you to demand our responses. Additional, our responses are not so voluminous.

It appears we are at an impasse. As such, I cannot agree to your extension unless it is mutual. If you should reconsider this, I am amenable to a reasonable and mutual extension of time. I think avoiding the unnecessary time in court, and wasting the Court's time on a matter that can be resolved between us, is the prudent course of action. I hope you can agree. Thank you.

Roger Zamparo, Jr.
***ZAMPARO LAW GROUP, P.C.***
2300 Barrington Rd., Ste. 140
Hoffman Estates, IL 60169
224-875-3202
312-276-4950 (fax)
roger@zamparolaw.com
www.zamparolaw.com



**From:** Kunze, Deanna [mailto:dkunze@nixonpeabody.com]
**Sent:** Tuesday, January 24, 2017 3:12 PM
**To:** Roger Zamparo <roger@zamparo.com>; Duffey, Patrick <pduffey@nixonpeabody.com>
**Subject:** RE: Aldaco v. RentGrow - Stipulation

Roger—I am disappointed in this responses after we came to an agreement yesterday on the phone.  It is only your significant delay in responding to our requests that creates the need for an extension.  We will not agree to a mutual extension—very bluntly, there should be no reward for failure to meet the deadlines.  If you will not agree to a very simple and short extension for us to review your untimely responses, we will be forced to move the court for relief and seek our costs—and any other appropriate relief, including having your untimely responses stricken—for having to do so.

Deanna Kunze

**From:** Roger Zamparo [mailto:roger@zamparo.com]
**Sent:** Tuesday, January 24, 2017 3:06 PM
**To:** Duffey, Patrick; Kunze, Deanna
**Subject:** RE: Aldaco v. RentGrow - Stipulation

Patrick – I think we need to make this a mutual extension.  Kindly revise accordingly.  Thank you.

Roger Zamparo, Jr.
***ZAMPARO LAW GROUP, P.C.***
2300 Barrington Rd., Ste. 140
Hoffman Estates, IL 60169
224-875-3202
312-276-4950 (fax)
roger@zamparolaw.com
www.zamparolaw.com



**From:** Duffey, Patrick [mailto:pduffey@nixonpeabody.com]
**Sent:** Tuesday, January 24, 2017 2:00 PM
**To:** Roger Zamparo <roger@zamparo.com>
**Cc:** Kunze, Deanna <dkunze@nixonpeabody.com>; Gonzalez, Jason <jgonzalez@nixonpeabody.com>
**Subject:** Aldaco v. RentGrow - Stipulation

3

Mr. Zamparo,

Following up on your phone call with Deanna Kunze yesterday, please see the attached stipulation. If it is agreeable, please e-sign and return so that we may file with the Court.

We also reached out to our client this morning to confirm the deposition dates discussed during the call. We will let you know when we receive a response.

Thank you,



**Patrick R Duffey**
Associate
pduffey@nixonpeabody.com
T 312-977-4388 | F 1-844-872-9569
Nixon Peabody LLP | 70 West Madison, Suite 3500 | Chicago, IL 60602-4224
nixonpeabody.com | @NixonPeabodyLLP

**Please consider the environment before printing this email.**

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.