# EXHIBIT 6

| | |
|---|---|
| **From:** | Stephanie Tatar <Stephanie@thetatarlawfirm.com> |
| **Sent:** | Wednesday, February 15, 2017 11:35 AM |
| **To:** | Kunze, Deanna |
| **Subject:** | RE: Aldaco |

I will call her now. Can I go ahead and cancel her deposition? I'll get her availability for the first week of April and the week of March 13th?

Stephanie Tatar, Esq.
**Tatar Law Firm, APC**
3500 West Olive Avenue, Suite 300 | Burbank, California 91505
Telephone: (323) 744-1146 | Facsimile: (888) 778-5695
*Stephanie@TheTatarLawFirm.com*

**Named Top 2.5% of California Attorneys: 2013, 2014, 2015**
www.TheTatarLawFirm.com | EndDebtCollectorAbuse.com
FixMyCreditReportError.com | MyCaliforniaLemon.com

NOTICE
This communication may contain information that is privileged, confidential and/or exempt from disclosure under applicable law, including but not limited to the Electronic Communications Privacy Act, 18 USC 2510-2521, the attorney-client privilege, or the attorney work product doctrine. Any dissemination, distribution, copying, or use of this communication by or to anyone other than the designated and intended recipient named above is unauthorized and is strictly prohibited. If you are not the intended recipient named above, please delete and/or destroy this communication immediately.

Statement Required by U.S. Treasury Department: The U.S. Treasury Department requires us to inform you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Kunze, Deanna [mailto:dkunze@nixonpeabody.com]
**Sent:** Wednesday, February 15, 2017 10:56 AM
**To:** Stephanie Tatar <Stephanie@thetatarlawfirm.com>
**Subject:** RE: Aldaco

Let's do the 14th.

And did you get ahold of Ms. Marquis? If not, I'll call and cancel with her right now.

**From:** Stephanie Tatar [mailto:Stephanie@thetatarlawfirm.com]
**Sent:** Wednesday, February 15, 2017 10:43 AM
**To:** Kunze, Deanna
**Subject:** Aldaco

My client can request March 13th or 14th off…Which do you prefer?

Stephanie Tatar, Esq.
**Tatar Law Firm, APC**
3500 West Olive Avenue, Suite 300 | Burbank, California 91505
Telephone: (323) 744-1146 | Facsimile: (888) 778-5695
*Stephanie@TheTatarLawFirm.com*

**Named Top 2.5% of California Attorneys: 2013, 2014, 2015**
www.TheTatarLawFirm.com | EndDebtCollectorAbuse.com
FixMyCreditReportError.com | MyCaliforniaLemon.com

NOTICE
This communication may contain information that is privileged, confidential and/or exempt from disclosure under applicable law, including but not limited to the Electronic Communications Privacy Act, 18 USC 2510-2521, the attorney-client privilege, or the attorney work product doctrine. Any dissemination, distribution, copying, or use of this communication by or to anyone other than the designated and intended recipient named above is unauthorized and is strictly prohibited. If you are not the intended recipient named above, please delete and/or destroy this communication immediately.

Statement Required by U.S. Treasury Department: The U.S. Treasury Department requires us to inform you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.