EXHIBIT 7

| | |
|---|---|
| **From:** | Stephanie Tatar <Stephanie@theTatarLawfirm.com> |
| **Sent:** | Friday, March 3, 2017 5:08 PM |
| **To:** | Kunze, Deanna |
| **Cc:** | Van Marter, Anders |
| **Subject:** | Re: Aldaco |

Thank you. Your corporation is greatly appreciated.

Stephanie Tatar
**Tatar Law Firm, APC**
3500 West Olive Avenue, Suite 300 | Burbank, CA 91505
Telephone: (323) 744-1146 | Facsimile: (888) 778-5695
*stephanie@thetatarlawfirm.com*
www.TheTatarLawFirm.com | EndDebtCollectorAbuse.com
FixMyCreditReportError.com | MyCaliforniaLemon.com

NOTICE
This communication may contain information that is privileged, confidential and/or exempt from disclosure under applicable law, including but not limited to the Electronic Communications Privacy Act, 18 USC 2510-2521, the attorney-client privilege, or the attorney work product doctrine. Any dissemination, distribution, copying, or use of this communication by or to anyone other than the designated and intended recipient named above is unauthorized and is strictly prohibited. If you are not the intended recipient named above, please delete and/or destroy this communication immediately.

Statement Required by U.S. Treasury Department: The U.S. Treasury Department requires us to inform you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Mar 3, 2017, at 4:48 PM, Kunze, Deanna <dkunze@nixonpeabody.com> wrote:

> Hi Stephanie--I got your vm. So the production we did was pursuant the definitions and instructions on the rfps Roger served. So the docs are set up to be loaded into a system with load files of metadata, etc.
>
> I talked to our split support, and I think I can get pdfs generated. I'll have to send the ftp/hightail link to you late tonight or tomorrow morning. Please let me know when you receive it
>
> Thanks,
> Deanna
>
> Sent from my iPhone
>
> On Mar 3, 2017, at 3:23 PM, Van Marter, Anders <avanmarter@nixonpeabody.com> wrote:
>
> > Hi Stephanie, here is the link to the production:
> > https://spaces.hightail.com/receive/58dl2

The password = NP1234!

Thanks,

&lt;image001.jpg&gt;

**Anders D. van Marter**
eDiscovery Specialist
avanmarter@nixonpeabody.com
T 312-977-9215 | F 312-977-4405
Nixon Peabody LLP | 70 West Madison, Suite 3500 | Chicago, IL 60602-4224
nixonpeabody.com | @NixonPeabodyLLP

**Please consider the environment before printing this email.**

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

---

**From:** Kunze, Deanna
**Sent:** Friday, March 03, 2017 2:50 PM
**To:** Stephanie Tatar
**Cc:** Van Marter, Anders
**Subject:** RE: Aldaco

It probably expired. I've asked our IT/lit support guy to send a new link (using the same password info).

Thanks,
Deanna

---

**From:** Stephanie Tatar [mailto:Stephanie@theTatarLawfirm.com]
**Sent:** Friday, March 03, 2017 2:47 PM
**To:** Kunze, Deanna
**Subject:** Re: Aldaco

I got an error message on the page--page doesn't exist...?

Stephanie Tatar
**Tatar Law Firm, APC**
3500 West Olive Avenue, Suite 300 | Burbank, CA 91505
Telephone: (323) 744-1146 | Facsimile: (888) 778-5695
stephanie@thetatarlawfirm.com
www.TheTatarLawFirm.com | EndDebtCollectorAbuse.com
FixMyCreditReportError.com | MyCaliforniaLemon.com

NOTICE
This communication may contain information that is privileged, confidential and/or exempt from disclosure under applicable law, including but not limited to the Electronic Communications Privacy Act, 18 USC 2510-2521, the attorney-client privilege, or the attorney work product doctrine. Any dissemination, distribution, copying, or use of this communication by or to anyone other than the designated and intended recipient

2

named above is unauthorized and is strictly prohibited. If you are not the intended recipient named above, please delete and/or destroy this communication immediately.

Statement Required by U.S. Treasury Department: The U.S. Treasury Department requires us to inform you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Mar 3, 2017, at 2:45 PM, Kunze, Deanna <dkunze@nixonpeabody.com> wrote:

> The password for both the download and zip file is NP1234!

---

**From:** Stephanie Tatar [mailto:Stephanie@thetatarlawfirm.com]
**Sent:** Friday, March 03, 2017 2:40 PM
**To:** Kunze, Deanna
**Subject:** Aldaco

Am I missing a disclosure from your client.  I don't see any documents produced in response to the request for production of documents.

Stephanie Tatar, Esq.
**Tatar Law Firm, APC**
3500 West Olive Avenue, Suite 300 | Burbank, California 91505
Telephone: (323) 744-1146 | Facsimile: (888) 778-5695
*Stephanie@TheTatarLawFirm.com*

<image001.png>
**Named Top 2.5% of California Attorneys: 2013, 2014, 2015, 2017**
www.TheTatarLawFirm.com | EndDebtCollectorAbuse.com
FixMyCreditReportError.com | MyCaliforniaLemon.com

NOTICE
This communication may contain information that is privileged, confidential and/or exempt from disclosure under applicable law, including but not limited to the Electronic Communications Privacy Act, 18 USC 2510-2521, the attorney-client privilege, or the attorney work product doctrine. Any dissemination, distribution, copying, or use of this communication by or to anyone other than the designated and intended recipient named above is unauthorized and is strictly prohibited. If you are not the intended recipient named above, please delete and/or destroy this communication immediately.

Statement Required by U.S. Treasury Department: The U.S. Treasury Department requires us to inform you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.