# EXHIBIT 8

| | |
|---|---|
| **From:** | Stephanie Tatar <Stephanie@theTatarLawfirm.com> |
| **Sent:** | Wednesday, March 8, 2017 8:19 AM |
| **To:** | Kunze, Deanna |
| **Subject:** | Re: Aldaco deposition |

Ok still working on this but I think we can do that.

Stephanie Tatar
**Tatar Law Firm, APC**
3500 West Olive Avenue, Suite 300 | Burbank, CA 91505
Telephone: (323) 744-1146 | Facsimile: (888) 778-5695
stephanie@thetatarlawfirm.com
www.TheTatarLawFirm.com | EndDebtCollectorAbuse.com
FixMyCreditReportError.com | MyCaliforniaLemon.com

NOTICE
This communication may contain information that is privileged, confidential and/or exempt from disclosure under applicable law, including but not limited to the Electronic Communications Privacy Act, 18 USC 2510-2521, the attorney-client privilege, or the attorney work product doctrine. Any dissemination, distribution, copying, or use of this communication by or to anyone other than the designated and intended recipient named above is unauthorized and is strictly prohibited. If you are not the intended recipient named above, please delete and/or destroy this communication immediately.

Statement Required by U.S. Treasury Department: The U.S. Treasury Department requires us to inform you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Mar 8, 2017, at 9:16 AM, Kunze, Deanna <dkunze@nixonpeabody.com> wrote:

> Yes. Or the 22nd is fine too.
>
> Sent from my iPhone
>
> On Mar 8, 2017, at 8:30 AM, Stephanie Tatar <Stephanie@theTatarLawfirm.com> wrote:
>
>> You wanted to move it exactly one week to the 21st?
>>
>> Stephanie Tatar
>> **Tatar Law Firm, APC**
>> 3500 West Olive Avenue, Suite 300 | Burbank, CA 91505
>> Telephone: (323) 744-1146 | Facsimile: (888) 778-5695
>> stephanie@thetatarlawfirm.com
>> www.TheTatarLawFirm.com | EndDebtCollectorAbuse.com
>> FixMyCreditReportError.com | MyCaliforniaLemon.com
>>
>> NOTICE

This communication may contain information that is privileged, confidential and/or exempt from disclosure under applicable law, including but not limited to the Electronic Communications Privacy Act, 18 USC 2510-2521, the attorney-client privilege, or the attorney work product doctrine. Any dissemination, distribution, copying, or use of this communication by or to anyone other than the designated and intended recipient named above is unauthorized and is strictly prohibited. If you are not the intended recipient named above, please delete and/or destroy this communication immediately.

<u>Statement Required by U.S. Treasury Department</u>: The U.S. Treasury Department requires us to inform you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.