# EXHIBIT 9

**From:** Duffey, Patrick
**Sent:** Thursday, April 12, 2018 2:25 PM
**To:** Kunze, Deanna
**Subject:** FW: Aldaco v. RentGrow

**From:** Roger Zamparo [mailto:roger@zamparo.com]
**Sent:** Thursday, April 20, 2017 3:21 PM
**To:** Duffey, Patrick <pduffey@nixonpeabody.com>; Kunze, Deanna <dkunze@nixonpeabody.com>; stephanie@thetatarlawfirm.com; StevenJUhrich@gmail.com
**Cc:** Bacon, Laura <lbbacon@nixonpeabody.com>; Harris-John, Sarah <SHarrisJohn@Nixonpeabody.com>
**Subject:** RE: Aldaco v. RentGrow

Counsel,

Our client has been unable to locate any records or information regarding any doctor visits. As we have previously advised you, and do so again, we will not be presenting medical testimony regarding her emotional distress. We therefore respectfully assert that what you seek is not relevant. Regardless of any disagreement we may have concerning relevancy, same is moot given that our client has no recollection of visiting any doctors nor does she have any records regarding any medical visits.

Roger Zamparo, Jr.
***ZAMPARO LAW GROUP, P.C.***
2300 Barrington Rd., Ste. 140
Hoffman Estates, IL 60169
224-875-3202
312-276-4950 (fax)
roger@zamparolaw.com
www.zamparolaw.com
NACA Illinois State Co-Chair



**From:** Roger Zamparo
**Sent:** Wednesday, April 19, 2017 2:08 PM
**To:** 'Duffey, Patrick' <pduffey@nixonpeabody.com>; Kunze, Deanna <dkunze@nixonpeabody.com>; stephanie@thetatarlawfirm.com; StevenJUhrich@gmail.com
**Cc:** Bacon, Laura <lbbacon@nixonpeabody.com>; Harris-John, Sarah <SHarrisJohn@Nixonpeabody.com>
**Subject:** RE: Aldaco v. RentGrow

Counsel,

We have again asked our client to check her records for any information she may have regarding your request. She will do that this evening after work. We will have a response to you tomorrow. Thank you.

Roger Zamparo, Jr.
***ZAMPARO LAW GROUP, P.C.***
2300 Barrington Rd., Ste. 140
Hoffman Estates, IL 60169
224-875-3202
312-276-4950 (fax)
roger@zamparolaw.com
www.zamparolaw.com
NACA Illinois State Co-Chair



---

**From:** Duffey, Patrick [mailto:pduffey@nixonpeabody.com]
**Sent:** Wednesday, April 19, 2017 12:11 PM
**To:** Kunze, Deanna <dkunze@nixonpeabody.com>; Roger Zamparo <roger@zamparo.com>; stephanie@thetatarlawfirm.com; StevenJUhrich@gmail.com
**Cc:** Bacon, Laura <lbbacon@nixonpeabody.com>; Harris-John, Sarah <SHarrisJohn@Nixonpeabody.com>
**Subject:** Aldaco v. RentGrow

Counsel:

I write to follow up on Deanna's message below, and Plaintiff's continued failure to supplement her interrogatory responses pursuant to Rule 26(e). As noted below, in light of Plaintiff's deposition testimony, it is apparent that her response to Interrogatory No. 11 is either incomplete or incorrect. We therefore requested that she provide all records of medical treatment from 2016, as well as contact information for her treating physicians. We also requested that you provide us with times to meet and confer prior to April 18 if Plaintiff did not intend to supplement her discovery responses. This deadline has now passed, and we have not received any response.

As a final attempt to resolve this issue without Court intervention, please let us know by close of business today if you intend to produce Plaintiff's medical records. If we do not hear from you, or cannot resolve this issue, we will seek appropriate relief from the Court.

Best regards,

Patrick Duffey

 **Patrick R Duffey**
Associate
pduffey@nixonpeabody.com
T 312-977-4388 | C 251-751-6663 | F 844-872-9569

2

Nixon Peabody LLP | 70 West Madison, Suite 3500 | Chicago, IL 60602-4224
nixonpeabody.com | @NixonPeabodyLLP

**Please consider the environment before printing this email.**

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

**From:** Kunze, Deanna
**Sent:** Tuesday, April 11, 2017 5:49 PM
**To:** Roger Zamparo; stephanie@thetatarlawfirm.com; StevenJUhrich@gmail.com
**Cc:** Duffey, Patrick; Bacon, Laura; Harris-John, Sarah
**Subject:** RE: Reschedule Chicago Parts & Sound

Counsel,

Following up on my email from Monday, please let us know no later than **noon tomorrow** whether you will be producing C.B. on Thursday, or if there are alternate dates and times you propose.

