Exhibit 10 is an audio recording being submitted in CD-ROM format.