EXHIBIT 11

CHICAGO PARTS & SOUND, LLC

# Employee Time Cards

As of Monday, April 10, 2017
Employee# 321
12/27/2016  –  04/07/2017

Employee Number    Name
321                RAFAELA ALDACO

| | | | | | | | | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Date | Day | Action | Start | Stop | | Hours | Reg | OT1 | OT2 | Paid | Unpaid |
| | 12/27/2016 | Tue | Work | 8:00 AM | 1:06 PM | | 5.10 | 5.10 | | | 6.20 | 0.35 |
| | | | Lunch | 1:06 PM | 1:27 PM | | 0.00 | | | | | |
| | | | Work | 1:27 PM | 2:33 PM | | 1.10 | 1.10 | | | | |
| | 12/28/2016 | Wed | Work | 7:58 AM | 12:29 PM | | 4.65 | 4.65 | | | 7.23 | 0.48 |
| | | | Lunch | 12:29 PM | 12:58 PM | | 0.00 | | | | | |
| | | | Work | 12:58 PM | 3:33 PM | | 2.58 | 2.58 | | | | |
| | 12/29/2016 | Thu | Work | 8:06 AM | 12:37 PM | | 4.62 | 4.62 | | | 7.13 | 0.52 |
| | | | Lunch | 12:37 PM | 1:08 PM | | 0.00 | | | | | |
| | | | Work | 1:08 PM | 3:39 PM | | 2.52 | 2.52 | | | | |
| | 12/30/2016 | Fri | Work | 7:36 AM | 12:33 PM | | 5.05 | 5.05 | | | 8.40 | 0.78 |
| | | | Lunch | 12:33 PM | 1:20 PM | | 0.00 | | | | | |
| | | | Work | 1:20 PM | 4:41 PM | | 3.35 | 3.35 | | | | |
| | 01/03/2017 | Tue | Work | 7:53 AM | 12:57 PM | | 5.12 | 5.12 | | | 8.20 | 0.65 |
| | | | Lunch | 12:57 PM | 1:36 PM | | 0.00 | | | | | |
| | | | Work | 1:36 PM | 4:41 PM | | 3.08 | 3.08 | | | | |
| | 01/04/2017 | Wed | Work | 8:07 AM | 12:05 PM | | 4.08 | 4.08 | | | 7.22 | |
| | | | Work | 12:35 PM | 3:38 PM | | 3.13 | 3.13 | | | | |
| | 01/05/2017 | Thu | Work | 7:57 AM | 12:00 PM | | 4.17 | 4.17 | | | 7.30 | 0.62 |
| | | | Lunch | 12:00 PM | 12:37 PM | | 0.00 | | | | | |
| | | | Work | 12:37 PM | 3:45 PM | | 3.13 | 3.13 | | | | |
| | 01/06/2017 | Fri | Unpaid Unexcused | | | | 0.00 | | | | | 8.00 |
| | 01/09/2017 | Mon | Work | 12:14 PM | 4:42 PM | | 4.53 | 4.53 | | | 4.53 | |
| | 01/10/2017 | Tue | Work | 7:00 AM | 12:15 PM | | 5.25 | 5.25 | | | 7.92 | 0.57 |
| | | | Lunch | 12:15 PM | 12:49 PM | | 0.00 | | | | | |
| | | | Work | 12:49 PM | 3:29 PM | | 2.67 | 2.67 | | | | |
| | 01/11/2017 | Wed | Work | 7:05 AM | 12:01 PM | | 5.02 | 5.02 | | | 7.98 | 0.58 |
| | | | Lunch | 12:01 PM | 12:36 PM | | 0.00 | | | | | |
| | | | Work | 12:36 PM | 3:34 PM | | 2.97 | 2.97 | | | | |
| | 01/12/2017 | Thu | Work | 7:11 AM | 12:14 PM | | 5.07 | 5.07 | | | 7.95 | 0.47 |
| | | | Lunch | 12:14 PM | 12:42 PM | | 0.00 | | | | | |
| | | | Work | 12:42 PM | 3:35 PM | | 2.88 | 2.88 | | | | |
| | 01/13/2017 | Fri | Work | 6:59 AM | 12:02 PM | | 5.20 | 5.20 | | | 8.27 | 0.50 |
| | | | Lunch | 12:02 PM | 12:32 PM | | 0.00 | | | | | |
| | | | Work | 12:32 PM | 3:36 PM | | 3.07 | 3.07 | | | | |
| | 01/16/2017 | Mon | Work | 9:59 AM | 3:43 PM | | 5.88 | 5.88 | | | 5.88 | |
| | 01/17/2017 | Tue | Work | 7:04 AM | 12:08 PM | | 5.13 | 5.13 | | | 9.13 | 0.40 |
| | | | Lunch | 12:08 PM | 12:32 PM | | 0.00 | | | | | |
| | | | Work | 12:32 PM | 4:32 PM | | 4.00 | 4.00 | | | | |
| | 01/18/2017 | Wed | Work | 7:06 AM | 12:02 PM | | 5.03 | 5.03 | | | 8.58 | 0.50 |
| | | | Lunch | 12:02 PM | 12:32 PM | | 0.00 | | | | | |
| | | | Work | 12:32 PM | 4:05 PM | | 3.55 | 3.55 | | | | |
| | 01/19/2017 | Thu | Work | 7:05 AM | 12:02 PM | | 5.03 | 5.03 | | | 7.97 | 0.57 |
| | | | Lunch | 12:02 PM | 12:36 PM | | 0.00 | | | | | |
| | | | Work | 12:36 PM | 3:32 PM | | 2.93 | 2.93 | | | | |
| | 01/20/2017 | Fri | Work | 8:00 AM | 12:03 PM | | 4.05 | 4.05 | | | 8.60 | 0.47 |

