# EXHIBIT 12

**From:** Roger Zamparo <roger@zamparo.com>
**Sent:** Wednesday, March 29, 2017 7:28 PM
**To:** Kunze, Deanna; Stephanie Tatar
**Cc:** Harris-John, Sarah; Duffey, Patrick; Bacon, Laura
**Subject:** RE: Yardi v. Aldaco

Hi Deanna,

Sorry for the delayed response to your emails.  Stephanie is on Spring Break and I just returned from China.

We intend to call Rachel Paul as a witness.  At this time we still intend on calling C.B. as a witness and we will accept a subpoena for him.  As of this date we do not have any contact information regarding Mr. Alvarez.  I will again ask Mr. Aldaco to try to locate him.

Your understanding regarding Mr. McPherson is correct.

Please let me know if you have any other questions.  Thank you.

Roger Zamparo, Jr.
***ZAMPARO LAW GROUP, P.C.***
2300 Barrington Rd., Ste. 140
Hoffman Estates, IL 60169
224-875-3202
312-276-4950 (fax)
roger@zamparolaw.com
www.zamparolaw.com
NACA Illinois State Co-Chair



**From:** Kunze, Deanna [mailto:dkunze@nixonpeabody.com]
**Sent:** Tuesday, March 28, 2017 4:20 PM
**To:** Stephanie Tatar <Stephanie@theTatarLawfirm.com>; Roger Zamparo <roger@zamparo.com>
**Cc:** Harris-John, Sarah <SHarrisJohn@Nixonpeabody.com>; Duffey, Patrick <pduffey@nixonpeabody.com>; Bacon, Laura <lbbacon@nixonpeabody.com>
**Subject:** RE: Yardi v. Aldaco

My apologies, we did apparently locate Rachel Paul.  Her contact info is:
498 S. Jade Lane
Round Lake, IL 60073
Telephone: 920-540-9140

However, if you could please let us know whether you still intend to use her as a witness, we still would appreciate that.

Thank you,

Deanna

---

**From:** Kunze, Deanna
**Sent:** Tuesday, March 28, 2017 4:11 PM
**To:** 'Stephanie Tatar'; Roger Zamparo (roger@zamparo.com)
**Cc:** Harris-John, Sarah; Duffey, Patrick; Bacon, Laura
**Subject:** RE: Yardi v. Aldaco

Hi Stephanie,

      In order to meet the discovery deadline, we're unfortunately going to have to proceed with re-noticing depositions for the third party witnesses disclosed by Ms. Aldaco. Per Ms. Aldaco's deposition testimony, and pursuant to our prior discussions, it seems that Ms. Aldaco does not intend to rely on testimony from her sister, Lorena Arreola, and her mother, Elizabeth Rodriguez. We still are unsure whether Ms. Aldaco plans to have her children, Felipe Ruacho and C.B., testify. Please let us know no later than Thursday, March 30, 2017 whether Ms. Aldaco intends to have any of these family members testify, and if so, whether you will consent and accept subpoenas for them.

      Additionally, we still do not have confirmed contact information for Alex Alvarez or Rachel Paul, and we've been unable to locate them otherwise. Please confirm no later than Thursday, March 30, 2017 that Ms. Aldaco has no contact information for either of these people. With regard to Keith McPherson, based on Ms. Aldaco's deposition testimony and written discovery responses, we understand that his testimony would be negligible and duplicative of that of his wife, Lynn McPherson. If that is not your understanding, again we ask that you please let us know otherwise no later than Thursday, March 30, 2017.

Best Regards,

Deanna Kunze

---

**From:** Stephanie Tatar [mailto:Stephanie@theTatarLawfirm.com]
**Sent:** Thursday, March 23, 2017 5:09 PM
**To:** Kunze, Deanna
**Subject:** Re: Yardi v. Aldaco

Can you call me on my cell? 773-771-3129... if you can.

Stephanie Tatar
**Tatar Law Firm, APC**
3500 West Olive Avenue, Suite 300 | Burbank, CA 91505
Telephone: (323) 744-1146 | Facsimile: (888) 778-5695
stephanie@thetatarlawfirm.com
www.TheTatarLawFirm.com | EndDebtCollectorAbuse.com
FixMyCreditReportError.com | MyCaliforniaLemon.com

NOTICE
This communication may contain information that is privileged, confidential and/or exempt from disclosure under applicable law, including but not limited to the Electronic Communications Privacy Act, 18 USC 2510-2521, the attorney-

2

client privilege, or the attorney work product doctrine. Any dissemination, distribution, copying, or use of this communication by or to anyone other than the designated and intended recipient named above is unauthorized and is strictly prohibited. If you are not the intended recipient named above, please delete and/or destroy this communication immediately.

Statement Required by U.S. Treasury Department: The U.S. Treasury Department requires us to inform you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Mar 23, 2017, at 4:46 PM, Kunze, Deanna <dkunze@nixonpeabody.com> wrote:

> Stephanie,
>
> A couple weeks ago at the Hennessey deposition, we discussed possibilities for settlement discussions after Ms. Aldaco's deposition. I think we also talked about whether you would be able to make a new demand. I'm planning to chat with my client next week regarding the deposition and third-party depositions, so if you were able to get me something by Monday, I'd be happy to discuss that with them.
>
> Thanks,
> Deanna