

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Stephanie Tatar

Firm   Zamparo Law Group, P.C.

Street Address   2300 Barrington Rd., Ste. 325

City/State/Zip Code   Hoffman Estates, IL 60169

Phone Number   224-875-3202

Email address   stephanie@zamparolaw.com

ARDC (Illinois State Bar members, only)   6277514

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 16-cv-05754 | Aldaco v. Rentgrow Inc. | Hon. Joan Lefkow |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Stephanie Tatar                                          August 21, 2018
Signature of Attorney                                          Date

Rev. 01272016