# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

April 16, 2019

Before:        DIANE P. WOOD, Chief Circuit Judge
               FRANK H. EASTERBROOK, Circuit Judge
               MICHAEL B. BRENNAN, Circuit Judge

| No. 18-1932 | RAFAELA ALDACO,<br>Plaintiff - Appellant<br><br>v.<br><br>RENTGROW, INC.,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:16-cv-05754<br>Northern District of Illinois, Eastern Division<br>District Judge Joan Humphrey Lefkow | |

The judgment of the District Court is **AFFIRMED,** with costs, in accordance with the decision of this court entered on this date.

  form name: **c7_FinalJudgment**(form ID: **132**)