Additionally, based on Ms. Aldaco's testimony and the testimony of other third parties to date, it is clear that Ms. Aldaco sought medical treatment during the time she alleges she was experiencing the vomiting, headaches, weight gain, etc. for which she claims damages, despite her answer to our interrogatory requesting information for the same. Please provide all records of treatment from 2016-2016, as well as contact information for any treating physician or other medical professional during that time. We ask for these documents and information to be provided no later than Monday, April 17, 2017. If you are unwilling to produce these documents and information, please provide us a few times that we may discuss before the 18th.

Best Regards,

Deanna Kunze



**Deanna R. Kunze**
Associate
dkunze@nixonpeabody.com
T 312-425-3971 | C 312-636-3693 | F 866-947-1702
Nixon Peabody LLP | 70 West Madison, Suite 3500 | Chicago, IL 60602-4224
nixonpeabody.com | @NixonPeabodyLLP

**Please consider the environment before printing this email.**

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorize dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

**From:** Roger Zamparo [mailto:roger@zamparo.com]
**Sent:** Monday, April 10, 2017 2:23 PM
**To:** Kunze, Deanna; stephanie@thetatarlawfirm.com; StevenJUhrich@gmail.com

**Cc:** Duffey, Patrick; Bacon, Laura; Harris-John, Sarah
**Subject:** RE: Reschedule Chicago Parts & Sound

I need to discuss this with Stephanie who is currently on a plane to LA. I will let you know as soon as I can.

Roger Zamparo, Jr.
***ZAMPARO LAW GROUP, P.C.***
2300 Barrington Rd., Ste. 140
Hoffman Estates, IL 60169
224-875-3202
312-276-4950 (fax)
roger@zamparolaw.com
www.zamparolaw.com
NACA Illinois State Co-Chair



**From:** Kunze, Deanna [mailto:dkunze@nixonpeabody.com]
**Sent:** Monday, April 10, 2017 2:12 PM
**To:** Roger Zamparo <roger@zamparo.com>; stephanie@thetatarlawfirm.com; StevenJUhrich@gmail.com
**Cc:** Duffey, Patrick <pduffey@nixonpeabody.com>; Bacon, Laura <lbbacon@nixonpeabody.com>; Harris-John, Sarah <SHarrisJohn@Nixonpeabody.com>
**Subject:** RE: Reschedule Chicago Parts & Sound

Thank you.

Also, if you could let me know whether you plan to produce C.B. on Thursday, or whether some alternate dates and times would be preferable, we would appreciate it.

Thank you,
Deanna

**From:** Roger Zamparo [mailto:roger@zamparo.com]
**Sent:** Monday, April 10, 2017 2:11 PM
**To:** Kunze, Deanna; stephanie@thetatarlawfirm.com; StevenJUhrich@gmail.com
**Cc:** Duffey, Patrick; Bacon, Laura; Harris-John, Sarah
**Subject:** RE: Reschedule Chicago Parts & Sound

Deanna,

We have no objection to moving the deposition to April 26th.

Roger Zamparo, Jr.
***ZAMPARO LAW GROUP, P.C.***
2300 Barrington Rd., Ste. 140
Hoffman Estates, IL 60169

224-875-3202
312-276-4950 (fax)
roger@zamparolaw.com
www.zamparolaw.com
NACA Illinois State Co-Chair



---

**From:** Kunze, Deanna [mailto:dkunze@nixonpeabody.com]
**Sent:** Monday, April 10, 2017 10:47 AM
**To:** stephanie@thetatarlawfirm.com; Roger Zamparo <roger@zamparo.com>; StevenJUhrich@gmail.com
**Cc:** Duffey, Patrick <pduffey@nixonpeabody.com>; Bacon, Laura <lbbacon@nixonpeabody.com>; Harris-John, Sarah <SHarrisJohn@Nixonpeabody.com>
**Subject:** Reschedule Chicago Parts & Sound
**Importance:** High

Counsel,

　　　I spoke with a representative of Chicago Parts & Sound, whose deposition we had noticed for tomorrow, April 11, at 10 a.m.  The representative asked that she be able to re-schedule the deposition on April 26.  Defendant has no problem accommodating this request.  Please let us know no later than 3:00 p.m. today as to whether you will object to this accommodation.

Best,

Deanna



**Deanna R. Kunze**
Associate
dkunze@nixonpeabody.com
T 312-425-3971 | C 312-636-3693 | F 866-947-1702
Nixon Peabody LLP | 70 West Madison, Suite 3500 | Chicago, IL 60602-4224
nixonpeabody.com | @NixonPeabodyLLP

**Please consider the environment before printing this email.**

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorize dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.