1 of 4

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Lunch | 12:03 PM | 12:31 PM | | 0.00 | | | |
| | | Work | 12:31 PM | 5:04 PM | | 4.55 | 4.38 | 0.17 | |
| 01/24/2017 | Tue | Work | 6:55 AM | 12:03 PM | | 5.22 | 5.22 | | 8.27 | 0.47 |
| | | Lunch | 12:03 PM | 12:31 PM | | 0.00 | | | |
| | | Work | 12:31 PM | 3:34 PM | | 3.05 | 3.05 | | |
| 01/25/2017 | Wed | Work | 7:02 AM | 12:02 PM | | 5.03 | 5.03 | | 8.05 | 0.48 |
| | | Lunch | 12:02 PM | 12:31 PM | | 0.00 | | | |
| | | Work | 12:31 PM | 3:32 PM | | 3.02 | 3.02 | | |
| 01/26/2017 | Thu | Work | 7:03 AM | 12:08 PM | | 5.13 | 5.13 | | 8.00 | 0.53 |
| | | Lunch | 12:08 PM | 12:40 PM | | 0.00 | | | |
| | | Work | 12:40 PM | 3:32 PM | | 2.87 | 2.87 | | |
| 01/27/2017 | Fri | Work | 6:59 AM | 12:01 PM | | 5.18 | 5.18 | | 8.35 | 0.50 |
| | | Lunch | 12:01 PM | 12:31 PM | | 0.00 | | | |
| | | Work | 12:31 PM | 3:41 PM | | 3.17 | 3.17 | | |
| 01/30/2017 | Mon | Work | 6:53 AM | 11:59 AM | | 5.15 | 5.15 | | 8.18 | 0.50 |
| | | Lunch | 11:59 AM | 12:29 PM | | 0.00 | | | |
| | | Work | 12:29 PM | 3:31 PM | | 3.03 | 3.03 | | |
| 01/31/2017 | Tue | Work | 7:11 AM | 12:10 PM | | 5.00 | 5.00 | | 8.42 | 0.50 |
| | | Lunch | 12:10 PM | 12:40 PM | | 0.00 | | | |
| | | Work | 12:40 PM | 4:05 PM | | 3.42 | 3.42 | | |
| 02/01/2017 | Wed | Work | 7:12 AM | 12:21 PM | | 5.18 | 5.18 | | 8.03 | 0.45 |
| | | Lunch | 12:21 PM | 12:48 PM | | 0.00 | | | |
| | | Work | 12:48 PM | 3:39 PM | | 2.85 | 2.85 | | |
| 02/02/2017 | Thu | Unpaid Unexcused | | | | 0.00 | | | 8.00 |
| 02/03/2017 | Fri | Unpaid Unexcused | | | | 0.00 | | | 8.00 |
| 02/06/2017 | Mon | Work | 7:00 AM | 12:05 PM | | 5.08 | 5.08 | | 8.22 | 0.48 |
| | | Lunch | 12:05 PM | 12:34 PM | | 0.00 | | | |
| | | Work | 12:34 PM | 3:42 PM | | 3.13 | 3.13 | | |
| 02/07/2017 | Tue | Work | 7:02 AM | 12:07 PM | | 5.12 | 5.12 | | 8.57 | 0.48 |
| | | Lunch | 12:07 PM | 12:36 PM | | 0.00 | | | |
| | | Work | 12:36 PM | 4:03 PM | | 3.45 | 3.45 | | |
| 02/08/2017 | Wed | Work | 7:00 AM | 12:04 PM | | 5.07 | 5.07 | | 8.05 | 0.50 |
| | | Lunch | 12:04 PM | 12:34 PM | | 0.00 | | | |
| | | Work | 12:34 PM | 3:33 PM | | 2.98 | 2.98 | | |
| 02/09/2017 | Thu | Work | 6:58 AM | 12:10 PM | | 5.33 | 5.33 | | 8.40 | 0.38 |
| | | Lunch | 12:10 PM | 12:33 PM | | 0.00 | | | |
| | | Work | 12:33 PM | 3:37 PM | | 3.07 | 3.07 | | |
| 02/10/2017 | Fri | Work | 6:55 AM | 12:13 PM | | 5.38 | 5.38 | | 8.38 | 0.52 |
| | | Lunch | 12:13 PM | 12:44 PM | | 0.00 | | | |
| | | Work | 12:44 PM | 3:44 PM | | 3.00 | 1.38 | 1.62 | |
| 02/13/2017 | Mon | Work | 7:07 AM | 1:30 PM | | 6.50 | 6.50 | | 8.02 | 0.50 |
| | | Lunch | 1:30 PM | 2:00 PM | | 0.00 | | | |
| | | Work | 2:00 PM | 3:31 PM | | 1.52 | 1.52 | | |
| 02/14/2017 | Tue | Work | 6:52 AM | 12:07 PM | | 5.28 | 5.28 | | 8.27 | 0.53 |
| | | Lunch | 12:07 PM | 12:39 PM | | 0.00 | | | |
| | | Work | 12:39 PM | 2:31 PM | | 1.87 | 1.87 | | |
| | | Work | 2:39 PM | 3:37 PM | | 1.12 | 1.12 | | |
| 02/15/2017 | Wed | Work | 7:09 AM | 12:04 PM | | 5.07 | 5.07 | | 7.98 | 0.52 |
| | | Lunch | 12:04 PM | 12:35 PM | | 0.00 | | | |
| | | Work | 12:35 PM | 3:30 PM | | 2.92 | 2.92 | | |
| 02/16/2017 | Thu | Unpaid Unexcused | | | | 0.00 | | | 5.22 | 2.78 |
| | | Work | 6:56 AM | 12:03 PM | | 5.22 | 5.22 | | |
| 02/17/2017 | Fri | Work | 6:57 AM | 12:03 PM | | 5.22 | 5.22 | | 8.20 | 0.52 |
| | | Lunch | 12:03 PM | 12:34 PM | | 0.00 | | | |
| | | Work | 12:34 PM | 3:33 PM | | 2.98 | 2.98 | | |

2 of 4

CPS000040

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/20/2017 | Mon | Work | 6:55 AM | 12:02 PM | 5.20 | 5.20 | 8.22 | 0.53 |
| | | Lunch | 12:02 PM | 12:34 PM | 0.00 | | | |
| | | Work | 12:34 PM | 3:35 PM | 3.02 | 3.02 | | |
| 02/21/2017 | Tue | Work | 12:03 PM | 12:03 PM | 0.05 | 0.05 | 4.05 | |
| | | Work | 12:32 PM | 4:30 PM | 4.00 | 4.00 | | |
| 02/22/2017 | Wed | Unpaid Unexcused | | | 0.00 | | | |
| 02/23/2017 | Thu | Unpaid Excused | | | 0.00 | | | 8.00 |
| 02/24/2017 | Fri | Unpaid Excused | | | 0.00 | | | 8.00 |
| 02/27/2017 | Mon | Unpaid Excused | | | 0.00 | | | 8.00 |
| 02/28/2017 | Tue | Unpaid Excused | | | 0.00 | | | 8.00 |
| 03/01/2017 | Wed | Unpaid Excused | | | 0.00 | | | 8.00 |
| 03/02/2017 | Thu | Unpaid Excused | | | 0.00 | | | 8.00 |
| 03/03/2017 | Fri | Unpaid Excused | | | 0.00 | | | 8.00 |
| 03/06/2017 | Mon | Unpaid Unexcused | | | 0.00 | | | 8.00 |
| 03/07/2017 | Tue | Work | 6:52 AM | 12:04 PM | 5.23 | 5.23 | 8.37 | 0.45 |
| | | Lunch | 12:04 PM | 12:31 PM | 0.00 | | | |
| | | Work | 12:31 PM | 3:39 PM | 3.13 | 3.13 | | |
| 03/08/2017 | Wed | Work | 6:53 AM | 12:08 PM | 5.30 | 5.30 | 8.33 | 0.48 |
| | | Lunch | 12:08 PM | 12:37 PM | 0.00 | | | |
| | | Work | 12:37 PM | 3:39 PM | 3.03 | 3.03 | | |
| 03/09/2017 | Thu | Unpaid Excused | | | 0.00 | | | 8.00 |
| 03/10/2017 | Fri | Unpaid Excused | | | 0.00 | | | 8.00 |
| 03/13/2017 | Mon | Unpaid Excused | | | 0.00 | | | 8.00 |
| 03/14/2017 | Tue | Unpaid Excused | | | 0.00 | | | 2.35 | 5.65 |
| | | Work | 6:56 AM | 9:11 AM | 2.35 | 2.35 | | |
| 03/15/2017 | Wed | Work | 7:06 AM | 12:02 PM | 5.03 | 5.03 | 8.03 | 0.53 |
| | | Lunch | 12:02 PM | 12:34 PM | 0.00 | | | |
| | | Work | 12:34 PM | 3:34 PM | 3.00 | 3.00 | | |
| 03/16/2017 | Thu | Work | 7:02 AM | 1:30 PM | 6.50 | 6.50 | 8.23 | 0.50 |
| | | Lunch | 1:30 PM | 2:00 PM | 0.00 | | | |
| | | Work | 2:00 PM | 3:44 PM | 1.73 | 1.73 | | |
| 03/17/2017 | Fri | Unpaid Unexcused | | | 0.00 | | | 8.00 |
| 03/20/2017 | Mon | Unpaid Excused | | | 0.00 | | | 5.13 | 3.50 |
| | | Work | 7:04 AM | 12:08 PM | 5.13 | 5.13 | | |
| 03/21/2017 | Tue | Unpaid Excused | | | 0.00 | | | 8.00 |
| 03/22/2017 | Wed | Work | 6:59 AM | 12:05 PM | 5.25 | 5.25 | 8.28 | 0.47 |
| | | Lunch | 12:05 PM | 12:33 PM | 0.00 | | | |
| | | Work | 12:33 PM | 3:35 PM | 3.03 | 3.03 | | |
| 03/23/2017 | Thu | Work | 7:04 AM | 12:05 PM | 5.08 | 5.08 | 7.98 | 0.60 |
| | | Lunch | 12:05 PM | 12:41 PM | 0.00 | | | |
| | | Work | 12:41 PM | 3:35 PM | 2.90 | 2.90 | | |
| 03/24/2017 | Fri | Work | 7:06 AM | 12:11 PM | 5.18 | 5.18 | 8.32 | 0.47 |
| | | Lunch | 12:11 PM | 12:39 PM | 0.00 | | | |
| | | Work | 12:39 PM | 3:47 PM | 3.13 | 3.13 | | |
| 03/27/2017 | Mon | Unpaid Excused | | | 0.00 | | | 8.00 |
| 03/28/2017 | Tue | Work | 7:06 AM | 12:12 PM | 5.20 | 5.20 | 8.03 | 0.50 |
| | | Lunch | 12:12 PM | 12:42 PM | 0.00 | | | |
| | | Work | 12:42 PM | 3:32 PM | 2.83 | 2.83 | | |
| 03/29/2017 | Wed | Work | 7:23 AM | 12:17 PM | 4.95 | 4.95 | 8.12 | 0.48 |
| | | Lunch | 12:17 PM | 12:46 PM | 0.00 | | | |
| | | Work | 12:46 PM | 3:56 PM | 3.17 | 3.17 | | |
| 03/30/2017 | Thu | Work | 7:18 AM | 12:12 PM | 5.03 | 5.03 | 7.95 | 0.40 |
| | | Lunch | 12:12 PM | 12:36 PM | 0.00 | | | |
| | | Work | 12:36 PM | 3:31 PM | 2.92 | 2.92 | | |

CPS000041

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2017 | Fri | Work | 7:00 AM | 12:03 PM | | 5.05 | 5.05 | | 8.05 | 0.52 |
| | | Lunch | 12:03 PM | 12:34 PM | | 0.00 | | | | |
| | | Work | 12:34 PM | 3:34 PM | | 3.00 | 3.00 | | | |
| 04/04/2017 | Tue | Work | 6:56 AM | 12:18 PM | | 5.47 | 5.47 | | 8.57 | 0.55 |
| | | Lunch | 12:18 PM | 12:51 PM | | 0.00 | | | | |
| | | Work | 12:51 PM | 3:57 PM | | 3.10 | 3.10 | | | |
| 04/05/2017 | Wed | Work | 7:15 AM | 12:07 PM | | 4.95 | 4.95 | | 7.92 | 0.57 |
| | | Lunch | 12:07 PM | 12:41 PM | | 0.00 | | | | |
| | | Work | 12:41 PM | 3:39 PM | | 2.97 | 2.97 | | | |
| 04/06/2017 | Thu | Work | 7:23 AM | 11:58 AM | | 4.63 | 4.63 | | 7.78 | 0.42 |
| | | Lunch | 11:58 AM | 12:23 PM | | 0.00 | | | | |
| | | Work | 12:23 PM | 3:32 PM | | 3.15 | 3.15 | | | |
| 04/07/2017 | Fri | Work | 7:08 AM | 12:02 PM | | 5.03 | 5.03 | | 8.42 | 0.35 |
| | | Lunch | 12:02 PM | 12:23 PM | | 0.00 | | | | |
| | | Work | 12:23 PM | 3:46 PM | | 3.38 | 3.38 | | | |

| | Reg | OT1 | OT2 | Paid | Unpaid |
|---|---|---|---|---|---|
| **Totals** | 405.45 | 1.78 | 0.00 | 407.23 | 179.06 |
| **Pay Type Summary** | | | | | |
| Work | 405.45 | 1.78 | 0.00 | 407.23 | 23.13 |
| Unpaid Excused | 0.00 | 0.00 | 0.00 | 0.00 | 105.15 |
| Unpaid Unexcused | 0.00 | 0.00 | 0.00 | 0.00 | 50.78 |

**Total Pay Type Summary**

| Pay Type | Reg | OT1 | OT2 | Total Paid | Unpaid |
|---|---|---|---|---|---|
| Work | 405.45 | 1.78 | 0.00 | 407.23 | 23.13 |
| Unpaid Excused | 0.00 | 0.00 | 0.00 | 0.00 | 105.15 |
| Unpaid Unexcused | 0.00 | 0.00 | 0.00 | 0.00 | 50.78 |

CPS000042